IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IRONNET, INC., *et al.*,[1] | ) | Case No. 23-11710 (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**<u>CERTIFICATION OF DEBTORS' CONSOLIDATED CREDITOR MATRIX</u>**

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), a list of creditors (the "**Creditor Matrix**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") is filed by attachment hereto.

The Creditor Matrix has been prepared, on a consolidated basis, from the Debtors' books and records. The undersigned, Cameron Pforr, President and Chief Financial Officer for the Debtors, hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-1(a). The Debtors reserve the right to amend or supplement the Creditor Matrix as necessary.

Although the information contained in the Creditor Matrix is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

30847217.1

factual investigation with regard to possible defenses of the Debtors and their estates to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the parties included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of these chapter 11 cases. Therefore, the Creditor Matrix does not and should not be deemed or otherwise construed to constitute either (a) a waiver of any defense of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates or (b) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtors and their estates.

Dated: October 12, 2023         */s/ Cameron Pforr*
                                Cameron Pforr
                                President and Chief Financial Officer