# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| IRONNET, INC., *et al.*,[1] | ) Case No. 23-11710 (BLS) |
| Debtors. | ) (Jointly Administered) |
| | ) Ref. Docket Nos. 11 & 18 |

**INTERIM ORDER (I) APPROVING AND AUTHORIZING (A) THE DEBTORS' ENTRY INTO THE REINSTATEMENT AGREEMENT WITH AMAZON WEB SERVICES, INC. AND AMAZON WEB SERVICES EMEA SARL, (B) THE SETTLEMENT OF CLAIMS AND RELEASES THEREUNDER, AND (C) THE ASSUMPTION OF THE CUSTOMER AGREEMENT THEREUNDER; AND (II) <u>GRANTING RELATED RELIEF</u>**

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Interim Order**"), pursuant to sections 105(a), 363(b), and 365 of the Bankruptcy Code and Bankruptcy Rules 6003, 6004, and 9019, (i) approving and authorizing (a) the terms of the AWS Reinstatement Agreement, by and between AWS and IronNet Cybersecurity, Inc., (b) the settlement of claims and releases set forth in the AWS Reinstatement Agreement, and (c) the assumption of the Customer Agreement set forth in the AWS Reinstatement Agreement; and (ii) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

30862991.3

of the Motion and the hearing thereon having been given as set forth in the Motion; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted on an interim basis as set forth herein.

2. The AWS Reinstatement Agreement, and all of its terms and conditions, including, but not limited to, the assumption of the Customer Agreement pursuant to section 365 of the Bankruptcy Code, are hereby approved on an interim basis and the Debtors are authorized to assume the Customer Agreement effective immediately (the "**Interim Assumption**").

3. To the extent that the Interim Assumption is not approved on a final basis (the "**Final Order**") within thirty-five (35) days from the date of the entry of the Interim Order, (i) the Interim Assumption shall be null and void, (ii) the Reinstatement Agreement shall be of no force and effect, (iii) each parties rights, claims and interests with respect to the Customer Agreement shall revert to the position that existed immediately prior to the Petition Date, and (iv) AWS shall be authorized to immediately terminate service to the Debtors.

4. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the Debtors are authorized to enter into the AWS Reinstatement Agreement effective immediately upon its execution by IronNet Cybersecurity, Inc. and to take such actions as are necessary to consummate the transactions contemplated thereby.

5.  The Debtors are authorized to execute and deliver, and empowered to perform under, consummate, and implement, the AWS Reinstatement Agreement, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the AWS Reinstatement Agreement.

6.  Upon entry of the Interim Order, the Debtors are authorized on a final basis to pay (i) the Invoice Arrearages, (ii) the September Invoice on or prior to November 2, 2023, and (iii) the weekly advance payments as required under the terms of the Reinstatement Agreement. The payments set forth in (i)-(iii) shall not be subject to avoidance in the event the Final Order is not approved.

7.  Notwithstanding any provision in the Bankruptcy Rules to the contrary: (a) this Interim Order shall be effective immediately and enforceable upon its entry; (b) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Interim Order; and (c) the Debtors are authorized and empowered to, and may in their discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Interim Order.

8.  This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Interim Order.

**Dated: October 13th, 2023**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE