## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IRONNET, INC. | Case No. 23-11710 (BLS) |
| Debtor. | TAX ID: 83-4599446 |
| In re: | Chapter 11 |
| IRONNET CYBERSECURITY, INC, | Case No. 23-11711 (BLS) |
| Debtor. | TAX ID: 46-5742655 |
| In re: | Chapter 11 |
| IRONNET INTERNATIONAL, LLC, | Case No. 23-11712 (BLS) |
| Debtor. | TAX ID: 83-3237621 |
| In re: | Chapter 11 |
| IRONCAD LLC, | Case No. 23-11713 (BLS) |
| Debtor. | TAX ID: 38-4141162 |
| In re: | Chapter 11 |
| HIGHDEGREE, LLC, | Case No. 23-11714 (BLS) |
| Debtor. | TAX ID: 84-3938474 |
| | **Ref. Docket No. 3** |

30862986.2

## ORDER AUTHORIZING THE JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for the entry of an order (this "**Order**"), pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of these chapter 11 cases for procedural purposes only; and upon consideration of the First Day Declaration and the record of these chapter 11 cases; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required except as otherwise provided herein; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion and having heard the statements in support of the relief requested in the Motion at a hearing before this Court; and it appearing that the relief requested in the Motion and provided for herein is in the best interests of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      These chapter 11 cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

30862986.2

3.      The Clerk of the Court shall maintain one file and one docket for these chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of IronNet, Inc., Case No. 23-11710 (BLS).

4.      All pleadings filed in these chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IRONNET, INC., *et al.*,[1] | ) | Case No. 23-11710 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1]   The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474).  The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

5.      The foregoing caption satisfies the requirements of section 341(c)(1) of the Bankruptcy Code.

6.      All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and the Clerk of the Court shall make a docket entry in the docket of each of these chapter 11 cases substantially as follows:

> An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of IronNet, Inc., IronNet Cybersecurity, Inc., IronNet International, LLC, IronCAD LLC, and HighDegree, LLC. **The docket in the chapter 11 case of IronNet, Inc, Case No. 23-11710 (BLS), should be consulted for all matters concerning this case.**

7.      Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

8.      The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

30862986.2    **Dated: October 13th, 2023**
              **Wilmington, Delaware**