# EXHIBIT 4

**IronNet**
**Weekly CF**

% of critical vendors

All columns are labeled *forecast*.

| Week Start: | 10/7/23 | 10/14/23 | 10/21/23 | 10/28/23 | 11/4/23 | 11/11/23 | 11/18/23 | 11/25/23 | 12/2/23 | 12/9/23 | 12/16/23 | 12/23/23 | 12/30/23 | 1/6/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week End:** | 10/13/23 | 10/20/23 | 10/27/23 | 11/3/23 | 11/10/23 | 11/17/23 | 11/24/23 | 12/1/23 | 12/8/23 | 12/15/23 | 12/22/23 | 12/29/23 | 1/5/24 | 1/12/24 |
| **Total HC** | 6 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 |
| **Bookings Forecast - Baseline** | - | - | - | 126,000 | - | 195,000 | - | - | - | - | - | - | 565,185 | - |
| **Beg. Cash Balance** | 1,197,864 | 1,452,899 | 726,614 | 1,745,658 | 2,376,235 | 2,017,477 | 3,147,259 | 691,326 | 452,663 | 1,560,315 | 1,233,223 | 2,084,164 | 848,501 | 832,923 |
| Sources of Cash: | | | | | | | | | | | | | | |
| + AR Collections - Annual | - | - | 93,624 | 30,000 | - | - | - | - | - | - | - | - | - | - |
| + AR Collections - Monthly | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| + AR Partial Payment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| + Recurring Billings | - | 50,770 | - | - | - | 34,112 | - | - | - | - | 34,112 | - | 204,260 | - |
| + Collections from Baseline Fcst | - | - | - | - | - | 10,000 | - | 70,000 | - | 251,000 | - | - | - | - |
| (+/-) ELOC Financing | | | | | | | | | | | | | | |
| (+/-) Debt | | | | | | | | | | | | | | |
| (+/-) additional investment | 1,500,000 | - | 1,500,000 | 1,500,000 | - | 1,500,000 | 1,500,000 | - | 1,500,000 | - | 1,500,000 | - | - | - |
| **Total Inflow** | **1,500,000** | **50,770** | **1,593,624** | **1,530,000** | **-** | **1,544,112** | **1,500,000** | **70,000** | **1,500,000** | **251,000** | **1,534,112** | **-** | **204,260** | **-** |
| Uses of Cash: | | | | | | | | | | | | | | |
| (-) Regular Pay - US | (20,912) | - | (118,595) | - | - | (125,596) | - | (118,594) | - | (125,831) | - | (125,831) | - | (125,831) |
| (-) Other Pay - US | (17) | - | (235) | - | - | (235) | - | (235) | - | - | - | - | - | - |
| (-) Payroll Tax - US | (9,252) | - | - | - | - | (63,791) | - | (63,791) | - | (63,791) | - | (63,791) | - | (63,791) |
| (-) Stock Comp Tax | - | - | - | - | - | - | (1,036,000) | - | - | - | - | - | - | - |
| (-) Retirement - US | (2,754) | - | - | - | - | (21,867) | - | - | (21,867) | - | (21,867) | - | (21,867) | - |
| (-) Garnish - US | (169) | - | - | - | - | (291) | - | (291) | - | (291) | - | (291) | - | (291) |
| (-) Commission - US | - | - | (7,001) | - | - | - | - | (7,002) | - | - | - | - | - | - |
| (-) International Payroll | (23,594) | (73,626) | - | - | - | - | (73,626) | - | - | - | (73,626) | - | - | - |
| (-) AP Schedule | (1,008,118) | (432,380) | (418,750) | (218,750) | (276,250) | - | (2,808,839) | (118,750) | (102,500) | (239,379) | (550,210) | (1,045,750) | - | (183,629) |
| (-) Monthly Recurring | (55,148) | (121,048) | (30,000) | (143,723) | (82,508) | (68,800) | (37,468) | - | (149,231) | (145,800) | (37,468) | - | (79,221) | (147,010) |
| Restructuring Fees | (125,000) | (150,000) | - | (451,000) | - | (133,750) | - | - | (118,750) | (3,000) | - | - | (118,750) | - |
| (+/-) Bank Transfers | | | | | | | | | | | | | | |
| **Total Outflow** | **(1,119,965)** | **(627,054)** | **(574,581)** | **(448,423)** | **(358,758)** | **(280,580)** | **(3,955,933)** | **(308,663)** | **(273,599)** | **(575,092)** | **(683,171)** | **(1,235,663)** | **(101,088)** | **(520,552)** |
| **End Cash Balance** | **1,452,899** | **726,614** | **1,745,658** | **2,376,235** | **2,017,477** | **3,147,259** | **691,326** | **452,663** | **1,560,315** | **1,233,223** | **2,084,164** | **848,501** | **832,923** | **312,371** |