# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| IRONNET, INC., *et al.*,[1] | ) Case No. 23-11710 (BLS) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Robin White, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On October 16, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for an Order Authorizing the Joint Administration of the Debtors' Chapter 11 Cases** (Docket No. 3)

- **Declaration of Cameron Pforr, President and Chief Financial Officer of the Debtors, In Support of Chapter 11 Petitions and First Day Motions** (Docket No. 4)

- **Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent, Effective as of the Petition Date** (Docket No. 5)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 6)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims, (D) Waiving Strict Compliance With Section 345(B) of the Bankruptcy Code and Certain**

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

> **Operating Guidelines, as Applicable, (E) Authorizing Continuance of Corporate Credit Card Program, and (F) Granting Certain Related Relief** (Docket No. 7)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of IronNet, Inc. And Claims Against the Debtors and (B) Granting Related Relief** (Docket No. 8)

- **Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 9)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing (I) Payment of Accrued Prepetition Employee Wages, Salaries, and Other Compensation, (II) Payment of Prepetition Employee Business Expenses, (III) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs In the Ordinary Course, (IV) Payment of Workers' Compensation Obligations, (V) Payments for Which Prepetition Payroll Deductions Were Made, (VI) Payment of All Costs and Expenses Incident to the Foregoing Payments and Contributions, and (VII) Payment to Third Parties of All Amounts Incident to the Foregoing Payments and Contributions, (B) Authorizing the Debtors, in Their Discretion, to Re-hire Previously Terminated Employees, and (C) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 10)

- **[SEALED] Motion Regarding Chapter 11 First Day Motions Debtors Emergency Motion for an Order (I) Approving and Authorizing (A) the Debtors Entry into the Reinstatement Agreement with Amazon Web Services, Inc. And Amazon Web Services EMEA SARL (B) the Settlement of Claims and Releases Thereunder, and (C) the Assumption of the Customer Agreement Thereunder; and (II) Granting Related Relief** (Docket No. 11)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Obtain Postpetition Financing and (II) Use Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to Prepetition Secured Parties, (D) Modifying the Automatic Stay, (E) Scheduling A Final Hearing, and (F) Granting Related Relief** (Docket No. 12)

- **Declaration of Cameron Pforr in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** (Docket No. 13)

- **Notice of Filing of Redacted Version of Debtors' Emergency Motion for an Order (I) Approving and Authorizing (A) the Debtors' Entry into the Reinstatement Agreement with Amazon Web Services, Inc. And Amazon Web Services EMEA SARL, (B) the Settlement of Claims and Releases Thereunder, and (C) the Assumption of the Customer Agreement Thereunder; And (II) Granting Related Relief** (Docket No. 18)

- **Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Redact Confidential Information from the Debtors' Emergency Motion for an Order (I) Approving and Authorizing (A) the Debtors' Entry Into the Reinstatement Agreement With Amazon Web Services, Inc. And Amazon Web Services EMEA SARL, (B) the Settlement of Claims and Releases Thereunder, and (C) the Assumption of the Customer Agreement Thereunder; and (II) Granting Related Relief and (B) Granting Related Relief** (Docket No. 19)

- **Notice of Filing of Revised Proposed Debtor in Possession Financing Documents** (Docket No. 24)

- **Interim Order (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status For Postpetition Intercompany Claims, (D) Waiving Strict Compliance With Section 345(B) of the Bankruptcy Code and Certain Operating Guidelines, as Applicable, (E) Authorizing Continuance of Corporate Credit Card Program, And (F) Granting Certain Related Relief** (Docket No. 31)

- **Interim Order (I) Approving and Authorizing (A) the Debtors' Entry Into the Reinstatement Agreement With Amazon Web Services, Inc. And Amazon Web Services EMEA SARL, (B) the Settlement of Claims and Releases Thereunder, and (C) the Assumption of the Customer Agreement Thereunder; and (II) Granting Related Relief** (Docket No. 32)

- **Order Authorizing the Joint Administration of the Debtors' Chapter 11 Cases** (Docket No. 33)

- **Order Authorizing Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent, Effective as of the Petition Date** (Docket No. 34)

- **Interim Order (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 35)

- **Interim Order (A) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of Ironnet, Inc. And Claims Against the Debtors and (B) Granting Related Relief** (Docket No. 36)

