## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| IRONNET, INC., *et al.*,[1] | ) Case No. 23-11710 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF FILING OF LIST OF EQUITY INTEREST HOLDERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, debtor IronNet, Inc. ("**IronNet**") has filed its attached list of equity holders, dated as of August 31, 2023.[2]

*[Signature Page Follows]*

---

[1]    The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474).  The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

[2]    To the extent IronNet obtains an updated list, it will supplement this filing.

Dated: November 3, 2023
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Timothy R. Powell*
Sean M. Beach (No. 4070)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Timothy R. Powell (No. 6894)
Kristin L. McElroy (No. 6871)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Emails:  sbeach@ycst.com
          kenos@ycst.com
          ejustison@ycst.com
          tpowell@ycst.com
          kmcelroy@ycst.com

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

30873902.1

## List of Equity Interest Holders

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |

| Name & Address | Shares Held |
|---|---|
| ANDREW FRANCE (INDIVIDUAL)<br>Address on file | 193<br>0.000 % |
| 143 AVENUE B ASSOCIATES, LLC<br>1 GLENDINNING PL<br>WESTPORT CT 06880-1242 | 250,000<br>0.206 % |
| TRACEY ABBY<br>Address on file | 170<br>0.000 % |
| DESIREE ADKINS<br>Address on file | 96<br>0.000 % |
| CHERYL ALEXANDER<br>Address on file | 81,411<br>0.067 % |
| CHERYL ALEXANDER<br>Address on file | 1,147<br>0.001 % |
| KEITH B. ALEXANDER<br>Address on file | 10,801,970<br>8.890 % |
| KEITH B. ALEXANDER<br>Address on file | 123,008<br>0.101 % |
| KEITH B. ALEXANDER<br>Address on file | 128,046<br>0.105 % |
| AKHTER ALI<br>Address on file | 63<br>0.000 % |
| STEWART ALRIDGE<br>Address on file | 3,517<br>0.003 % |
| BRIAN ANDERSON<br>Address on file | 554<br>0.000 % |
| MAXWELL CHANNING ANDERSON<br>Address on file | 8<br>0.000 % |
| JULIA ANDREAS<br>Address on file | 55<br>0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |
| TYLER ATKINSON | | 140 |
| Address on file | | 0.000 % |
| JEFFREY L BACHTEL | | 23 |
| Address on file | | 0.000 % |
| PATRICK BAKER | | 29 |
| Address on file | | 0.000 % |
| GEORGE ANTHONY BANCROFT II | | 14,566 |
| Address on file | | 0.012 % |
| SUDESH BANSKOTA | | 520 |
| Address on file | | 0.000 % |
| JAMES BARRY | | 125 |
| Address on file | | 0.000 % |
| TERRYANN NICOLA BECKFORD & KERRY ANN LATOYA EDWARDS | | 10 |
| Address on file | | 0.000 % |
| MONIQUE BENNETT | | 37 |
| Address on file | | 0.000 % |
| STEVEN BEVERLY | | 37 |
| Address on file | | 0.000 % |
| MATTHEW BOONE | | 24 |
| Address on file | | 0.000 % |
| JOEL BORK | | 80 |
| Address on file | | 0.000 % |
| MATTHEW BOUGGY | | 291 |
| Address on file | | 0.000 % |
| RYAN BRADY | | 22 |
| Address on file | | 0.000 % |
| CHARDONNAE BRANDON-QUARLES | | 43 |
| Address on file | | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|---|
| **Name & Address** | | | **Shares Held** |
| SABRINA BRAUN | | | 755 |
| Address on file | | | 0.001 % |
| JENNIFER S. BRUNET | | | 16,624 |
| Address on file | | | 0.014 % |
| JENNIFER S. BRUNET | | | 334 |
| Address on file | | | 0.000 % |
| JONATHAN BURKERT | | | 39 |
| Address on file | | | 0.000 % |
| DAVE BUTLER | | | 12,409 |
| Address on file | | | 0.010 % |
| ELEANOR BYRNE & | | | 15,000 |
| CHRISTINE BYRNE TR | | | 0.012 % |
| | | | |
| ELEANOR E MALONEY RES TRUST A | | | |
| Address on file | | | |
| C5 PARTNERS, LLC | | | 6,794,861 |
| 7 VIGO STREET | | | 5.592 % |
| LONDON W1S 3HF | | | |
| LONDON | | | |
| UNITED KINGDOM | | | |
| ZDRAVKA CANKOVA | | | 322 |
| Address on file | | | 0.000 % |
| PAUL CARMAN | | | 149 |
| Address on file | | | 0.000 % |
| ALAN CAMERON CARSON | | | 7,556 |
| Address on file | | | 0.006 % |
| MATTHEW CASE | | | 1,840 |
| Address on file | | | 0.002 % |
| MATTHEW CASE | | | 26 |
| Address on file | | | 0.000 % |
| CEDE & CO | | | 84,165,338 |
| 570 WASHINGTON BLVD | | | 69.268 % |
| JERSEY CITY NJ 07310-1617 | | | |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
| --- | --- | --- |
| **Name & Address** | | **Shares Held** |

