## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IRONNET, INC., *et al.*,[1] | ) | Case No. 23-11710 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### AFFIDAVIT OF SERVICE

I, Robin White, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On November 1, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Final Order (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With Insurance Programs, Including Payment of Policy Premiums and Broker Fees, and (B) Authorizing Banks To Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 87)

- **Final Order (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims, (D) Authorizing Continuance of Corporate Credit Card Program, and (E) Granting Certain Related Relief** (Docket No. 88)

[REMAINDER INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474).  The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

- **Final Order (A) Authorizing (I) Payment of Accrued Prepetition Employee Wages, Salaries, and Other Compensation, (II) Payment Of Prepetition Employee Business Expenses, (III) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course, (IV) Payment of Workers' Compensation Obligations, (V) Payments for Which Prepetition Payroll Deductions Were Made, (VI) Payment of All Costs and Expenses Incident to the Foregoing Payments and Contributions, and (VII) Payment to Third Parties of All Amounts Incident to the Foregoing Payments and Contributions, (B) Authorizing the Debtors, in Their Discretion, to Re-Hire Previously Terminated Employees, and (C) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 89)

- **Final Order (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 90)

- **Final Order (A) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of Ironnet, Inc. And Claims Against the Debtors and (B) Granting Related Relief** (Docket No. 91)

Furthermore, on November 1, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Final Order (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With Insurance Programs, Including Payment of Policy Premiums and Broker Fees, and (B) Authorizing Banks To Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 87)

[REMAINER INTENTIONALLY LEFT BLANK]

Furthermore, on November 1, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Final Order (A) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of Ironnet, Inc. And Claims Against the Debtors and (B) Granting Related Relief** (Docket No. 91)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced documents via electronic service.

Dated: November 14, 2023

*Robin White*
Robin White

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of Colorado,
County of Denver

Subscribed and sworn to (or affirmed) before me on this 14th day of November 2023, by Robin White, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Danielle Harnden*

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| C5 Space | | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| C5 SPACE DATA LP | | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Cigna | | 1700 Lincoln St Lower Level 3 | Lock Box 59 | Denver | CO | 80274 |
| Citibank, N.A. | Attn: Legal Dept. | 388-390 Greenwich St. | | New York | NY | 10013 |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 |
| Dell Financial Services | Attn: Alfredo Rabina | One Dell Way | | Round Rock | TX | 78682 |
| Donnelly Financial | Attn: Kelly Strache | 35 W Wacker | 35th Floor | Chicago | IL | 60601 |
| First Citizens Bank and Trust Company | Attn: Legal Dept. | 239 Fayetteville Street | | Raleigh | NC | 27601 |
| ForgePoint | | 400 South El Camino | | San Mateo | CA | 94022 |
| Internal Revenue Service | | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Jan Tighe | | 1172 Hillsboro Mile #3-1 | | Hillsboro Beach | FL | 33062 |
| John M. McConnell | | 23045 Cobb House Rd | | Middleburg | VA | 20117 |
| Keith Alexander | | 6411 Highcroft Dr | | Naples | FL | 34119 |
| Michael J. Rogers | | 1950 Se 36Th St | | Cape Coral | FL | 33904 |
| Office of The United States Trustee | 844 King Street | Suite 2207 Lockbox 35 | | Wilmington | DE | 19801 |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | San Francisco | CA | 94105-3493 |
| PNC Bank | Attn: Legal Dept. | 300 Fifth Avenue | The Tower at PNC Plaza | Pittsburgh | PA | 15222 |
| Russell D. Richardson | | 5323 Se Miles Grant Rd J208 | | Stuart | FL | 34997 |
| SEC New York Regional Office | Attn: Andrew Calamari, Regional Director | 200 Vesey Street, Suite 400 | Brookfield Place | New York | NY | 10281-1022 |
| Secretary of State | Attn: Div of Corp Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 |
| Securities & Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Silicon Valley Bank | Attn: Amy Rowe | 1000 Wilson Blvd | Ste. 2110 | Arlington | VA | 22209 |
| Texas Partners Bank | Attn: Legal Dept. | 1900 NW Loop 410 | | San Antonio | TX | 78213 |
| Theodore E. Schlein | | 776 Cotton St | | Menlo Park | CA | 94025 |
| US Attorney for the District of Delaware | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | Wilmington | DE | 19801 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

