# EXHIBIT A

**Redacted Cure Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| IRONNET, INC., *et al.*,[1] | ) Case No. 23-11710 (BLS) |
| Debtors. | ) (Jointly Administered) |
| | ) Ref. Docket No. 83 |

**NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF**
**CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

      **PLEASE TAKE NOTICE** that, on October 31, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed a motion [Docket No. 83] (the "**Contract Procedures Motion**") seeking entry of an order (the "**Contract Procedures Order**"):[2] (a) authorizing assumption and assignment of executory contracts and unexpired leases (collectively, the "**Contracts**") and the determination of amounts necessary to cure all monetary defaults thereunder (collectively, the "**Cure Amounts**," and the "**Assumption Procedures**"), (b) authorizing and approving the form and manner of notice to counterparties to Contracts (the "**Contract Parties**") of the Debtors' calculation of the Cure Amounts, substantially in the form attached to the Contract Procedures Order as Exhibit 1 (this "**Cure Notice**"), and (c) granting related relief.

      **PLEASE TAKE FURTHER NOTICE** that, on October 24, 2023, the Debtors filed a motion [Docket No. 66] (the "**Bidding Procedures Motion**") seeking entry of an order approving the bidding procedures in connection with a potential sale of some or all of the Debtors' Assets. The Debtors also intend to file a proposed chapter 11 plan of reorganization (the "**Plan**") in the near term. The Debtors are pursuing a "dual-track" sale and confirmation process that will enable them to pursue whichever alternative provides for the greatest return to the Debtors' stakeholders.

      **PLEASE TAKE FURTHER NOTICE** that, on November 9, 2023, the Court entered the Contract Procedures Order. In accordance with the Contract Procedures Order, a schedule (the "**Contracts Schedule**") listing all of the Debtors' Contracts, including the respective Cure Amounts, is attached hereto as **Exhibit 1**. The Contracts Schedule and Cure Amounts are also posted on the website maintained by the Debtors' claims and noticing agent, Stretto, Inc., at https://cases.stretto.com/ironnet.

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Contract Procedures Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, under the Contract Procedures Order, the deadline to object to any Cure Amount or to assumption or the assumption and assignment of your Contract(s) on any basis other than a Buyer-Related Objection (as defined below) is **December 5, 2023, at 4:00 p.m. (prevailing Eastern Time)** (the "**Initial Objection Deadline**") and any such objections must be served on: (a) counsel to the Debtors (i) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Sean M. Beach (sbeach@ycst.com), Kenneth J. Enos (kenos@ycst.com), Elizabeth S. Justison (ejustison@ycst.com), and Timothy R. Powell (tpowell@ycst.com), and (ii) Arnold & Porter Kaye Scholer LLP, 70 West Madison Street, Suite 4200, Chicago, Illinois 60622, Attn: Brian Lohan (brian.lohan@arnoldporter.com); (b) the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware, 19801, Attn: Timothy J. Fox, Jr. (Timothy.Fox@usdoj.gov); (c) counsel to the DIP Lenders, (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, Attn: Raphael M. Russo (rrusso@paulweiss.com), Sean A. Mitchell (smitchell@paulweiss.com), Diane Meyers (dmeyers@paulweiss.com), and Grace Hotz (ghotz@paulweiss.com), and (ii) Landis Rath & Cobb LLP, 919 N. Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Richard S. Cobb (cobb@lrclaw.com) and Joshua B. Brooks (brooks@lrclaw.com); and (d) counsel to any statutory committee appointed in these chapter 11 cases (collectively, the "**Objection Notice Parties**").  Any such objection must (x) be in writing, (y) state the basis for such objection, and (z) if such objection is to the Cure Amount, state with specificity what Cure Amount you believe is required (in all cases, with appropriate documentation in support thereof).

**PLEASE TAKE FURTHER NOTICE** that, on or about December 14, 2023 at 10:00 a.m. (prevailing Eastern Time), to the extent they receive any Qualified Bids, the Debtors may commence an auction (the "**Auction**") for some or all of their Assets.  No later than twenty-four (24) hours following the conclusion of the Auction, the Debtors will announce the identity of the Buyer (if any) and any Backup Bidder and will file with the Court a notice of the same.  In the event a Buyer is proposed to acquire your Contract, and you wish to raise an objection specifically based on the identity of the Buyer or to the ability of the Buyer to demonstrate adequate assurance of future performance (a "**Buyer-Related Objection**"), one of two deadlines for such Buyer-Related Objections will apply, depending on whether the Buyer is proposed to acquire your Contract under the Plan:

- If the Buyer's purchase will **not** be consummated pursuant to the Plan, any Buyer-Related Objection **must be filed and/or presented no later than at the Sale Hearing**.  The Sale Hearing is expected to take place on or about **December 20, 2023 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in the Court, located at 824 N. Market St, Wilmington, DE 19801.  The Sale Hearing may be adjourned by a notice filed on the docket or announcement in open court.

- If the Buyer's purchase will be consummated under the Plan, any Buyer-Related Objection must be filed on or before the date that is fourteen (14) days after service of the notice of the Buyer's identity (together

2

with the deadline described in the preceding paragraph, and as applicable, the "**Buyer-Related Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing or Confirmation Hearing, as applicable, only those executory contracts and unexpired leases (and the corresponding Cure Amounts) listed on this Cure Notice that have been selected to be assumed either by the Reorganized Debtors or by the Buyer (if any) (collectively, the "**Selected Contracts**") shall be subject to approval by the Court at such time.[3] Unless you file an objection to the Cure Amount or to the assumption or assumption and assignment of your Contract (other than a Buyer-Related Objection) by the Initial Objection Deadline, or a Buyer-Related Objection by the Buyer-Related Objection Deadline, you will be (a) deemed to have consented to the Cure Amount and the assumption or assumption and assignment of your Contract and (b) forever barred and estopped from asserting that any amounts other than the Cure Amounts identified on **Schedule 1** hereto were due and owing before the closing date of the Sale to a Buyer.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of a Contract or other document or Cure Amount on the Contracts Schedule *will not* constitute or be deemed a determination or admission by the Debtors, the applicable Buyer, or any other party in interest that such contract or other document is an executory contract or an unexpired lease within the meaning of chapter 11 of title 11 of the United States Code or that the stated Cure Amounts are due. The Debtors reserve all rights, claims, and causes of action with respect to each Contract. The Debtors' inclusion of any Contract on the Contracts Schedule is not a guarantee that such Contract ultimately will be assumed or assumed and assigned.

**PLEASE TAKE FURTHER NOTICE** that, to the extent a Buyer is not selected, the Contract Parties are still bound by the Initial Objection Deadline and the Supplemental Initial Objection Deadline, and the assumption of the Selected Contracts will be subject to the Court's approval at the Confirmation Hearing rather than the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' assumption or assumption and assignment of a Contract is subject to approval by the Court. Absent entry of a Sale Order or Confirmation Order, as applicable, approving the assumption or assumption and assignment of a Contract and the consummation of the relevant transaction, such Contract will be deemed neither assumed nor assigned, and will in all respects be subject to subsequent assumption or rejection by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that any Sale to a Buyer will be free and clear of all Interests, with such Interests to attach to the proceeds of the sale of the Assets with the same validity and priority as such Interests applied against the Assets.

