# EXHIBIT A

**IronNet**
**Weekly CF**

| | 11/18/23 | 11/25/23 | 12/2/23 | 12/9/23 | 12/16/23 | 12/23/23 | 12/30/23 | 1/6/24 |
|---|---|---|---|---|---|---|---|---|
| Week Start: | forecast | forecast | forecast | forecast | forecast | forecast | forecast | forecast |
| Week End: | 11/24/23 | 12/1/23 | 12/8/23 | 12/15/23 | 12/22/23 | 12/29/23 | 1/5/24 | 1/12/24 |
| **Total HC** | 34 | 34 | 34 | 34 | 34 | 34 | 34 | 34 |
| Bookings Forecast - Baseline | | | | | | | 565,185 | |
| **Beg. Cash Balance** | 484,455 | 545,648 | 524,418 | 630,272 | 1,314,593 | 971,692 | 504,942 | 195,721 |
| Sources of Cash: | | | | | | | | |
| + AR Collections | - | 145,520 | - | 30,000 | - | - | - | - |
| + AR Prior/Partial Payments | - | - | - | - | - | - | - | - |
| + Recurring Billings | - | - | - | - | 34,112 | - | - | - |
| + Collections from Baseline Fcst | - | - | - | - | - | - | - | - |
| (+/-) ELOC Financing | | | | | | | | |
| (+/-) Debt | 1,000,000 | | | | | | | |
| (+/-) additional investment | | 500,000 | 1,500,000 | 3,000,000 | 500,000 | | | |
| **Total Inflow** | **1,000,000** | **645,520** | **1,500,000** | **3,030,000** | **534,112** | **-** | **-** | **-** |
| Uses of Cash: | | | | | | | | |
| (-) Regular Pay - US | - | (154,312) | (834,165) | (154,312) | - | (154,312) | - | (154,312) |
| (-) Payroll Tax - US | - | (78,066) | - | (78,066) | (201,835) | (78,066) | - | (78,066) |
| (-) Retirement - US | - | (17,622) | - | (17,622) | - | (17,622) | - | (17,622) |
| (-) Garnish - US | - | - | - | - | - | - | - | - |
| (-) International Payroll | (73,000) | - | - | - | (73,000) | - | - | - |
| (-) AP Schedule | (478,339) | (316,750) | (310,750) | (381,879) | (439,710) | (116,750) | (130,000) | (383,629) |
| (-) Monthly Recurring | (37,468) | - | (149,231) | (88,800) | (37,468) | - | (79,221) | (37,508) |
| (-) Restructuring Fees | (350,000) | (100,000) | (100,000) | (1,625,000) | (125,000) | (100,000) | (100,000) | (27,000) |
| (+/-) Bank Transfers | | | | | | | | |
| **Total Outflow** | **(938,807)** | **(666,750)** | **(1,394,146)** | **(2,345,679)** | **(877,013)** | **(466,750)** | **(309,221)** | **(698,137)** |
| **End Cash Balance** | **545,648** | **524,418** | **630,272** | **1,314,593** | **971,692** | **504,942** | **195,721** | **(502,416)** |
| Reserve for past-due payroll tax | 1,036,000 | 1,036,000 | 201,835 | 201,835 | 201,835 | 201,835 | 201,835 | 201,835 |
| **End Operating Cash Balance** | **(490,352)** | **(511,582)** | **428,437** | **1,112,758** | **769,857** | **303,107** | **(6,114)** | **(704,251)** |