**<u>Exhibit A</u>**

**Plan**

30993609.2

1