## Exhibit C

**Financial Projections**

[TO COME]