**Exhibit D**

**Liquidation Analysis**

[TO COME]