- **Interim Order (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 37)

- **Interim Order (A) Authorizing (I) Payment of Accrued Prepetition Employee Wages, Salaries, and Other Compensation, (II) Payment of Prepetition Employee Business Expenses, (III) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course, (IV) Payment of Workers' Compensation Obligations, (V) Payments for Which Prepetition Payroll Deductions Were Made, (VI) Payment of All Costs and Expenses Incident to the Foregoing Payments and Contributions, and (VII) Payment to Third Parties of All Amounts Incident to the Foregoing Payments and Contributions, (B) Authorizing the Debtors, in Their Discretion, to Re-hire Previously Terminated Employees, and (C) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 38)

- **Notice of (A) Disclosure Procedures Applicable to Certain Holders of Common Stock or Options, (B) Disclosure Procedures for Certain Transfers of And Declarations of Worthlessness with Respect to Common Stock, and (C) Final Hearing on the Application Thereof** (Docket No. 43)

- **Interim Order (A) Authorizing the Debtors to (I) Obtain Postpetition Financing and (II) Use Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to Prepetition Secured Parties, (D) Modifying the Automatic Stay, (E) Scheduling A Final Hearing, and (F) Granting Related Relief** (Docket No. 47)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 48)

Furthermore, on October 16, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 6)

- **Interim Order (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 35)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 48)

Furthermore, on October 16, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Obtain Postpetition Financing and (II) Use Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to Prepetition Secured Parties, (D) Modifying the Automatic Stay, (E) Scheduling A Final Hearing, and (F) Granting Related Relief** (Docket No. 12)

- **Declaration of Cameron Pforr in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** (Docket No. 13)

- **Notice of Filing of Revised Proposed Debtor in Possession Financing Documents** (Docket No. 24)

- **Interim Order (A) Authorizing the Debtors to (I) Obtain Postpetition Financing and (II) Use Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to Prepetition Secured Parties, (D) Modifying the Automatic Stay, (E) Scheduling A Final Hearing, and (F) Granting Related Relief** (Docket No. 47)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 48)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on October 16, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **Debtors' Motion for Entry of Interim and Final Orders (A) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of IronNet, Inc. And Claims Against the Debtors and (B) Granting Related Relief** (Docket No. 8)

- **Interim Order (A) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of Ironnet, Inc. And Claims Against the Debtors and (B) Granting Related Relief** (Docket No. 36)

- **Notice of (A) Disclosure Procedures Applicable to Certain Holders of Common Stock or Options, (B) Disclosure Procedures for Certain Transfers of And Declarations of Worthlessness with Respect to Common Stock, and (C) Final Hearing on the Application Thereof** (Docket No. 43)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 48)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 18, 2023

_____
Robin White

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Colorado,
County of Denver

Subscribed and sworn to (or affirmed) before me on this 18th day of October 2023, by Robin White, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Kerrie Lynne Darby_

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| C5 Capital Limited | c/o Landis Rath & Cobb LLP | 919 Market Street Ste 1800 | Attn: R Cobb and J Brooks | Wilmington | DE | 19801 |
| C5 Space | | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 |
| C5 SPACE DATA LP | | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 |
| Cigna | | 1700 Lincoln St Lower Lvl 3 Box 59 | | Denver | CO | 80274 |
| Citibank, N.A. | Attn: Legal Dept. | 388 390 Greenwich St | | New York | NY | 10013 |
| Delaware State Treasury | | 820 Silver Lake Blvd Suite 100 | | Dover | DE | 19904 |
| Dell Financial Services | Attn: Alfredo Rabina | One Dell Way | | Round Rock | TX | 78682 |
| Donnelly Financial | Attn: Kelly Strache | 35 W Wacker 35th Fl | | Chicago | IL | 60601 |
| First Citizens Bank and Trust Co | Attn: Legal Dept. | 239 Fayetteville Street | | Raleigh | NC | 27601 |
| ForgePoint | | 400 South El Camino | | San Mateo | CA | 94022 |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Jan Tighe | | 1172 Hillsboro Mile 3 1 | | Hillsboro Beach | FL | 33062 |
| John M. McConnell | | 23045 Cobb House Rd | | Middleburg | VA | 20117 |
| Keith Alexander | | 6411 Highcroft Dr | | Naples | FL | 34119 |
| Michael J. Rogers | | 1950 Se 36Th St | | Cape Coral | FL | 33904 |
| Office of The US Trustee | 844 King Street | Suite 2207 Lockbox 35 | | Wilmington | DE | 19801 |
| PNC Bank | Attn: Legal Dept. | 300 Fifth Avenue | The Tower at PNC Plaza | Pittsburgh | PA | 15222 |
| Russell D. Richardson | | 5323 Se Miles Grant Rd J208 | | Stuart | FL | 34997 |
| SEC New York Regional Office | Attn: Andrew Calamari | 200 Vesey Street Suite 400 | Brookfield Place | New York | NY | 10281-1022 |
| Secretary of State | Attn: Div of Corp Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Securities & Exchange Comm | | 100 F Street NE | | Washington | DC | 20549 |
| Silicon Valley Bank | Attn: Amy Rowe | 1000 Wilson Blvd Ste 2100 | | Arlington | VA | 22209 |
| Texas Partners Bank | Attn: Legal Dept. | 1900 NW Loop 410 | | San Antonio | TX | 78213 |
| Theodore E. Schlein | | 776 Cotton St | | Menlo Park | CA | 94025 |
| US Attorney for the District of DE | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | Wilmington | DE | 19801 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