| Name & Address | Shares Held |
| --- | --- |
| CHARLES CHALEUNRATH | 425 |
| Address on file | 0.000 % |
| ANDREW CHAPMAN | 53 |
| Address on file | 0.000 % |
| WAYNE CHENG | 31 |
| Address on file | 0.000 % |
| GAURAV CHHIBER | 1,099 |
| Address on file | 0.001 % |
| EDWARD CHRISTIAN | 229 |
| Address on file | 0.000 % |
| CHRISTOPHER CHRISTIANSON | 30 |
| Address on file | 0.000 % |
| TUAN MOO CHUA | 68 |
| Address on file | 0.000 % |
| SEAN CHUNG | 393 |
| Address on file | 0.000 % |
| JOHN CLEARY | 19 |
| Address on file | 0.000 % |
| ALEXIS CLINE | 41 |
| Address on file | 0.000 % |
| JUSTIN COKER | 1,630 |
| Address on file | 0.001 % |
| ANDREW COLEMAN | 234 |
| Address on file | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |
| PATRICK COLLARD | | 100 |
| Address on file | | 0.000 % |
| ALEXANDER CONN | | 516 |
| Address on file | | 0.000 % |
| JOHN J CONNOLLY | | 65 |
| Address on file | | 0.000 % |
| RALEE COOK | | 5,430 |
| Address on file | | 0.004 % |
| RALEE COOK | | 76 |
| Address on file | | 0.000 % |
| STUART COOKE | | 81 |
| | | 0.000 % |
| Address on file | | |
| STEVEN COOPERMAN | | 96 |
| Address on file | | 0.000 % |
| VICTOR COPPA | | 110 |
| | | 0.000 % |
| Address on file | | |
| JAMESON D COTTER-CIAMBOTTI | | 96 |
| Address on file | | 0.000 % |
| ALBAN COZZANI-DEVISME | | 81 |
| | | 0.000 % |
| Address on file | | |
| CALEB CROUSE | | 80 |
| Address on file | | 0.000 % |
| GEORGINA CURTIS | | 13 |
| Address on file | | 0.000 % |
| ANDREW CUSTEAD | | 143 |
| | | 0.000 % |
| Address on file | | |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |

| Name & Address | Shares Held |
|---|---:|
| MARCUS DANDREA<br>Address on file | 32,564<br>0.027 % |
| MARCUS DANDREA<br>Address on file | 459<br>0.000 % |
| PAUL JOHN DAVISON<br>Address on file | 105<br>0.000 % |
| MARCUS DEFAZIO<br>Address on file | 325<br>0.000 % |
| NICHOLAS DENBLEYKER<br>Address on file | 17<br>0.000 % |
| SACHIN DEODHAR<br>Address on file | 62<br>0.000 % |
| ALEXANDRE DEPRET-BIXIO<br>Address on file | 102<br>0.000 % |
| JOSE PAULO DERILO<br>Address on file | 3<br>0.000 % |
| BRIDGETTE DIBBLE<br>Address on file | 28<br>0.000 % |
| DONALD R. DIXON<br>Address on file | 244,232<br>0.201 % |
| DONALD R. DIXON<br>Address on file | 3,440<br>0.003 % |
| TRISH DIXON<br>Address on file | 65<br>0.000 % |
| STEPHEN DROLLINGER<br>Address on file | 35,787<br>0.029 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |
| STEPHEN DROLLINGER | | 504 |
| **Address on file** | | 0.000 % |
| CHRISTOPHER EA | | 77 |
| **Address on file** | | 0.000 % |
| SLOAN EDGETON | | 48 |
| **Address on file** | | 0.000 % |
| KEITH ELLISTON | | 90 |
| **Address on file** | | 0.000 % |
| BRANDON EMERSON | | 277 |
| **Address on file** | | 0.000 % |
| LIAM EMMART | | 22 |
| **Address on file** | | 0.000 % |
| ROBLEH A ESA | | 135 |
| **Address on file** | | 0.000 % |
| LEAH FERGUSON-DRAYER | | 11 |
| **Address on file** | | 0.000 % |
| MICHAEL FERRANTINO | | 30,000 |
| **Address on file** | | 0.025 % |
| DAVID L FITZGERALD | | 4,800 |
| **Address on file** | | 0.004 % |
| BRETT A FITZPATRICK | | 52 |
| **Address on file** | | 0.000 % |
| DAVID M FOELBER | | 762 |
| **Address on file** | | 0.001 % |
| JOHN FORD | | 280 |
| **Address on file** | | 0.000 % |
| FORGEPOINT CYBER AFFILIATES FUND I, L.P. | | 52,135 |
| 400 S EL CAMINO REAL STE 1050 SAN MATEO CA 94402-1765 | | 0.043 % |

# LIST OF SHAREHOLDERS
## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |
| FORGEPOINT CYBER AFFILIATES FUND I, L.P.<br>400 S EL CAMINO REAL STE 300<br>SAN MATEO CA 94402-1728 | | 734<br>0.001 % |
| FORGEPOINT CYBER CO-INVESTORS FUND I, L.P.<br>400 S EL CAMINO REAL STE 1050<br>SAN MATEO CA 94402-1765 | | 2,246,496<br>1.849 % |
| FORGEPOINT CYBER CO-INVESTORS FUND I-B, L.P.<br>400 S EL CAMINO REAL STE 1050<br>SAN MATEO CA 94402-1765 | | 748,221<br>0.616 % |
| FORGEPOINT CYBER CO-INVESTORS FUND I-C, L.P.<br>400 S EL CAMINO REAL STE 1050<br>SAN MATEO CA 94402-1765 | | 1,965,474<br>1.618 % |
| FORGEPOINT CYBER CO-INVESTORS FUND I-E, L.P.<br>400 S EL CAMINO REAL STE 1050<br>SAN MATEO CA 94402-1765 | | 266,539<br>0.219 % |
| FORGEPOINT CYBER CO-INVESTORS FUND I, L.P.<br>400 S EL CAMINO REAL STE 300<br>SAN MATEO CA 94402-1728 | | 31,642<br>0.026 % |
| FORGEPOINT CYBER CO-INVESTORS FUND I-B, L.P.<br>400 S EL CAMINO REAL STE 300<br>SAN MATEO CA 94402-1728 | | 10,539<br>0.009 % |
| FORGEPOINT CYBER CO-INVESTORS FUND I-C, L.P.<br>400 S EL CAMINO REAL STE 300<br>SAN MATEO CA 94402-1728 | | 27,684<br>0.023 % |
| FORGEPOINT CYBER CO-INVESTORS FUND I-E, L.P.<br>400 S EL CAMINO REAL STE 300<br>SAN MATEO CA 94402-1728 | | 3,754<br>0.003 % |
| FORGEPOINT CYBERSECURITY FUND I, LP<br>400 S EL CAMINO REAL STE 1050<br>SAN MATEO CA 94402-1765 | | 200,000<br>0.165 % |
| FORGEPOINT CYBERSECURITY FUND I, L.P.<br>400 S EL CAMINO REAL STE 1050<br>SAN MATEO CA 94402-1765 | | 4,483,686<br>3.690 % |
| FORGEPOINT CYBERSECURITY FUND I, L.P.<br>400 S EL CAMINO REAL STE 300<br>SAN MATEO CA 94402-1728 | | 63,153<br>0.052 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |

| Name & Address | Shares Held |
|---|---|
| JULIE FRANK | 6,870 |
| Address on file | 0.006 % |
| RYAN FRANKLIN | 133 |
| Address on file | 0.000 % |
| NATHAN FRICKEL | 61 |
| Address on file | 0.000 % |
| MARC FRUCHTBAUM | 42 |
| Address on file | 0.000 % |
| JEANNE C FULLARTON | 60 |
| Address on file | 0.000 % |
| MARY ELLEN GALLAGHER | 40,476 |
| Address on file | 0.033 % |
| RANDY GARRETT | 217,098 |
| Address on file | 0.179 % |
| RANDY GARRETT | 3,058 |
| Address on file | 0.003 % |
| MICHAEL GOODMAN | 2,035 |
| Address on file | 0.002 % |
| MICHAEL GOODMAN | 29 |
| Address on file | 0.000 % |
| BRYAN GRACE | 50 |
| Address on file | 0.000 % |
| COURTNEY GREELEY | 162 |
| Address on file | 0.000 % |
| ANTHONY J GRENGA | 241 |
| Address on file | 0.000 % |
| DANIEL M. GROH | 2,713 |
| Address on file | 0.002 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |
| DANIEL M. GROH | | 38 |
| Address on file | | 0.000 % |
| KEN GROOMS | | 54 |
| Address on file | | 0.000 % |
| ANNE GROSSMAN | | 8,141 |
| Address on file | | 0.007 % |
| JULIE GRUNDMAN | | 32,914 |
| Address on file | | 0.027 % |
| JULIE GRUNDMAN | | 464 |
| Address on file | | 0.000 % |
| ATUL GUPTA | | 4 |
| Address on file | | 0.000 % |
| YAZAN HAMMOUDAH | | 122 |
| Address on file | | 0.000 % |
| CAIN HANEY | | 20 |
| Address on file | | 0.000 % |
| JEREMIAH HANKINS | | 35,959 |
| Address on file | | 0.030 % |
| JEREMIAH HANKINS | | 506 |
| Address on file | | 0.000 % |
| ROBERT HANSON | | 26 |
| Address on file | | 0.000 % |
| TAYLOR HAYES | | 52 |
| Address on file | | 0.000 % |
| JASON HEATH | | 7,673 |
| Address on file | | 0.006 % |
| JASON HEATH | | 278 |
| Address on file | | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| Name & Address | | Shares Held |

| Name & Address | Shares Held |
|---|---|
| ANTON HEDRICK | 209 |
| Address on file | 0.000 % |
| PIERRE HERBELOT | 1,290 |
| Address on file | 0.001 % |
| ALLYXZANDER HERRING | 10 |
| Address on file | 0.000 % |
| PHILLIP HILLHOUSE | 478 |
| Address on file | 0.000 % |
| KEEGAN E. HINES | 72 |
| Address on file | 0.000 % |
| ADAM F HLAVEK | 57 |
| Address on file | 0.000 % |
| CHRISTOPHER HOLGUIN | 147 |
| Address on file | 0.000 % |
| PATRICK HORNSBY | 142 |
| Address on file | 0.000 % |
| SUSAN CAROL HOWLAND | 130,257 |
| Address on file | 0.107 % |
| SUSAN CAROL HOWLAND | 1,835 |
| Address on file | 0.002 % |
| PETER HUFF | 119 |
| Address on file | 0.000 % |
| SYED HUSAIN | 17 |
| Address on file | 0.000 % |
| JANE N HYLTON | 7,293 |
| Address on file | 0.006 % |
| JANE N HYLTON | 103 |
| Address on file | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| Name & Address | | Shares Held |