# **Exhibit B**

Document Ref: HY7DZ-ARNOY-7VAXS-J8WQZ

 STRETTO

**Exhibit B**
Served via Email

| Creditor Name | Attention | Attention 2 | Email |
|---|---|---|---|
| 365 Data Centers | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| 3i, LP | | | ahauff@3ifund.com |
| 3i, LP | c/o POTTER ANDERSON & CORROON LLP | Attn: Christopher M. Samis and L. Katherine Good | csamis@potteranderson.com; kgood@potteranderson.com |
| 3i, LP | c/o CAHILL GORDON & REINDEL LLP | Attn: Joel H. Levitin, Esq. and Ivan Torres, Esq. | jlevitin@cahill.com; itorres@cahill.com |
| Amazon Web Services | Attn: Rino David | | rinodavd@amazon.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates LLP | Attn: Michael J. Gearin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com; brian.peterson@klgates.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates, LLP | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com; matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn: Michael J. Gerin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com; brian.peterson@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com; matthew.goeller@klgates.com |
| C5 Capital Limited | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and Joshua B. Brooks, Esq. | cobb@lrclaw.com; brooks@lrclaw.com |
| C5 Capital Limited | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq., and Grace C. Hotz | smitchell@paulweiss.com; dmeyers@paulweiss.com; ghotz@paulweiss.com |
| CAST AI Group Inc | Attn: Aida Barkauskaite | | aida@cast.ai |
| Cooley LLP | Attn: Brooke Nussbaum | | bnussbaum@cooley.com |
| CORVID Cyberdefense | Attn: Matt Hurley | | matt.hurley@corvidtec.com |
| Data 365 | Attn: 365 Operating Company, LLC | | sbrooks@365datacenters.com; tom.caruso@365datacenters.com |
| Ecosystems Services LLC | Attn: T Vagnucci | | tvagnucci@themckelveygroup.com |
| Fitcheven | Attn: Nancy Driscoll | | ndriscoll@fitcheven.com |
| Forvis LLP | Attn: Sarah Kerner, AGC | | sarah.kerner@forvis.com |
| Gartner | Attn: Allison Leone | | Allison.Leone@gartner.com |
| HCL Technologies Corporate Services Ltd | Attn: Suyash Mishra | | suyash.mishra@hcl.com; dask@hcl.com; kamna.soni@hcl.com; santosh.pilkhane@hcl.com |
| Informa Tech Holdings LLC | Attn: Rachel Caffrey | | rachel.caffrey@informa.com |
| IronNet, Inc. | c/o Young Conaway Stargett & Taylor, LLC | Attn: Tim Powell, Esq. and Elizabeth Justison, Esq. | ejustison@ycst.com; tpowell@ycst.com |
| ITC Global Advisers LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq. and Grace C. Hotz | smitchell@paulweiss.com; dmeyers@paulweiss.com; ghotz@paulweiss.com |
| ITC Global Advisers, LLC | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and Joshua B. Brooks, Esq. | cobb@lrclaw.com; brooks@lrclaw.com |
| KirkpatrickPrice Inc | Attn: C Jackson | | c.jackson@kirkpatrickprice.com |
| Korr Acquisitions Group, Inc. | Attn: Kenneth Orr | | ko@korrag.com |
| LinkSquares | Attn: Kaitlyn Murray | | kmurray@linksquares.com |
| Morrison Foerster LLP | Attn: Joseph C Folio III Esq | | jfolio@mofo.com |
| Morvillo Abramowitz Grand Iason Anello | Attn: Kate Cassidy Esq | | kcassidy@maglaw.com |
| NYSE | Attn: Herman Singh | | herman.singh@nyse.com |
| PricewaterhouseCoopers LLP | Attn: Priscilla R Ramos | | priscilla.r.ramos@pwc.com |
| Public Strategies Washington Inc | Attn: J Hallauer | | jhallauer@psw-inc.com |
| Riveron Consulting LLC | Attn: Sasha Morozova | | sasha.morozova@riveron.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