**PLEASE TAKE FURTHER NOTICE** that copies of the Contract Procedures Motion, Contract Procedures Order, Bidding Procedures Motion, Bidding Procedures, all exhibits

---

[3] As is customary, the Debtors anticipate that the Selected Contracts will be publicly identified through either (a) in the case of a Sale other than under the Plan, through the filing of schedules to the relevant asset purchase agreement or other document or (b) in the case of assumption or assumption and assignment occurring under the Plan, through the filing of the Plan Supplement (as defined in the Plan).

and schedules thereto, the Bidding Procedures Order, the Auction and Sale Notice, and the Contracts Schedule, and certain other documents relevant to the Sale, are or will be available free of charge on the Debtors' restructuring website: https://cases.stretto.com/ironnet.

| | |
|---|---|
| Dated: November 17, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>Sean M. Beach (No. 4070)<br>Kenneth J. Enos (No. 4544)<br>Elizabeth S. Justison (No. 5911)<br>Timothy R. Powell (No. 6894)<br>Kristin L. McElroy (No. 6871)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Emails: sbeach@ycst.com<br>   kenos@ycst.com<br>   ejustison@ycst.com<br>   tpowell@ycst.com<br>   kmcelroy@ycst.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 1 | IronNet Cybersecurity, Inc. | 365 Data Centers | Vendor Order Form | $316,887.56 | Attn: Chris Jacobsen 200 Connecticut Ave. #5A Norwalk, CT 06854 |
| 2 | IronNet Cybersecurity, Inc. | Confidential Customer 1 | Requisition Document | $0.00 | Address on File |
| 3 | IronNet Cybersecurity, Inc. | Confidential Customer 1 | Quote | $0.00 | Address on File |
| 4 | IronNet Cybersecurity, Inc. | Confidential Customer 2 | Master Agreement | $0.00 | Address on File |
| 5 | IronNet Cybersecurity, Inc. | Adobe Creative Cloud | Acrobat Pro, Creative Cloud, InDesign subscription renewal | $0.00 | 345 Park Avenue San Jose, CA 95110 |
| 6 | IronNet Cybersecurity, Inc. | ADPWorkforceNow | Vendor Agreement | $0.00 | One ADP Boulevard Roseland, NJ 07068 |
| 7 | IronNet, Inc. | AFCEA International | Vendor Agreement | $0.00 | 4114 Legato Rd Ste 1000 Fairfax, VA 22033 |
| 8 | IronNet, Inc. | AIG AIU Holdings/Chartis | Insurance Policy | $0.00 | Attn: Natl Union Fire Ins Co of Pitt PO Box 11590 Newark, NJ 07193-1590 |
| 9 | IronNet, Inc. | AIG AIU Holdings/Chartis | Insurance Policy | $0.00 | Attn: Natl Union Fire Ins Co of Pitt PO Box 11590 Newark, NJ 07193-1590 |
| 10 | IronNet, Inc. | AIU Holdings/Chartis | Insurance Policy | $0.00 | Attn: Natl Union Fire Ins Co of Pitt 175 Water St New York, NY 10038-4969 |
| 11 | IronNet Cybersecurity, Inc. | Confidential Customer 3 | Master Agreement | $0.00 | Address on File |
| 12 | IronNet Cybersecurity, Inc. | Amazon Web Service | Reinstatement Agreement | $333,995.58 | Attn: Rino David PO Box 84023 Seattle, WA, 98124 |
| 13 | IronNet Cybersecurity, Inc. | Confidential Customer 4 | Master Agreement | $0.00 | Address on File |
| 14 | IronNet International, LLC | Confidential Customer 5 | Master Agreement | $0.00 | Address on File |
| 15 | IronNet Cybersecurity, Inc. | Annuitas, Inc. | Master Agreement | $49,611.81 | 3280 Peachtree Road NE, 7th Fl. Atlanta, GA 30305 |
| 16 | IronNet Cybersecurity, Inc. | Aquera | Vendor Agreement | $0.00 | 600 Stewart St Suite 400 Seattle, WA 98101 |
| 17 | IronNet Cybersecurity, Inc. | Arete Advisors | Consulting Agreement | $7,700.00 | 4800 T-Rex Avenue Suite 350 Boca Raton, FL 33431 |
| 18 | IronNet Cybersecurity, Inc. | ArmorText | Secure text messaging platform | $0.00 | Gryphn Corporation 1751 Pinnacle Drive Suite 600 McLean, VA 22102 |
| 19 | IronNet Cybersecurity, Inc. | Confidential Customer 6 | Master Agreement | $0.00 | Address on File |
| 20 | IronNet Cybersecurity, Inc. | Atkinson, Tyler | Employment Agreement | $0.00 | Address on File |
| 21 | IronNet Cybersecurity, Inc. | Confidential Customer 7 | Customer Order / Binding Quote | $0.00 | Address on File |
| 22 | IronNet Cybersecurity, Inc. | Confidential Customer 8 | Customer Order / Binding Quote | $0.00 | Address on File |
| 23 | IronNet Cybersecurity, Inc. | Avalara | Tax compliance | $0.00 | 512 South Mangum Street Suite 100 Durham, NC 27701 |
| 24 | IronNet International, LLC | Confidential Customer 10 | Quote | $0.00 | Address on File |
| 25 | IronNet International, LLC | Confidential Customer 38 | Quote | $0.00 | Address on File |
| 26 | IronNet Cybersecurity, Inc. | BDO | Consulting Agreement | $24,682.00 | 8401 Greensboro Drive Suite 400 McLean, VA |
| 27 | IronNet Cybersecurity, Inc. | Bennett, Monique | Employment Agreement | $0.00 | Address on File |
| 28 | IronNet Cybersecurity, Inc. | Beverly, Steven | Employment Agreement | $0.00 | Address on File |
| 29 | IronNet Cybersecurity, Inc. | BigOrange Labs | Digital maketing | $19,500.00 | 19 Spring St Unit 107 Cary, IL 60013 |
| 30 | IronNet Cybersecurity, Inc. | Confidential Customer 11 | Master Agreement | $0.00 | Address on File |
| 31 | IronNet Cybersecurity, Inc. | Confidential Customer 12 | Customer Order / Binding Quote | $0.00 | Address on File |
| 32 | IronNet Cybersecurity, Inc. | Bombora | Order Form | $15,750.00 | Attn: Havona Madama 102 Madison Avenue Floor 5 New York, NY 10016 |
| 33 | IronNet Cybersecurity, Inc. | Confidential Customer 13 | Master Agreement | $0.00 | Address on File |
| 34 | IronNet Cybersecurity, Inc. | Confidential Customer 13 | Quote | $0.00 | Address on File |