Document Ref: HV3N7-VSXSL-UPDFR-ZLVFI

Page 8 of 18

# **<u>Exhibit B</u>**



## Exhibit B
Served via Email

| Creditor Name | Attention | Email |
|---|---|---|
| 3i, LP | c/o Cahill Gordon & Reindel LLP | jlevitin@cahill.com |
| 3i, LP | | ahauff@3ifund.com |
| Amazon Web Services | Attn: Rino David | rinodavd@amazon.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates LLP | mike.gearin@klgates.com; brian.peterson@klgates.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates, LLP | steven.caponi@klgates.com; matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | mike.gearin@klgates.com; brian.peterson@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates | steven.caponi@klgates.com; matthew.goeller@klgates.com |
| C5 Capital Limited | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | smitchell@paulweiss.com; dmeyers@paulweiss.com; ghotz@paulweiss.com |
| CAST AI Group Inc | Attn: Aida Barkauskaite | aida@cast.ai |
| Cooley LLP | Attn: Brooke Nussbaum | bnussbaum@cooley.com |
| CORVID Cyberdefense | Attn: Matt Hurley | matt.hurley@corvidtec.com |
| Data 365 | Attn: 365 Operating Company, LLC | sbrooks@365datacenters.com; tom.caruso@365datacenters.com |
| Ecosystems Services LLC | Attn: T Vagnucci | tvagnucci@themckelveygroup.com |
| Fitcheven | Attn: Nancy Driscoll | ndriscoll@fitcheven.com |
| Forvis LLP | Attn: Ben Sady | ben.sady@dhg.com |
| Gartner | Attn: Lauren Hickey | lauren.hickey@gartner.com |
| HCL Technologies Corporate Services Ltd | Attn: Suyash Mishra | suyash.mishra@hcl.com; dask@hcl.com; kamna.soni@hcl.com; santosh.pilkhane@hcl.com |
| Informa Tech Holdings LLC | Attn: Rachel Caffrey | rachel.caffrey@informa.com |
| IronNet, Inc. | c/o Young Conaway Stargett & Taylor, LLC | ejustison@ycst.com; tpowell@ycst.com |
| ITC Global Advisers LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | smitchell@paulweiss.com; dmeyers@paulweiss.com; ghotz@paulweiss.com |
| ITC Global Advisers, LLC | c/o Landis Rath & Cobb LLP | cobb@lrclaw.com; brooks@lrclaw.com |
| KirkpatrickPrice Inc | Attn: Ashton Kreps | a.kreps@kirkpatrickprice.com |
| Korr Acquisitions Group, Inc. | Attn: Kenneth Orr | ko@korrag.com |
| Korr Acquisitions Group, Inc. | Attn: Kenneth Orr | ko@korrag.com |
| LinkSquares | Attn: Kaitlyn Murray | kmurray@linksquares.com |
| Morrison Foerster LLP | Attn: Joseph C Folio III Esq | jfolio@mofo.com |
| Morvillo Abramowitz Grand Iason Anello | Attn: Kate Cassidy Esq | kcassidy@maglaw.com |
| NYSE | Attn: Herman Singh | herman.singh@nyse.com |
| PricewaterhouseCoopers LLP | Attn: Priscilla R Ramos | priscilla.r.ramos@pwc.com |
| Public Strategies Washington Inc | Attn: J Hallauer | jhallauer@psw-inc.com |
| Riveron Consulting LLC | Attn: Sasha Morozova | sasha.morozova@riveron.com |
| Sacumen Div of Clarion Tech Pvt Ltd | Attn:Anjali Menon and Gowri Sirsi | anjali.menon@expresslaw.in |
| Salesforcecom Inc | Attn: S Clermontchan | sclermontchan@salesforce.com |
| SHI | Attn: Andreas Poswencyk | andreas_poswencyk@shi.com |
| The Open Information Security Foundation | Attn: Kelley Misata PhD | kmisata@oisf.net |
| Tiempo Development LLC | Attn: Jeffrey Sperber EVP CFO 3Pillar | jeffrey.sperber@3pillarglobal.com |
| Tyson's Corner Office I LLC | Attn: Nuchapan Glomdee | nuchapan.glomdee@hines.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