| Name & Address | Shares Held | % |
|---|---|---|
| FUMINORI IKEGAWA | 43 | 0.000 % |
| Address on file | | |
| IMPACTASSETS | 40,000 | 0.033 % |
| 4340 E WEST HWY STE 210 | | |
| BETHESDA MD 20814-4411 | | |
| MATTHEW IRVINE | 42 | 0.000 % |
| Address on file | | |
| JENNIFER A ISACOFF | 152 | 0.000 % |
| Address on file | | |
| BROOKS ISOLDI | 66 | 0.000 % |
| Address on file | | |
| PATRICK JARAMILLO | 72 | 0.000 % |
| Address on file | | |
| AARON JONES | 40 | 0.000 % |
| Address on file | | |
| GARRETT JONES | 1,720 | 0.001 % |
| Address on file | | |
| NICOLE JONES | 169 | 0.000 % |
| Address on file | | |
| SARA JOYCE | 44 | 0.000 % |
| Address on file | | |
| CHELSEA JUNGET | 32 | 0.000 % |
| Address on file | | |
| ANIA KACEWICZ | 1,259 | 0.001 % |
| Address on file | | |
| EVAN KALOUDIS | 401 | 0.000 % |
| Address on file | | |
| BARTOSZ KAMINSKI | 86 | 0.000 % |
| Address on file | | |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |

| Name & Address | Shares Held |
|---|---|
| JOHN M. KEANE<br>Address on file | 249,277<br>0.205 % |
| INTISAR KHAN<br>Address on file | 10<br>0.000 % |
| ERIC L KIBISINGO<br>Address on file | 52<br>0.000 % |
| STEVEN KING<br>Address on file | 43<br>0.000 % |
| STEPHEN KINSER<br>Address on file | 36<br>0.000 % |
| YOUNGWOO KO<br>Address on file | 18<br>0.000 % |
| ABHINAV KORE<br>Address on file | 260<br>0.000 % |
| MOHAMED H KOTB<br>Address on file | 45<br>0.000 % |
| KPCB HOLDINGS, INC.<br>2750 SAND HILL RD<br>MENLO PARK CA 94025-7020 | 200,000<br>0.165 % |
| KPCB HOLDINGS, INC., AS NOMINEE<br>2750 SAND HILL RD<br>MENLO PARK CA 94025-7020 | 5,721,414<br>4.709 % |
| KPCB HOLDINGS, INC., AS NOMINEE<br>2750 SAND HILL RD<br>MENLO PARK CA 94025-7020 | 80,587<br>0.066 % |
| RISHI KUMAR<br>Address on file | 151<br>0.000 % |
| JEAN-LUC LABBE<br>Address on file | 23<br>0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
| --- | --- | --- |
| **Name & Address** | | **Shares Held** |
| GEORGE H. LAMONT | | 10,320 |
| Address on file | | 0.008 % |
| ROBERT LAPENTA SR | | 191,000 |
| Address on file | | 0.157 % |
| ROBERT LAPENTA JR | | 283,412 |
| Address on file | | 0.233 % |
| MICHAEL J LEARDI | | 53 |
| Address on file | | 0.000 % |
| RICHARD LEDGETT | | 408 |
| Address on file | | 0.000 % |
| MATTHEW K. LEMBRIGHT | | 12,212 |
| Address on file | | 0.010 % |
| MATTHEW K. LEMBRIGHT | | 172 |
| Address on file | | 0.000 % |
| LAUREEN LENAHAN | | 24 |
| Address on file | | 0.000 % |
| KELLY LEVOYER | | 125 |
| Address on file | | 0.000 % |
| MICHAEL LEWALLEN | | 23 |
| Address on file | | 0.000 % |
| KEITH B LI | | 178 |
| Address on file | | 0.000 % |
| MELISSA LOGSDON | | 3,581 |
| Address on file | | 0.003 % |
| WILLIAM T LONG | | 178 |
| Address on file | | 0.000 % |
| MICHAEL LOWNEY | | 54 |
| Address on file | | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
| --- | --- | --- |
| **Name & Address** | | **Shares Held** |