# **Exhibit C**



# Exhibit C
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AIG AIU Holdings/Chartis | Attn: Natl Union Fire Ins Co of Pitt | PO Box 11590 | | Newark | NJ | 07193-1590 |
| AIU Holdings/Chartis | Attn: Natl Union Fire Ins Co of Pitt | 175 Water St | | New York | NY | 10038-4969 |
| Canopius | | 140 Broadway Suite 2210 | | New York | NY | 10005 |
| CNA Insurance Companies | | P.O BOX 790094 | | St. Louis | MO | 63170-0094 |
| Continental Casualty Company | C/O CNA Insurance | P.O Box 790094 | | St Louis | MO | 63170-0094 |
| Continental Casualty Company | | 151 N Franklin St | Ste 700 | Chicago | IL | 60606-1915 |
| Hanover Insurance Group Inc | | 440 Lincoln St | | Worcester | MA | 01653 |
| Ironshore Specialty Insurance Co. | | 175 Berkeley St | | Boston | MA | 02116 |
| Lloyds America, Inc. | Attn: Legal Dept | 280 Park Ave 25th Fl | East Tower | New York | NY | 10017 |
| Lockton Companies | Attn: Scott R. Maskell | 1801 K Street NW Ste 200 | | Washington | DC | 20006 |
| Lockton Companies | | 1 International Pl No 1630 | | Boston | MA | 02110 |
| Nationwide Group | Attn: Ryan Skelley | 18700 North Hayden Rd. | | Scottsdale | AZ | 85255 |
| SCOR Group | Attn: General Security National Ins Co | 28 Liberty St, Ste 5400 | | New York | NY | 10005 |
| SOMPO International | c/o Commercial Management Liability | 1221 Avenue of The Americas 18th Fl | Attn: Prof Lines Underwriting Dept | New York | NY | 10020 |
| Travelers | | One Tower Square | | Hartford | CT | 06183 |
| W. R. Berkley Group | | 757 Third Avenue 10th Fl | | New York | NY | 10017 |
| XL Insurance America, Inc | | 100 Constitution Plaza 17th Fl | | Hartford | CT | 06103 |
| XL Insurance America, Inc | | 101 Constitution Plaza 17th Fl | | Hartford | CT | 06103 |
| XL Insurance America, Inc | | 102 Constitution Plaza 17th Fl | | Hartford | CT | 06103 |
| XL Insurance America, Inc | | 103 Constitution Plaza 17th Fl | | Hartford | CT | 06103 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

# **<u>Exhibit D</u>**

Document Ref: HY7DZ-ARNOY-7VAXS-J8WQZ



# Exhibit D
Served via Email

| Creditor Name | Attention | Email |
|---|---|---|
| CNA Insurance Companies | Attn: Neal Stoeckel | neal.stoeckel@cna.com |
| Lloyds | c/o Ambridge Partners LLC | auditsandclaims@ambridge-group.com |
| Lloyds | c/o Syndicate BRT 2987 | ambridge.claims@britinsurance.com |
| Old Republic General Ins. Grp. | | claimnotice@oldrepublicpro.com |
| Westfield Specialty Insurance Co | Attn: Specialty Underwriting Dept. | westfieldspecialty@westfieldgrp.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

# **<u>Exhibit E</u>**

Document Ref: HY7DZ-ARNOY-7VAXS-J8WQZ

 STRETTO

**Exhibit E**
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| 3i, LP | Attn: Maier Joshua Tarlow | 140 Broadway, 38th Floor | New York | NY | 10005 |
| Alexander Keith B | c/o IronNet, Inc. | 7900 Tysons One Place, Suite 400 | McLean | VA | 22102 |
| C5 Capital Limited | Attn: Michael C. Sloan, General Counsel | 1701 Pennsylvania Ave, NW | Washingto | DC | 20006 |
| ForgePoint Cybersecurity Fund I, L.P. | | 400 S El Camino Road, Suite 300 | San Mateo | CA | 94402 |
| KPCB Digital Growth Fund II, LLC | c/o Kleiner Perkins Caufield & Byers, LLC | 2750 Sand Hill Road | Menlo Park | CA | 94025 |
| Welch William E | c/o IronNet, Inc. | 7900 Tysons One Place, Suite 400 | McLean | VA | 22102 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Document Ref: HY7DZ-ARNOY-7VAXS-J8WQZ