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 35 | IronNet Cybersecurity, Inc. | Confidential Customer 14 | Master Agreement | $0.00 | Address on File |
| 36 | IronNet Cybersecurity, Inc. | Brandfolder | Vendor Agreement | $0.00 | Attn: Legal<br>500 108th Ave NE<br>Suite 200<br>Bellevue, WA 98004 |
| 37 | IronNet Cybersecurity, Inc. | Confidential Customer 15 | Customer Invoice | $0.00 | Address on File |
| 38 | IronNet Cybersecurity, Inc. | Confidential Customer 15 | Quote | $0.00 | Address on File |
| 39 | IronNet Cybersecurity, Inc. | Confidential Customer 15 | Statement of Work | $0.00 | Address on File |
| 40 | IronNet Cybersecurity, Inc. | Confidential Customer 15 | Master Agreement | $0.00 | Address on File |
| 41 | IronNet Cybersecurity, Inc. | Confidential Customer 16 | Master Agreement | $0.00 | Address on File |
| 42 | IronNet International, LLC | Confidential Customer 17 | Quote | $0.00 | Address on File |
| 43 | IronNet Cybersecurity, Inc. | Cahill, Daniel | Employment Agreement | $0.00 | Address on File |
| 44 | IronNet Cybersecurity, Inc. | Cambridge Cyber Advisors | Events Hosting (UK) | $0.00 | The Bradfield Centre<br>Cambridge Science Park<br>Cambridge CB4 0GA<br>UK |
| 45 | IronNet Cybersecurity, Inc. | Cambridge Intelligence Inc | Requisition Document | $49,665.00 | Attn: Joe Parry<br>110 Canal St.<br>Lowell, MA 01852 |
| 46 | IronNet, Inc. | Canopius | Insurance Policy | $0.00 | 140 Broadway Suite 2210<br>New York, NY 10005 |
| 47 | IronNet, Inc. | Canopius | Insurance Policy | $0.00 | 140 Broadway Suite 2210<br>New York, NY 10005 |
| 48 | IronNet, Inc. | Canopius | Insurance Policy | $0.00 | 140 Broadway Suite 2210<br>New York, NY 10005 |
| 49 | IronNet Cybersecurity, Inc. | Confidential Customer 18 | Quote | $0.00 | Address on File |
| 50 | IronNet Cybersecurity, Inc. | Confidential Customer 18 | Purchase Order | $0.00 | Address on File |
| 51 | IronNet Cybersecurity, Inc. | Confidential Customer 18 | Master Agreement | $0.00 | Address on File |
| 52 | IronNet Cybersecurity, Inc. | Carr, Garett | Employment Agreement | $0.00 | Address on File |
| 53 | IronNet Cybersecurity, Inc. | Cast Ai Group, Inc. | Master Agreement | $166,263.75 | Attn: Legal Department<br>111 NE 1st Street<br>8th Floor #1041<br>Miami, FL 33132 |
| 54 | IronNet Cybersecurity, Inc. | CDW Direct, LLC | Licenses for Endpoints | $8,640.00 | CDW<br>200 N. Milwaukee Avenue<br>Vernon Hills, IL 60061 |
| 55 | IronNet Cybersecurity, Inc. | Censys, Inc. | Requisition Document | $16,000.00 | Attn: Kathleen Thomas<br>116 S. Main St<br>Ann Arbor, MI 48104 |
| 56 | IronNet Cybersecurity, Inc. | ChurnZero, Inc. | Purchase Order | $0.00 | Attn: John Parrell<br>740 15th St. NW FL 8<br>Washington, DC 20005 |
| 57 | IronNet Cybersecurity, Inc. | Citus Data, Inc. | License Agreement | $0.00 | Attn: Bill Shuler<br>8135 Maple Lawn Blvd<br>Suite 455<br>Fulton, MD 20759-2501 |
| 58 | IronNet Cybersecurity, Inc. | Confidential Customer 19 | Purchase Order Quote | $0.00 | Address on File |
| 59 | IronNet International, LLC | Confidential Customer 20 | Master Agreement | $0.00 | Address on File |
| 60 | IronNet International, LLC | Confidential Customer 20 | IronNet Quote | $0.00 | Address on File |
| 61 | IronNet Cybersecurity, Inc. | CloudHealth Technologies, LLC | Purchase Order | $718.66 | 100 Summer Street<br>20th Floor<br>Boston, MA 02110 |
| 62 | IronNet, Inc. | CNA Insurance Companies | Insurance Policy | $0.00 | Attn: Neal Stoeckel<br>500 College Road East<br>Princeton, NJ 8540 |
| 63 | IronNet, Inc. | CNA Insurance Companies | Insurance Policy | $0.00 | Attn: Neal Stoeckel<br>500 College Road East<br>Princeton, NJ 8540 |
| 64 | IronNet, Inc. | CNA Insurance Companies | Insurance Policy | $0.00 | P.O BOX 790094<br>St. Louis, MO 63170-0094 |
| 65 | IronNet International, LLC | Confidential Customer 21 | Master Agreement | $0.00 | Address on File |

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 66 | IronNet Cybersecurity, Inc. | Confidential Customer 21 | Statement of Work | $0.00 | Address on File |
| 68 | IronNet Cybersecurity, Inc. | Confidential Customer 22 | IronNet Quote 10353 | $0.00 | Address on File |
| 69 | IronNet Cybersecurity, Inc. | CORVID Cyberdefense | Vendor Agreement | $172,672.77 | Attn: Matt Hurley<br>153 Langtree Campus Drive<br>Suite 401<br>Mooresville, NC 28117 |
| 70 | IronNet Cybersecurity, Inc. | Confidential Customer 23 | Purchase Order | $0.00 | Address on File |
| 71 | IronNet International, LLC | Confidential Customer 24 | Master Agreement | $0.00 | Address on File |
| 72 | IronNet Cybersecurity, Inc. | Cyware Labs, Inc. | Amendment | $0.00 | Attn: Joe Aurilia<br>623 Eagle Rock Ave, #346<br>West Orange, NJ 07052 |
| 73 | IronNet Cybersecurity, Inc. | Datadog | Metrics for Dev Team | $0.00 | 620 8th Ave, 45th Floor<br>New York, NY 10018 |
| 74 | IronNet Cybersecurity, Inc. | Datasite, LLC | SOW Project Quantum oka Prevent | $0.00 | Attn: John Kaczor<br>733 S. Marquette Ave<br>Minneapolis, MN 55402 |
| 75 | IronNet International, LLC | Confidential Customer 25 | Contract 9018202318 | $0.00 | Address on File |
| 76 | IronNet Cybersecurity, Inc. | Confidential Customer 26 | Master Agreement | $0.00 | Address on File |
| 77 | IronNet Cybersecurity, Inc. | Dell Financial Services L.L.C. | Equipment Agreement | $539,666.63 | Attn: Alfredo Rabina<br>One Dell Way<br>Round Rock, TX 78682 |
| 78 | IronNet Cybersecurity, Inc. | Confidential Customer 27 | Customer Order / Binding Quote | $0.00 | Address on File |
| 79 | IronNet Cybersecurity, Inc. | Confidential Customer 28 | Master Agreement | $0.00 | Address on File |
| 80 | IronNet Cybersecurity, Inc. | DoControl | Data Loss Prevention | $0.00 | 104 5th Ave<br>New York, NY 10011 |
| 81 | IronNet Cybersecurity, Inc. | DocuSign, Inc. | Quote | $17,388.00 | Attn: Claire Geisse<br>221 Main Street<br>Suite 1000<br>San Francisco, CA 94105 |
| 82 | IronNet Cybersecurity, Inc. | Domain tools | Product Agreement | $58,452.50 | DomainTools, LLC<br>2101 Fourth Avenue<br>Suite 1150<br>Seattle, WA 98121 |
| 83 | IronNet Cybersecurity, Inc. | Confidential Customer 30 | Master Agreement | $0.00 | Address on File |
| 84 | IronNet Cybersecurity, Inc. | Donnelley Financial LLC | Contract Renewal | $94,659.50 | Attn: DFIN Legal Department<br>35 West Wacker Drive<br>Chicago, IL 60601 |
| 85 | IronNet Cybersecurity, Inc. | Confidential Customer 104 | Collaboration Agreement | $0.00 | Address on File |
| 86 | IronNet Cybersecurity, Inc. | Duo Security LLC | Vendor Agreement | $0.00 | Attn: Mishana Sturdivant<br>123 N Ashley Ave<br>Suite 200<br>Ann Arbor, MI 95134 |
| 87 | IronNet Cybersecurity, Inc. | E Trade Financial Corporate Services, Inc. | Master Agreement | $0.00 | Attn: President<br>3 Edison Drive<br>Alpharetta, GA 30005 |
| 88 | IronNet Cybersecurity, Inc. | Ea, Christopher | Employment Agreement | $0.00 | Address on File |
| 89 | IronNet Cybersecurity, Inc. | Confidential Customer 31 | Purchase Order | $0.00 | Address on File |
| 90 | IronNet Cybersecurity, Inc. | Echo Japanese Interpreting | Translation/Interpreting | $9,032.09 | 9226 Triple Crown Ct.<br>Pickerington, OH 43147 |
| 91 | IronNet Cybersecurity, Inc. | Ecosystems Services. LLC | Order Form | $530,000.00 | 1320 Old Chain Bridge Road Suite 330<br>McLean, VA 22101 |
| 92 | IronNet Cybersecurity, Inc. | Elgayar, Mohamed | Employment Agreement | $0.00 | Address on File |
| 93 | IronNet Cybersecurity, Inc. | Equisolve, Inc. | Purchase Order | $0.00 | Attn: Thomas Runzo<br>3500 SW Corporate PKWY STE 206<br>Palm City, FL 34990 |
| 94 | IronNet Cybersecurity, Inc. | Confidential Customer 32 | Customer Order / Binding Quote | $0.00 | Address on File |
| 95 | IronNet Cybersecurity, Inc. | Confidential Customer 33 | Reseller Agreement | $0.00 | Address on File |
| 96 | IronNet Cybersecurity, Inc. | Ettain Group, LLC | Master Agreement | $0.00 | Attn: Client Compliance<br>127 W. Worthington Avenue<br>Suite 100<br>Charltote, NC 28203 |