Document Ref: HV3N7-VSXSL-UPDFR-ZLVFI

Page 10 of 18

# **<u>Exhibit C</u>**



**Exhibit C**
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AIG AIU Holdings/Chartis | Attn: Natl Union Fire Ins Co of Pitt | PO Box 11590 | | Newark | NJ | 07193-1590 |
| AIU Holdings/Chartis | Attn: Natl Union Fire Ins Co of Pitt | 175 Water St | | New York | NY | 10038-4969 |
| Canopius | | 140 Broadway Suite 2210 | | New York | NY | 10005 |
| CNA Insurance Companies | | P.O BOX 790094 | | St. Louis | MO | 63170-0094 |
| Continental Casualty Company | c/o CNA Insurance | P.O Box 790094 | | St Louis | MO | 63170-0094 |
| Continental Casualty Company | | 151 N Franklin St Ste 700 | | Chicago | IL | 60606-1915 |
| Hanover Insurance Group Inc | | 440 Lincoln St | | Worcester | MA | 01653 |
| Ironshore Specialty Insurance Co. | | 175 Berkeley St | | Boston | MA | 02116 |
| Lloyds America, Inc. | Attn: Legal Dept | 280 Park Ave 25th Fl East Tower | | New York | NY | 10017 |
| Lockton Companies | Attn: Scott R. Maskell | 1801 K Street NW Ste 200 | | Washington | DC | 20006 |
| Lockton Companies | | 1 International Pl No 1630 | | Boston | MA | 02110 |
| Nationwide Group | Attn: Ryan Skelley | 18700 North Hayden Rd. | | Scottsdale | AZ | 85255 |
| SCOR Group | Attn: General Security National Ins Co | 28 Liberty St, Ste 5400 | | New York | NY | 10005 |
| SOMPO International | c/o Commercial Management Liability | 1221 Avenue of The Americas 18th Fl | Attn: Prof Lines Underwriting Dept | New York | NY | 10020 |
| Travelers | | One Tower Square | | Hartford | CT | 06183 |
| W. R. Berkley Group | | 757 Third Avenue 10th Fl | | New York | NY | 10017 |
| XL Insurance America, Inc | | 100 Constitution Plaza 17th Fl | | Hartford | CT | 06103 |
| XL Insurance America, Inc | | 101 Constitution Plaza 17th Fl | | Hartford | CT | 06103 |
| XL Insurance America, Inc | | 102 Constitution Plaza 17th Fl | | Hartford | CT | 06103 |
| XL Insurance America, Inc | | 103 Constitution Plaza 17th Fl | | Hartford | CT | 06103 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

# **<u>Exhibit D</u>**



**Exhibit D**
Served via Email

| Creditor Name | Attention | Email |
|---|---|---|
| CNA Insurance Companies | Attn: Neal Stoeckel | neal.stoeckel@cna.com |
| Lloyds | c/o Ambridge Partners LLC | auditsandclaims@ambridge-group.com |
| Lloyds | c/o Syndicate BRT 2987 | ambridge.claims@britinsurance.com |
| Old Republic General Ins. Grp. | | claimnotice@oldrepublicpro.com |
| Westfield Specialty Insurance Co | Attn: Specialty Underwriting Dept. | westfieldspecialty@westfieldgrp.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