| Name & Address | Shares Held |
| --- | --- |
| ZHENDONG LUN<br>Address on file | 50<br>0.000 % |
| RAYMOND J LYNCH<br>Address on file | 74<br>0.000 % |
| KATHERINE HANSEN MABBETT<br>Address on file | 456<br>0.000 % |
| WILLIAM MACDONALD<br>Address on file | 430<br>0.000 % |
| MARK MANNING<br>Address on file | 142<br>0.000 % |
| LORIN MARCHIGIANI<br>Address on file | 43<br>0.000 % |
| PAULA ANN MARKS<br>Address on file | 81,411<br>0.067 % |
| PAULA ANN MARKS<br>Address on file | 1,147<br>0.001 % |
| KEVIN MARTENSSON AND BRANDIE MARTENSSON<br>JOINT TENANTS WITH RIGHT OF SURVIVORSHIP<br>Address on file | 115<br>0.000 % |
| JONATHAN MARTIN<br>Address on file | 57<br>0.000 % |
| MICHAEL CLARK MARTIN<br>Address on file | 2,830<br>0.002 % |
| LISA MASON<br>Address on file | 14<br>0.000 % |
| ROBERT MATHIESON<br>Address on file | 105<br>0.000 % |
| FERNANDO MAYMI<br>Address on file | 155<br>0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |
| JOHN MICHAEL MCCONNELL | | 244,232 |
| Address on file | | 0.201 % |
| JOHN MICHAEL MCCONNELL | | 5,045 |
| Address on file | | 0.004 % |
| ALEXANDER J MCCORMACK | | 431 |
| Address on file | | 0.000 % |
| JOSHUA MCDONALD | | 196 |
| Address on file | | 0.000 % |
| MARISSA MCHUGH | | 43 |
| Address on file | | 0.000 % |
| BERNARD MCMANUS | | 54 |
| Address on file | | 0.000 % |
| STUART MCMURRAY | | 43 |
| Address on file | | 0.000 % |
| LUANN J MCNANEY | | 151 |
| Address on file | | 0.000 % |
| JOHN S MEGA | | 59,320 |
| Address on file | | 0.049 % |
| DENNIS MERCER | | 139 |
| Address on file | | 0.000 % |
| EILEEN MERCILLIOTT | | 26 |
| Address on file | | 0.000 % |
| JEREMY MILLER | | 43 |
| Address on file | | 0.000 % |
| RICHARD W MILLER | | 74 |
| Address on file | | 0.000 % |
| HAJIME MINAMIDA | | 65 |
| Address on file | | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |

| Name & Address | Shares Held | % |
|---|---|---|
| KEVIN MINCEMEYER<br>Address on file | 24 | 0.000 % |
| STEPHEN M MONACO<br>Address on file | 57 | 0.000 % |
| MARA MONT<br>Address on file | 43 | 0.000 % |
| IRENE MOORE<br>Address on file | 33 | 0.000 % |
| CRAIG J. MUNDIE<br>Address on file | 2,465 | 0.002 % |
| KAREN MURRAY<br>Address on file | 99 | 0.000 % |
| MICHAEL NAPLES<br>Address on file | 41 | 0.000 % |
| SIVASUBRAMANIAN NEELAKANTAN<br>Address on file | 57 | 0.000 % |
| NGM ASSET MANAGEMENT LLC<br>C/O NATHAN MILLER<br>347 LUKES WOOD RD<br>NEW CANAAN CT 06840-2206 | 200,000 | 0.165 % |
| KRISTEN NIX<br>Address on file | 48 | 0.000 % |
| IRINA NOWAK<br>Address on file | 77 | 0.000 % |
| WALTER NOWICKI<br>Address on file | 108 | 0.000 % |
| MONIQUE I. NUMA<br>Address on file | 523 | 0.000 % |
| CHRISTOPHER O'BRIEN<br>Address on file | 883 | 0.001 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |