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 97 | IronNet International, LLC | Confidential Customer 34 | Master Agreement | $0.00 | Address on File |
| 98 | IronNet Cybersecurity, Inc. | Confidential Customer 35 | Master Agreement | $0.00 | Address on File |
| 99 | IronNet Cybersecurity, Inc. | Confidential Customer 35 | Master Agreement | $0.00 | Address on File |
| 100 | IronNet Cybersecurity, Inc. | Confidential Customer 36 | Customer Order / Binding Quote | $0.00 | Address on File |
| 101 | IronNet Cybersecurity, Inc. | Figma | UX design tool | $0.00 | 760 Market Street<br>Floor 10<br>San Francisco, CA 94102 |
| 102 | IronNet Cybersecurity, Inc. | Fireeye, Inc. d/b/a Mandient | Master Agreement | $0.00 | Attn: Legal Department<br>601 McCarthy Blvd<br>Milpitas, CA 95035 |
| 103 | IronNet Cybersecurity, Inc. | FloQast, Inc. | Services Order | $0.00 | 14721 Califa St<br>Sherman Oaks, CA 91411 |
| 104 | IronNet Cybersecurity, Inc. | Forescout Technologies, Inc. | Master Agreement | $0.00 | Attn: Aaron Martin<br>190 West Tasman Drive<br>San Jose, CA 95134 |
| 105 | IronNet Cybersecurity, Inc. | Forrester Research, Inc. | Quote | $46,000.00 | Rich Nowak<br>60 Acorn Park Drive<br>Cambridge, MA 02140 |
| 106 | IronNet Cybersecurity, Inc. | Fortrex Technologies, LLC | Master Agreement | $69,650.00 | Attn: John M. Edison<br>5303-A Spectrum Dirve<br>Frederick, MD 21703 |
| 107 | IronNet Cybersecurity, Inc. | Forvis | Consulting Agreement | $78,382.50 | Attn: Sarah Kerner, AGC<br>910 E St Louis Street<br>Suite 400<br>Springfield, MO 65806 |
| 108 | IronNet Cybersecurity, Inc. | Gartner, Inc. | Vendor Agreement | $146,500.00 | 56 Top Gallant Road<br>Stamford, CT 06902 |
| 109 | IronNet Cybersecurity, Inc. | Confidential Customer 37 | Master Agreement | $0.00 | Address on File |
| 110 | IronNet Cybersecurity, Inc. | GitHub | Code Repository for Product Engineering. | $0.00 | 88 Colin P Kelly Jr Street<br>San Francisco, CA 94107 |
| 111 | IronNet Cybersecurity, Inc. | Glaser, Diana | Employment Agreement | $0.00 | Address on File |
| 112 | IronNet Cybersecurity, Inc. | Confidential Customer 39 | Master Agreement | $0.00 | Address on File |
| 113 | IronNet Cybersecurity, Inc. | Hanover Insurance Group Inc | Insurance Policy | $31.00 | 440 Lincoln St<br>Worcester, MA 01653 |
| 114 | IronNet Cybersecurity, Inc. | Hanover Insurance Group Inc | Insurance Policy | $31.00 | 440 Lincoln St<br>Worcester, MA 01653 |
| 115 | IronNet Cybersecurity, Inc. | Harnaga, Brandon | Employment Agreement | $0.00 | Address on File |
| 116 | IronNet Cybersecurity, Inc. | HashiCorp, Inc. | IaC developer tool | $0.00 | 101 2nd Street<br>Suite 700<br>San Francisco, CA 94105 |
| 117 | IronNet Cybersecurity, Inc. | Hatch IT | Consulting Agreement | $0.00 | Attn: Tim Winkler<br>8605 Westwood Center Drive<br>Suite 206<br>Vienna, VA 22182 |
| 118 | IronNet Cybersecurity, Inc. | Confidential Customer 40 | Contract | $0.00 | Address on File |
| 119 | IronNet Cybersecurity, Inc. | Confidential Customer 40 | Security Addendum | $0.00 | Address on File |
| 120 | IronNet Cybersecurity, Inc. | Confidential Customer 40 | Customer Order / Binding Quote | $0.00 | Address on File |
| 121 | IronNet Cybersecurity, Inc. | Confidential Customer 40 | Master Agreement | $0.00 | Address on File |
| 122 | IronNet Cybersecurity, Inc. | Hewlett-Packard Financial Services Company | | $0.00 | 200 Connell Drive<br>Berkeley Heights, NJ 07922 |
| 123 | IronNet Cybersecurity, Inc. | Hewlett Packard Enterprise | Agreement | $0.00 | Attn: Gary Gammon<br>3000 Hanover Street<br>Palo Alto, CA 94036 |
| 124 | IronNet Cybersecurity, Inc. | HubSpot Inc. | Website Hosting Agreement | $0.00 | 25 First Street<br>Cambridge, MA 02141 |
| 125 | IronNet Cybersecurity, Inc. | IBMQradar-389 | Vendor Agreement | $0.00 | 290 Davidson Ave<br>Somerset, NJ 08873 |
| 126 | IronNet Cybersecurity, Inc. | IDC | Market Analyst | $3,000.00 | IDC Research, Inc.<br>140 Kendrick Street<br>Building B<br>Needham, MA 02494 |
| 127 | IronNet Cybersecurity, Inc. | Confidential Customer 41 | Customer Order / Binding Quote | $0.00 | Address on File |
| 128 | IronNet Cybersecurity, Inc. | InfluxData Inc. | Vendor Agreement | $0.00 | 548 Market St<br>PMB 77953<br>San Francisco, CA 94104 |
| 129 | IronNet Cybersecurity, Inc. | Infoblox-389 | Vendor Agreement | $0.00 | c/o Lease Direct<br>P.O. Box 6980<br>Wayne, PA 19087 |
| 130 | IronNet Cybersecurity, Inc. | Information Technology Information Sharing And Analysis Center, Inc. | Master Agreement | $0.00 | Attn: Secretary of IT-ISAC<br>13825 Tarleton Court<br>Gainesville, VA 20155 |