Document Ref: HV3N7-VSXSL-UPDFR-ZLVFI

Page 14 of 18

# **<u>Exhibit E</u>**



## Exhibit E
Served via First-Class Mail

| Creditor Name | Address | City | State | Zip |
|---|---|---|---|---|
| 5 Cyber Partners II SCSP RAIF | 1701 Pennsylvania Ave NW | Washington | DC | 20006 |
| Alexander, Keith B. | 6411 Highcroft Dr | Naples | FL | 34119 |
| C5 Transatlantic Investors LP | 1701 Pennsylvania Ave NW | Washington | DC | 20006 |
| Ferrous Investors LP | 1701 Pennsylvania Ave NW | Washington | DC | 20006 |
| Forgepoint Cyber Affiliates Fund I, L.P. | 400 South El Camino | San Mateo | CA | 94022 |
| Hewlett-Packard Financial Serv Co | 200 Connell Drive | Berkeley Heights | NJ | 07922 |
| Mcconnell, John M. | 23045 Cobb House Rd | Middleburg | VA | 20117 |
| Richardson, Russell D. | 5323 SE Miles Grant Rd J208 | Stuart | FL | 34997 |
| Rogers, Michael J. | 1950 SE 36th St | Cape Coral | FL | 33904 |
| Schlein, Theodore E. | 776 Cotton St | Menlo Park | CA | 94025 |
| Svb Innovation Lending Fund VIII, L.P. | 2770 Sand Hill Road | Menlo Park | CA | 94025 |
| Tighe, Jan E. | 1172 Hillsboro Mile 3 1 | Hillsboro Beach | FL | 33062 |
| VAR Technology Finance | 2330 I 30 | Mesquite | TX | 75150 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

Document Ref: HV3N7-VSXSL-UPDFR-ZLVFI

Page 16 of 18

# **Exhibit F**



# Exhibit F
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| 3i, LP | Attn: Maier Joshua Tarlow | 140 Broadway 38th Fl | New York | NY | 10005 |
| Alexander Keith B | c/o IronNet, Inc. | 7900 Tysons One Pl Ste 400 | McLean | VA | 22102 |
| C5 Capital Limited | Attn: Michael C. Sloan, GC | 1701 Pennsylvania Ave NW | Washington | DC | 20006 |
| ForgePoint Cybersec Fund I L.P. | | 400 S El Camino Rd Ste 300 | San Mateo | CA | 94402 |
| KPCB Digital Growth Fund II LLC | c/o Kleiner Perkins Caufield et al. | 2750 Sand Hill Rd | Menlo Park | CA | 94025 |
| Welch William E | c/o IronNet, Inc. | 7900 Tysons One Pl Ste 400 | McLean | VA | 22102 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

Document Ref: HV3N7-VSXSL-UPDFR-ZLVFI

Page 18 of 18

# Signature Certificate

Reference number: HV3N7-VSXSL-UPDFR-ZLVFI

| Signer | Timestamp | Signature |
|---|---|---|
| **Robin White** <br> Email: robin.white@stretto.com | | |
| Sent: | 18 Oct 2023 22:04:44 UTC | Robin White |
| Viewed: | 18 Oct 2023 22:04:48 UTC | |
| Signed: | 18 Oct 2023 22:05:17 UTC | |
| **Recipient Verification:** | | |
| ✔ Email verified | 18 Oct 2023 22:04:48 UTC | IP address: 99.15.115.110 |
| ✔ Personally Known | 18 Oct 2023 22:04:37 UTC | Location: Brentwood, United States |
| **Kerrie Darby** <br> Email: kerrie.darby@stretto.com | | |
| Sent: | 18 Oct 2023 22:04:44 UTC | Kerrie Lynne Darby |
| Viewed: | 18 Oct 2023 22:05:24 UTC | |
| Signed: | 18 Oct 2023 22:05:30 UTC | |

IP address: 4.2.49.178
Location: Saint Stephens, United States

Document notarized online using audio-video communication on:

18 Oct 2023 22:05:30 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