| Name & Address | Shares Held |
|---|---|
| SELMA GOMEZ ORR | 43 |
| Address on file | 0.000 % |
| GARETH DAVID OWEN | 185 |
| Address on file | 0.000 % |
| OREST PANKIW | 38 |
| Address on file | 0.000 % |
| ALEXANDER PARELLA | 25 |
| Address on file | 0.000 % |
| ALSA K. PEDONE AND RICHARD A. PEDONE TENANTS BY ENTIRETY | 31,205 |
| Address on file | 0.026 % |
| ALSA K. PEDONE AND RICHARD A. PEDONE TENANTS BY ENTIRETY | 962 |
| Address on file | 0.001 % |
| DAVID N PEKAREK | 752 |
| Address on file | 0.001 % |
| NELSON PERDOMO | 30 |
| Address on file | 0.000 % |
| JON L PEREZ | 1,251 |
| Address on file | 0.001 % |
| BRANDON PERKINS | 53 |
| Address on file | 0.000 % |
| JOHN PHILLIPS | 1,935 |
| Address on file | 0.002 % |
| STEVEN R. PICOT | 4,013 |
| Address on file | 0.003 % |
| KATHLEEN O PIEROG | 86 |
| Address on file | 0.000 % |
| PATRICK PIERSON | 83 |
| Address on file | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |
| EDWARD POTTER | | 323 |
| Address on file | | 0.000 % |
| CURTIS PRESSLEY | | 602 |
| Address on file | | 0.000 % |
| CASIMIR RAPNICKI | | 52 |
| Address on file | | 0.000 % |
| PHILIP REED | | 6,784 |
| Address on file | | 0.006 % |
| PHILIP REED | | 112 |
| Address on file | | 0.000 % |
| ALAN C. REINER | | 22,727 |
| Address on file | | 0.019 % |
| ALAN C. REINER | | 334 |
| Address on file | | 0.000 % |
| MICHAEL J. ROGERS | | 244,232 |
| Address on file | | 0.201 % |
| MICHAEL J. ROGERS | | 5,045 |
| Address on file | | 0.004 % |
| DAVID ROSE | | 631 |
| Address on file | | 0.001 % |
| NORMAN ROULE | | 6,241 |
| Address on file | | 0.005 % |
| CELESTE RUDD | | 42 |
| Address on file | | 0.000 % |
| JONATHAN SALLOT | | 27 |
| Address on file | | 0.000 % |
| MELODY SAMPSON | | 55 |
| Address on file | | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
| --- | --- | --- |
| **Name & Address** | | **Shares Held** |

| Name & Address | Shares Held |
| --- | --- |
| PHILLIP SCHAFER | 156 |
| Address on file | 0.000 % |
| KRISTEN SCHIFANO | 52 |
| Address on file | 0.000 % |
| THOMAS SCHOLL | 30 |
| Address on file | 0.000 % |
| NICOLE SCOTT | 50 |
| Address on file | 0.000 % |
| RYAN SHUBERT | 5,766 |
| Address on file | 0.005 % |
| RYAN SHUBERT | 81 |
| Address on file | 0.000 % |
| CLEMENTE SICLARE | 72 |
| Address on file | 0.000 % |
| JAMES SIGMAN | 47 |
| Address on file | 0.000 % |
| KATHERINE P SIMPSON | 254 |
| Address on file | 0.000 % |
| SANDEEP SIVADAS | 57 |
| Address on file | 0.000 % |
| CARRIE SPEAR | 301 |
| Address on file | 0.000 % |
| MIKA SPENCE | 84 |
| Address on file | 0.000 % |
| JOSHUA STEIN | 1,147 |
| Address on file | 0.001 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| Name & Address | | Shares Held |
| DANIELLE STORBECK | | 22 |
| Address on file | | 0.000 % |
| VIMAL SUBA | | 143 |
| Address on file | | 0.000 % |
| RYAN SULLIVAN | | 96 |
| Address on file | | 0.000 % |
| HENDI SUSANTO | | 41,660 |
| Address on file | | 0.034 % |
| MATTHEW SUTTON | | 41 |
| Address on file | | 0.000 % |
| SVB FINANCIAL GROUP | | 82 |
| 3003 TASMAN DR | | 0.000 % |
| SANTA CLARA CA 95054-1191 | | |
| ZACHARY SWARTZ | | 20 |
| Address on file | | 0.000 % |
| PAUL SWEARINGEN | | 125 |
| Address on file | | 0.000 % |
| KELLIE TABOR-HANN | | 32 |
| Address on file | | 0.000 % |
| JUAN PING TAN | | 108 |
| Address on file | | 0.000 % |
| AUSTIN TAYLOR | | 50,712 |
| Address on file | | 0.042 % |
| AUSTIN TAYLOR | | 757 |
| Address on file | | 0.001 % |
| RAYMOND TENG | | 109 |
| Address on file | | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| **Name & Address** | | **Shares Held** |
| THAO THIEU | | 103 |
| Address on file | | 0.000 % |
| JAN ELIZABETH TIGHE | | 1,605 |
| Address on file | | 0.001 % |
| ANNAMARIE TISS | | 47 |
| Address on file | | 0.000 % |
| DUNG TO | | 80 |
| Address on file | | 0.000 % |
| KIERSTEN TODT | | 537 |
| Address on file | | 0.000 % |
| JOHN TRAINOR | | 50 |
| Address on file | | 0.000 % |
| JOSHUA M TROUT | | 57 |
| Address on file | | 0.000 % |
| SCHLEIN FAMILY TRUST DATED APRIL 20, 1999 | | 100,000 |
| Address on file | | 0.082 % |
| THE DIXON REVOCABLE TRUST DONALD R. DIXON, ELIZABETH W. DIXON | | 100,000 |
| Address on file | | 0.082 % |
| LISA URSO | | 553 |
| Address on file | | 0.000 % |
| ROGER VANDAWALKER | | 60 |
| Address on file | | 0.000 % |
| EDWARD VENTRESCA | | 632 |
| Address on file | | 0.001 % |
| COLDON VIATOR | | 47 |
| Address on file | | 0.000 % |
| NICHOLAS WAGNER | | 72 |
| Address on file | | 0.000 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
| --- | --- | --- |
| **Name & Address** | | **Shares Held** |
| ALYSSA WEIK | | 6 |
| Address on file | | 0.000 % |
| WILLIAM WELCH | | 37,772 |
| Address on file | | 0.031 % |
| REGIS WHITE | | 12 |
| Address on file | | 0.000 % |
| IAN WILLIAMS | | 10,176 |
| Address on file | | 0.008 % |
| IAN WILLIAMS | | 143 |
| Address on file | | 0.000 % |
| ELIZABETH WILSON | | 43 |
| Address on file | | 0.000 % |
| PAUL WILSON | | 52 |
| Address on file | | 0.000 % |
| RICHARD WISE | | 82 |
| Address on file | | 0.000 % |
| PETER WLODARCZYK | | 20 |
| Address on file | | 0.000 % |
| ALISON WOLF | | 73 |
| Address on file | | 0.000 % |
| MICHAEL WU | | 30 |
| Address on file | | 0.000 % |
| HEATHER YOUNG | | 125 |
| Address on file | | 0.000 % |
| MARK YOUNG | | 4,539 |
| Address on file | | 0.004 % |
| LIGEIA M. ZERUTO | | 32,222 |
| Address on file | | 0.027 % |