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 131 | IronNet Cybersecurity, Inc. | Confidential Customer 44 | Master Agreement | $0.00 | Address on File |
| 132 | IronNet Cybersecurity, Inc. | Confidential Customer 45 | Customer Invoice | $0.00 | Address on File |
| 133 | IronNet Cybersecurity, Inc. | Confidential Customer 46 | Statement of Work | $0.00 | Address on File |
| 134 | IronNet Cybersecurity, Inc. | Confidential Customer 46 | Statement of Work | $0.00 | Address on File |
| 135 | IronNet, Inc. | Ironshore Specialty Insurance Co. | Insurance Policy | $0.00 | 175 Berkeley St<br>Boston, MA 2116 |
| 136 | IronNet International, LLC | Confidential Customer 47 | Letter | $0.00 | Address on File |
| 137 | IronNet International, LLC | Confidential Customer 48 | IronDome Terms | $0.00 | Address on File |
| 138 | IronNet International, LLC | Confidential Customer 48 | Master Agreement | $0.00 | Address on File |
| 139 | IronNet Cybersecurity, Inc. | Confidential Customer 49 | Master Agreement | $0.00 | Address on File |
| 140 | IronNet Cybersecurity, Inc. | JAMF Software, LLC | Vendor Agreement | $32,133.00 | Attn: Michelle Lux<br>100 Washington Ave S<br>Suite 1100<br>Minneapolis, MN 55401 |
| 141 | IronNet Cybersecurity, Inc. | Teamcity | Code Development Tools for Product Engineering | $0.00 | 989 East Hillsdale Blvd. Suite 200<br>Foster City, CA 94404 |
| 142 | IronNet Cybersecurity, Inc. | JUMP Global Technology | Referral Agreement | $0.00 | Attn: Aric Ackerman<br>51240 Bayside Drive<br>Suite 170 |
| 143 | IronNet Cybersecurity, Inc. | JumpCloud | SSO and MFA solution for SaaS products. | $20,700.00 | Attn: Madison Toretto<br>361 Centennial Parkway, Suite 300<br>Louisville, CO 80027 |
| 144 | IronNet Cybersecurity, Inc. | JuniperNetworks | Network switch refresh.  3 year lease spread out over monthly payments. | $0.00 | LEAF<br>P.O. BOX 5066<br>Hartford, CT 06102-5066 |
| 145 | IronNet Cybersecurity, Inc. | Keysight Technologies, Inc. | Vendor Agreement | $65,278.99 | Attn: Julie Goschy<br>32837 Collection Center Drive<br>Chicago, IL 60693 |
| 146 | IronNet Cybersecurity, Inc. | KJAS Inc./dba Ethical Advocate | Anonymous reporting | $0.00 | 1818 MLK, Jr. Boulevard, #258<br>Chapel Hill, NC 27514 |
| 147 | IronNet Cybersecurity, Inc. | Kotb, Mohamed | Employment Agreement | $0.00 | Address on File |
| 148 | IronNet Cybersecurity, Inc. | Confidential Customer 51 | Master Agreement | $0.00 | Address on File |
| 149 | IronNet Cybersecurity, Inc. | Lacework-389 | AWS monitoring and security review | $0.00 | 391 San Antonio Road<br>Mountain View, CA 94040 |
| 150 | IronNet Cybersecurity, Inc. | Lamont Consulting LLC | Independent Contractor & Consulting Agreement | $0.00 | Attn: George Lamont<br>7164 Collingwood Ct<br>Elkridge, MD 21075 |
| 151 | IronNet Cybersecurity, Inc. | Lane, William | Employment Agreement | $0.00 | Address on File |
| 152 | IronNet Cybersecurity, Inc. | LastPass | Password Storage | $0.00 | 320 Summer St.<br>Boston, MA 02210 |
| 153 | IronNet Cybersecurity, Inc. | LeanIX | Order Form | $19,100.00 | Attn: Brian Zeman<br>One Kingsbury Avenue<br>Watertown, MA 02472 |
| 154 | IronNet Cybersecurity, Inc. | Learnupon Limited. | Master Agreement | $27,282.64 | Attn: General Counsel<br>First Floor Ocean House<br>Arran Quay, Dublin 7 D07 DHT3<br>Ireland |
| 155 | IronNet Cybersecurity, Inc. | Lens-389 | Kubernetes tool | $0.00 | 900 E Hamilton Avenue<br>Suite 650<br>Campbell, CA 95008<br>Suite 650<br>Campbell, CA 95008 |
| 156 | IronNet Cybersecurity, Inc. | Lever, Inc. | Staff recruiting tool | $13,798.06 | 1125 Mission St.<br>San Francisco, CA 94103 |
| 157 | IronNet Cybersecurity, Inc. | Li, Keith | Employment Agreement | $0.00 | Address on File |
| 158 | IronNet Cybersecurity, Inc. | LinkedIn | Finance Agreement | $0.00 | 62228 Collections Center Drive<br>Chicago, IL 60693 |
| 159 | IronNet Cybersecurity, Inc. | Confidential Customer 52 | Customer Order / Binding Quote | $0.00 | Address on File |
| 160 | IronNet Cybersecurity, Inc. | Linux Academy | Order Form | $0.00 | Attn: Kevin Mellor<br>800 Brazos<br>Suite 340 |
| 161 | IronNet, Inc. | Lloyds | Insurance Policy | $0.00 | c/o Ambridge Partners LLC<br>1140 Avenue of the Americas 5th fl<br>New York, NY 10036 |

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 162 | IronNet, Inc. | Lloyds | Insurance Policy | $0.00 | c/o Syndicate BRT 2987<br>122 Leadenhall St<br>The Leadenhall Building<br>London EC3V 4AB<br>United Kingdom |
| 163 | IronNet, Inc. | Lloyds America, Inc. | Insurance Policy | $0.00 | Attn: Legal Dept<br>280 Park Ave 25th Fl<br>East Tower<br>New York, NY 10017 |
| 165 | IronNet Cybersecurity, Inc. | Lockton Companies | Insurance Policy | $5,743.00 | Attn: Scott R. Maskell<br>1801 K Street NW Ste 200<br>Washington, DC 20006 |
| 166 | IronNet Cybersecurity, Inc. | LogRhythm | Partner Agreement | $0.00 | Attn: Legal Department<br>4780 Pearl E Cir<br>Boulder, CO 80301 |
| 167 | IronNet Cybersecurity, Inc. | Confidential Customer 53 | Purchase Order | $0.00 | Address on File |
| 168 | IronNet Cybersecurity, Inc. | Long, Christina | Employment Agreement | $0.00 | Address on File |
| 169 | IronNet Cybersecurity, Inc. | Confidential Customer 54 | Master Agreement | $0.00 | Address on File |
| 170 | IronNet Cybersecurity, Inc. | Confidential Customer 54 | Purchase Order | $0.00 | Address on File |
| 171 | IronNet Cybersecurity, Inc. | Confidential Customer 55 | Requisition Document | $0.00 | Address on File |
| 172 | IronNet Cybersecurity, Inc. | Mapr Technologies Inc. | Master Agreement | $0.00 | Attn: Dan Atler<br>350 Holger Way<br>San Jose, CA 95134 |
| 173 | IronNet Cybersecurity, Inc. | Confidential Customer 56 | Customer Invoice | $0.00 | Address on File |
| 174 | IronNet Cybersecurity, Inc. | Confidential Customer 57 | Quote | $0.00 | Address on File |
| 175 | IronNet Cybersecurity, Inc. | Confidential Customer 57 | Customer Order / Binding Quote | $0.00 | Address on File |
| 176 | IronNet Cybersecurity, Inc. | Confidential Customer 58 | Customer Order | $0.00 | Address on File |
| 177 | IronNet Cybersecurity, Inc. | Matter Communications, Inc. | Master Agreement | $0.00 | Attn: Timothy Hurley<br>50 Water Street<br>Mill #3<br>Newburyport, MA 1950 |
| 178 | IronNet Cybersecurity, Inc. | Maymi, Fernando | Employment Agreement | $0.00 | Address on File |
| 179 | IronNet International, LLC | Confidential Customer 59 | Quote | $0.00 | Address on File |
| 180 | IronNet Cybersecurity, Inc. | McNaney, Luann | Employment Agreement | $0.00 | Address on File |
| 181 | IronNet Cybersecurity, Inc. | Confidential Customer 61 | Order Form | $0.00 | Address on File |
| 182 | IronNet Cybersecurity, Inc. | Confidential Customer 61 | Order Form | $0.00 | Address on File |
| 183 | IronNet Cybersecurity, Inc. | Confidential Customer 62 | Customer Order / Binding Quote | $0.00 | Address on File |
| 184 | IronNet Cybersecurity, Inc. | MicrosoftOffice365 | Microsoft Office | $1,168.43 | One Microsoft Way<br>Redmond, WA 98052 |
| 185 | IronNet Cybersecurity, Inc. | Mihalich, Kathryn | Employment Agreement | $0.00 | Address on File |
| 186 | IronNet Cybersecurity, Inc. | Mike Peters | Consulting Agreement | $0.00 | Address on File |
| 187 | IronNet International, LLC | Confidential Customer 65 | Master Agreement | $0.00 | Address on File |
| 188 | IronNet Cybersecurity, Inc. | Mont, Mara | Employment Agreement | $0.00 | Address on File |
| 189 | IronNet Cybersecurity, Inc. | Montjoy, Andrew | Employment Agreement | $0.00 | Address on File |
| 190 | IronNet Cybersecurity, Inc. | Morgan Stanley | Amended and Restated Agreement | $0.00 | ATTN: CORPORATE ACTIONS<br>1300 THAMES STREET<br>BALTIMORE, MD 21231 |
| 191 | IronNet Cybersecurity, Inc. | Confidential Customer 67 | Referral Agreement | $0.00 | Address on File |
| 192 | IronNet Cybersecurity, Inc. | Myszkowski, Timothy | Employment Agreement | $0.00 | Address on File |
| 193 | IronNet Cybersecurity, Inc. | Confidential Customer 68 | Customer Order / Binding Quote | $0.00 | Address on File |
| 194 | IronNet, Inc. | Nationwide Group | Insurance Policy | $0.00 | Attn: Ryan Skelley<br>18700 North Hayden Rd.<br>Scottsdale, AZ 85255 |