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206COMA | CUSIP: 46323Q105 |
|---|---|---|
| Name & Address | | Shares Held |
| LIGEIA M. ZERUTO | | 454 |
| | | 0.000 % |
| Address on file | | |

### ISSUE TOTALS
**313  Holders Qualified**

Outstanding Shares: _____ **121,506,784**

# LIST OF SHAREHOLDERS

## CONTINENTAL STOCK TRANSFER & TRUST CO

| Issue: IRONNET, INC. | Ticker: L206WTS | CUSIP: 46323Q113 |
|---|---|---|
| Name & Address | | Shares Held |
| GEORGE ANTHONY BANCROFT II | | 2,500 |
| Address on file | | 0.029 % |
| ELEANOR BYRNE & | | 10,000 |
| CHRISTINE BYRNE TR | | 0.116 % |
| ELEANOR E MALONEY RES TRUST A | | |
| Address on file | | |
| CEDE & CO | | 8,586,267 |
| 570 WASHINGTON BLVD | | 99.765 % |
| JERSEY CITY NJ 07310-1617 | | |
| DAVID L FITZGERALD | | 7,700 |
| Address on file | | 0.089 % |
| DAVID GOMEZ | | 6 |
| Address on file | | 0.000 % |

## ISSUE TOTALS

**5  Holders Qualified**

Outstanding Shares: _____ 8,606,473

**Fill in this information to identify the case:**

Debtor name    **IronNet, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-11710 (BLS)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    **List of Equity Interest Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/3/23**          X */s/ Cameron Pforr*
                                    Signature of individual signing on behalf of debtor

                                    **Cameron Pforr**
                                    Printed name

                                    **President and Chief Financial Officer**
                                    Position or relationship to debtor