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 195 | IronNet, Inc. | Nationwide Group | Insurance Policy | $0.00 | Attn: Ryan Skelley<br>18700 North Hayden Rd.<br>Scottsdale, AZ 85255 |
| 196 | IronNet Cybersecurity, Inc. | Confidential Customer 69 | Purchase Order | $0.00 | Address on File |
| 197 | IronNet Cybersecurity, Inc. | Confidential Customer 69 | Purchase Order | $0.00 | Address on File |
| 198 | IronNet Cybersecurity, Inc. | Nguyen, Chi | Employment Agreement | $0.00 | Address on File |
| 199 | IronNet Cybersecurity, Inc. | Confidential Customer 70 | Master Agreement | $0.00 | Address on File |
| 200 | IronNet Cybersecurity, Inc. | Nicole Acchione | Consulting Agreement | $2,250.00 | Address on File |
| 201 | IronNet Cybersecurity, Inc. | Nutanix | Program Agreement | $0.00 | Attn: Prasad Athawale<br>1740 Technology Dr<br>Suite 150<br>San Jose, CA 95110 |
| 202 | IronNet Cybersecurity, Inc. | Nuwave | Statement of Work Agreement | $0.00 | |
| 203 | IronNet Cybersecurity, Inc. | O'Hara, John | Employment Agreement | $0.00 | Address on File |
| 204 | IronNet, Inc. | Old Republic General Ins. Grp. | Insurance Policy | $0.00 | 191 North Wacker Dr Ste 1000<br>Chicago, IL 60606 |
| 205 | IronNet, Inc. | Old Republic General Ins. Grp. | Insurance Policy | $0.00 | 191 North Wacker Dr Ste 1000<br>Chicago, IL 60606 |
| 206 | IronNet Cybersecurity, Inc. | Confidential Customer 71 | Master Agreement | $0.00 | Address on File |
| 207 | IronNet Cybersecurity, Inc. | Confidential Customer 73 | Partner Agreement | $0.00 | Address on File |
| 208 | IronNet Cybersecurity, Inc. | Confidential Customer 73 | Okta - Product authentication | $20,488.80 | Address on File |
| 209 | IronNet Cybersecurity, Inc. | Oracle (NetSuite) | Finance Agreement | $34,807.27 | c/o Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson, Esq.<br>San Francisco, CA 94105 |
| 210 | IronNet Cybersecurity, Inc. | Confidential Customer 74 | Master Agreement | $0.00 | Address on File |
| 211 | IronNet Cybersecurity, Inc. | Packet Ninjas LLC | Penetration Test | $68,250.00 | 265 Riverchase Pkwy<br>Suite 200<br>Hoover, AL 35244 |
| 212 | IronNet Cybersecurity, Inc. | Pager Duty | Notification System | $0.00 | 600 Townsend St.<br>Suite 125<br>San Francisco, CA 94103 |
| 213 | IronNet Cybersecurity, Inc. | Palo Alto Networks, Inc. | Master Agreement | $0.00 | |
| 214 | IronNet Cybersecurity, Inc. | Confidential Customer 75 | Referral Agreement | $0.00 | Address on File |
| 215 | IronNet Cybersecurity, Inc. | Partner Now | Master Agreement | $0.00 | Attn: Legal Department Notices<br>ServiceNow, Inc., 2225 Lawson Lane,<br>Santa Clara, CA 95054 |
| 216 | IronNet Cybersecurity, Inc. | Patil, Ameya | Employment Agreement | $0.00 | Address on File |
| 217 | IronNet Cybersecurity, Inc. | Pendulum Advisors | Consulting Agreement | $3,993.75 | Ali Sorbi<br>9600 Vervielle Drive<br>Vienna, VA 22182 |
| 218 | IronNet Cybersecurity, Inc. | Confidential Customer 76 | Master Agreement | $0.00 | Address on File |
| 219 | IronNet Cybersecurity, Inc. | Pforr, Cameron | Employment Agreement | $0.00 | Address on File |
| 220 | IronNet Cybersecurity, Inc. | Pluralsight | Vendor Agreement | $14,863.32 | Attn: Linux Academy<br>42 Future Way<br>Draper, UT 84020 |
| 221 | IronNet International, LLC | Polarity | Vendor Agreement | $0.00 | Attn: Joseph Rivela<br>6 S. Ridge Road<br>Farmington, CT 06032 |
| 222 | IronNet International, LLC | Confidential Customer 78 | Customer Order / Binding Quote | $0.00 | Address on File |
| 223 | IronNet Cybersecurity, Inc. | PrismaCloudCompute-Twistlock-389 | Docker container scanning tool. | $0.00 | Palo Alto Networks<br>3000 Tannery Way<br>Santa Clara, CA 95954 |
| 224 | IronNet Cybersecurity, Inc. | Promevo | Google Workspace licenses and services | $6,074.36 | 1032 Madison Ave.<br>Suite 109<br>Covington, KY 41011 |
| 225 | IronNet Cybersecurity, Inc. | Proofpoint, Inc. | Master Agreement | $0.00 | 892 Ross Drive<br>Sunnyvale, CA 94089 |
| 226 | IronNet Cybersecurity, Inc. | Pulumi | Vendor Agreement | $0.00 | 1525 4th Avenue, Suite 800<br>Seattle, WA 98101 |
| 227 | IronNet Cybersecurity, Inc. | PWC | Consulting Agreement | $0.00 | Attn: Sean Joyce<br>300 Madison Avenue<br>New York, NY 10017 |
| 228 | IronNet Cybersecurity, Inc. | PricewaterhouseCoopers LLP | Consulting Agreement | $122,191.00 | Attn: Priscilla R Ramos<br>PO Box 7247-8001<br>Philadelphia, PA 19170-8001 |
| 229 | IronNet Cybersecurity, Inc. | QlikTech, Inc. | Vendor Agreement | $2,162.40 | Attn: Brian Clancy<br>211 S Gulph Rd<br>King Of Prussia, PA 19406 |

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 230 | IronNet Cybersecurity, Inc. | Qualified | Vendor Agreement | $0.00 | 1601 Cloverfield Blvd<br>Santa Monica, CA 90401 |
| 231 | IronNet Cybersecurity, Inc. | Confidential Customer 79 | Customer Order / Binding Quote | $0.00 | Address on File |
| 232 | IronNet Cybersecurity, Inc. | Ragab, Ahmad | Employment Agreement | $0.00 | Address on File |
| 233 | IronNet Cybersecurity, Inc. | Confidential Customer 80 | Purchase Order | $0.00 | Address on File |
| 234 | IronNet Cybersecurity, Inc. | RealtimeBoard Inc., dba Miro | Order Form | $1,800.00 | Attn: Adam Carr<br>201 Spear Street<br>Suite 1100<br>San Francisco, CA 94105 |
| 235 | IronNet International, LLC | Recognex | Referral Agreement | $0.00 | |
| 236 | IronNet Cybersecurity, Inc. | REDAPT, INC. | Vendor Agreement | $11,389.97 | 14051 NE 200th St<br>Woodinville, WA 98072 |
| 237 | IronNet Cybersecurity, Inc. | Resources Global Professionals | Consulting Agreement | $8,080.00 | 17101 Armstrong Ave<br>Irvine, CA 92614 |
| 238 | IronNet Cybersecurity, Inc. | ROANOKE INSURANCE GROUP INC. BALTIMORE | Vendor Agreement | $9,329.00 | 1475 E Woodfield Road Suite 500<br>Schaumburg, IL 60173 |
| 239 | IronNet Cybersecurity, Inc. | Confidential Customer 81 | Master Agreement | $0.00 | Address on File |
| 240 | IronNet Cybersecurity, Inc. | Rudman, Joel | Employment Agreement | $0.00 | Address on File |
| 241 | IronNet Cybersecurity, Inc. | Confidential Customer 82 | Independent Contractor & Consulting Agreement | $0.00 | Address on File |
| 242 | IronNet Cybersecurity, Inc. | Sable Computer Inc. Dba | Master Agreement | $0.00 | Attn: Todd Schmitzer<br>48383 Fremont Blvd #122<br>Fremont, CA 94538 |
| 243 | IronNet Cybersecurity, Inc. | Safari Books | Quote | $0.00 | Attn: Mark Matejcek<br>1005 Gravenstein Highway North<br>Sebastopol, CA 95472 |
| 244 | IronNet Cybersecurity, Inc. | Salesforce | Quote | $134,190.00 | Salesforce Tower<br>415 Mission Street, 3rd Floor<br>San Francisco, CA 94105 |
| 245 | IronNet Cybersecurity, Inc. | Saleshood, Inc. | Vendor Agreement | $0.00 | 595 Pacific Avenue<br>Suite 120<br>San Francisco, CA 94133 |
| 246 | IronNet Cybersecurity, Inc. | Salesloft, Inc. | CRM Tool | $55,244.09 | 1180 W Peachtree St NW<br>Atlanta, GA 30309 |
| 247 | IronNet Cybersecurity, Inc. | Sampson, Jack | Employment Agreement | $0.00 | Address on File |
| 248 | IronNet Cybersecurity, Inc. | SANS | Quote | $13,250.00 | Attn: Arnold Czibrik<br>11200 Rockville Pike<br>Suite 200<br>North Bethesda, MD 20852 |
| 249 | IronNet, Inc. | SCOR Group | Insurance Policy | $0.00 | Attn: General Security National Ins Co<br>28 Liberty St, Ste 5400<br>New York, NY 10005 |
| 250 | IronNet, Inc. | SCOR Group | Insurance Policy | $0.00 | Attn: General Security National Ins Co<br>28 Liberty St, Ste 5400<br>New York, NY 10005 |
| 251 | IronNet Cybersecurity, Inc. | SCTG LLC dba SEGRA | Vendor Agreement | $7,782.35 | c/o Lumos Networks<br>1 Lumos Plaza<br>Waynesboro, VA 22980 |
| 252 | IronNet Cybersecurity, Inc. | Confidential Customer 84 | Referral Agreement | $0.00 | Address on File |
| 253 | IronNet Cybersecurity, Inc. | Sentinelone, Inc. | Master Agreement | $0.00 | Attn: Jacob Rosoff<br>444 Castro St<br>Suite 400<br>Mountain View, CA 94041 |
| 254 | IronNet Cybersecurity, Inc. | Confidential Customer 85 | Customer Order / Binding Quote | $0.00 | Address on File |
| 255 | IronNet Cybersecurity, Inc. | Sharp, Ryan | Employment Agreement | $0.00 | Address on File |
| 256 | IronNet Cybersecurity, Inc. | Confidential Customer 86 | Master Agreement | $0.00 | Address on File |
| 257 | IronNet Cybersecurity, Inc. | Slack Technologies, Inc. | Team Chat | $0.00 | Salesforce, Inc.<br>415 Mission Street<br>3rd Floor<br>San Francisco, CA 94105 |
| 258 | IronNet Cybersecurity, Inc. | SnipeIT | Asset management systems | $0.00 | Snipe-IT<br>3960 West Point Loma Blvd<br>Suite H69<br>San Diego, CA 92110 |
| 259 | IronNet, Inc. | SOMPO International | Insurance Policy | $0.00 | c/o Commercial Management Liability<br>1221 Avenue of The Americas 18th Fl<br>Attn: Prof Lines Underwriting Dept<br>New York, NY 10020 |
| 260 | IronNet, Inc. | SOMPO International | Insurance Policy | $0.00 | c/o Commercial Management Liability<br>1221 Avenue of The Americas 18th Fl<br>Attn: Prof Lines Underwriting Dept<br>New York, NY 10020 |
| 261 | IronNet Cybersecurity, Inc. | SophosCentral | Virus scanning tool for Product release | $0.00 | Sophos<br>The Pentagon, Abingdon Science Park<br>Abingdon, Oxfordshire OX14 3YP<br>UK |

Schedule 1

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 262 | IronNet Cybersecurity, Inc. | Confidential Customer 88 | Purchase Order | $0.00 | Address on File |
| 263 | IronNet Cybersecurity, Inc. | Confidential Customer 88 | Master Agreement | $0.00 | Address on File |
| 264 | IronNet Cybersecurity, Inc. | Space Information Sharing and Analysis Center dba Space ISAC | Vendor Agreement | $3,750.00 | 3650 N Nevada Ave<br>Colorado Springs, CO |
| 265 | IronNet Cybersecurity, Inc. | Splunk, INC | Vendor Agreement | $58,454.00 | Attn: Lakshyani Patidar<br>270 Brannan Street<br>San Francisco, CA 94107 |
| 266 | IronNet Cybersecurity, Inc. | Sprout Social, Inc. | Service Order | $0.00 | Attn: Legal Department<br>131 S. Dearborn #700<br>Chicago, Illinois 60603 |
| 267 | IronNet Cybersecurity, Inc. | Staal, Nicholas | Employment Agreement | $0.00 | Address on File |
| 268 | IronNet Cybersecurity, Inc. | Stein, Dan | Employment Agreement | $0.00 | Address on File |
| 269 | IronNet Cybersecurity, Inc. | Confidential Customer 89 | Purchase Order | $0.00 | Address on File |
| 270 | IronNet Cybersecurity, Inc. | Surefire Cyber | Consulting Agreement | $52,664.15 | 7310 Esquire Ct, Ste 5B<br>Elkridge, MD 21075 |
| 271 | IronNet Cybersecurity, Inc. | Syscall | Consulting Agreement | $1,837.50 | 16332 Carrs Mill Rd<br>Woodbine, MD 21797 |
| 272 | IronNet Cybersecurity, Inc. | Taborda Solutions | Master Agreement | $0.00 | Attn: Justin Edgar<br>9580 Oak Avenue Parkway<br>Folsom, CA 95630 |
| 273 | IronNet Cybersecurity, Inc. | Tay, Victor | Employment Agreement | $0.00 | Address on File |
| 274 | IronNet Cybersecurity, Inc. | Teamcity | Continuous Integration Tool | $0.00 | JetBrains Americas Inc.<br>989 East Hillsdale Blvd. Suite 200<br>Foster City, CA 94404 |
| 275 | IronNet Cybersecurity, Inc. | TelePlusCorp-389 | Alarm Monitoring | $241.01 | Tele-Plus Corporation<br>916 Eldridge Drive<br>Hagerstown, MD 21740 |
| 276 | IronNet Cybersecurity, Inc. | Confidential Customer 90 | Master Agreement | $0.00 | Address on File |
| 277 | IronNet Cybersecurity, Inc. | Tenableio | Vendor Agreement | $0.00 | 7021 Columbia Gateway Drive<br>Suite 500<br>Columbia, MD 21046 |
| 278 | IronNet Cybersecurity, Inc. | Confidential Customer 92 | Purchase Order | $0.00 | Address on File |
| 279 | IronNet Cybersecurity, Inc. | Confidential Customer 95 | Customer Order / Binding Quote | $0.00 | Address on File |
| 280 | IronNet Cybersecurity, Inc. | Confidential Customer 97 | Master Agreement | $0.00 | Address on File |
| 281 | IronNet Cybersecurity, Inc. | Titania Ltd, Security House | Nipper Scanning Tool | $2,500.00 | Barbourne Road<br>Worcester WR1 1RS<br>United Kingdom |
| 282 | IronNet Cybersecurity, Inc. | Travelers Insurance | Insurance Policy | $0.00 | One Tower Square<br>Hartford, CT 06183 |
| 283 | IronNet Cybersecurity, Inc. | Travelers Insurance | Insurance Policy | $0.00 | One Tower Square<br>Hartford, CT 06183 |
| 284 | IronNet Cybersecurity, Inc. | Trifident Advisory Services | Consulting Agreement | $0.00 | 235 Turtle Creek Circle<br>Oldsmar, FL 34677 |
| 285 | IronNet Cybersecurity, Inc. | Trustwave | Vendor Agreement | $0.00 | Attn: Parker Caby<br>75 Remittance Drive, Suite 6000<br>Chicago, IL 60675 |
| 286 | IronNet International, LLC | Confidential Customer 98 | Binding Quote | $0.00 | Address on File |
| 287 | IronNet Cybersecurity, Inc. | Unitrends | Backup Tool | $0.00 | 200 Wheeler Road<br>Burlington, MA 1803 |
| 288 | IronNet Cybersecurity, Inc. | Confidential Customer 99 | Master Agreement | $0.00 | Address on File |
| 289 | IronNet Cybersecurity, Inc. | urlscanio | Vendor Agreement | $0.00 | Attn: Johannes Gilger<br>Kaiserstraße 16<br>Frankfurt Am Main 60261<br>Germany |
| 290 | IronNet Cybersecurity, Inc. | VAR Technology Finance dba LEAF | Purchase Order | $0.00 | 2330 Interstate 30<br>Mesquite, TX 75150 |
| 291 | IronNet Cybersecurity, Inc. | Veristor Systems, LLC | Master Agreement | $0.00 | Attn: Murray Granger<br>4 Sentry Pkwy<br>Blue Bell, PA 19422-2311 |
| 292 | IronNet Cybersecurity, Inc. | Virtru Corporation | Vendor Agreement | $7,500.00 | 1130 Connecticut Ave NW<br>Washington, DC 20036 |
| 293 | IronNet, Inc. | W. R. Berkley Group | Insurance Policy | $0.00 | 757 Third Avenue 10th Fl<br>New York, NY 10017 |
| 294 | IronNet, Inc. | W. R. Berkley Group | Insurance Policy | $0.00 | 757 Third Avenue 10th Fl<br>New York, NY 10017 |
| 295 | IronNet, Inc. | Westfield Specialty Insurance Co | Insurance Policy | $0.00 | Attn: Specialty Underwriting Dept.<br>One Park Circle<br>Westfield, OH 44251 |
| 296 | IronNet, Inc. | Westfield Specialty Insurance Co | Insurance Policy | $0.00 | Attn: Specialty Underwriting Dept.<br>One Park Circle<br>Westfield, OH 44251 |

| # | Entity | Contract Counterparty | Contract Description | Total Cure Amount | Address |
|---|---|---|---|---|---|
| 297 | IronNet, Inc. | Westfield Specialty Insurance Co | Insurance Policy | $0.00 | Attn: Specialty Underwriting Dept.<br>One Park Circle<br>Westfield, OH 44251 |
| 298 | IronNet Cybersecurity, Inc. | WhoIS | Master Services Agreement | $0.00 | Attn: Jonathan Zhang<br>340 S. Lemon Avenue, #1362<br>Walnut, CA 91789 |
| 299 | IronNet Cybersecurity, Inc. | Wong, James | Employment Agreement | $0.00 | Address on File |
| 300 | IronNet Cybersecurity, Inc. | Workato, Inc. | Quote | $0.00 | Attn: Thomas Ream<br>215 Castro St<br>Mountain View, CA 94041 |
| 301 | IronNet Cybersecurity, Inc. | Confidential Customer 100 | Master Agreement | $0.00 | Address on File |
| 302 | IronNet Cybersecurity, Inc. | Worldaware, Inc. | Master Agreement | $0.00 | Attn: General Counsel<br>185 Admiral Cochrane Drive<br>Suite 300<br>Annapolis, MD 21401 |
| 303 | IronNet Cybersecurity, Inc. | XL Insurance America, Inc | Insurance Policy | $0.00 | 101 Constitution Plaza 17th Fl<br>Hartford, CT 6103 |
| 304 | IronNet Cybersecurity, Inc. | XL Insurance America, Inc | Insurance Policy | $0.00 | 102 Constitution Plaza 17th Fl<br>Hartford, CT 6103 |
| 305 | IronNet Cybersecurity, Inc. | XL Insurance America, Inc | Insurance Policy | $0.00 | 103 Constitution Plaza 17th Fl<br>Hartford, CT 6103 |
| 306 | IronNet Cybersecurity, Inc. | XL Insurance America, Inc | Insurance Policy | $0.00 | 101 Constitution Plaza 17th Fl<br>Hartford, CT 6103 |
| 307 | IronNet Cybersecurity, Inc. | XL Insurance America, Inc | Insurance Policy | $0.00 | 102 Constitution Plaza 17th Fl<br>Hartford, CT 6103 |
| 308 | IronNet Cybersecurity, Inc. | XL Insurance America, Inc | Insurance Policy | $0.00 | 103 Constitution Plaza 17th Fl<br>Hartford, CT 6103 |
| 309 | IronNet Cybersecurity, Inc. | XL Insurance America, Inc | Insurance Policy | $0.00 | 100 Constitution Plaza 17th Fl<br>Hartford, CT 6103 |
| 310 | IronNet Cybersecurity, Inc. | Zecher, Linda | Employment Agreement | $0.00 | Address on File |
| 311 | IronNet Cybersecurity, Inc. | ZoomInfo Technologies LLC | Vendor Agreement | $21,372.50 | 805 Broadway St<br>Vancouver, WA 98660 |