## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IRONNET, INC., *et al.*,[1] | ) | Case No. 23-11710 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On November 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Third Interim Order (A) Authorizing the Debtors to (I) Obtain Postpetition Financing and (II) Use Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to Prepetition Secured Parties, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief** (Docket No. 169)

[Space Left Blank Intentionally]

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced document via electronic service.

Dated: November 30, 2023

*Jerod McMillen*
_____
Jerod McMillen

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Colorado,
County of Denver

Subscribed and sworn to (or affirmed) before me on this 30th day of November 2023, by Jerod McMillen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Kerrie Lynne Darby*
_____

> KERRIE LYNNE DARBY
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20234021580
> MY COMMISSION EXPIRES JUN. 8, 2027

# **<u>Exhibit A</u>**



# Exhibit A

Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 5 Cyber Partners II SCSP RAIF | | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Alexander, Keith B. | | Address on File | | | | |
| C5 Space | | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| C5 SPACE DATA LP | | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| C5 SPACE DATA LP | | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| C5 Transatlantic Investors LP | | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Cigna | | 1700 Lincoln St Lower Level 3 | Lock Box 59 | Denver | CO | 80274 |
| Citibank, N.A. | Attn: Legal Dept. | 388-390 Greenwich St. | | New York | NY | 10013 |
| Confidential Customer 93 | | | | | | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 |
| Dell Financial Services | Attn: Alfredo Rabina | One Dell Way | | Round Rock | TX | 78682 |
| Dell Financial Services L.L.C. | | Mail Stop-Ps2Df-23 | One Dell Way | Round Rock | TX | 78682 |
| Donnelly Financial | Attn: Kelly Strache | 35 W Wacker | 35th Floor | Chicago | IL | 60601 |
| Ferrous Investors LP | | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| First Citizens Bank and Trust Company | Attn: Legal Dept. | 239 Fayetteville Street | | Raleigh | NC | 27601 |
| ForgePoint | | 400 South El Camino | | San Mateo | CA | 94022 |
| Forgepoint Cyber Affiliates Fund I, L.P. | | 400 South El Camino | | San Mateo | CA | 94022 |
| Forgepoint Cybersecurity Fund I, L.P. | | 400 South El Camino | | San Mateo | CA | 94022 |
| Company | | 200 Connell Drive | | Berkeley He | NJ | 07922 |
| Internal Revenue Service | | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Jan Tighe | | Address on File | | | | |
| John M. McConnell | | Address on File | | | | |
| Keith Alexander | | Address on File | | | | |
| Keith Alexander | | Address on File | | | | |
| Mcconnell, John M. | | Address on File | | | | |
| Michael J. Rogers | | Address on File | | | | |
| Office of The United States Trustee | 844 King Street | Suite 2207 Lockbox 35 | | Wilmington | DE | 19801 |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 425 Market Street, Suite 2 | San Francis | CA | 94105-3493 |
| PNC Bank | Attn: Lauren Synk | 300 Fifth Avenue | The Tower at PNC Plaza | Pittsburgh | PA | 15222 |
| Richardson, Russell D. | | Address on File | | | | |
| Rogers, Michael J. | | Address on File | | | | |
| Russell D. Richardson | | Address on File | | | | |
| Schlein, Theodore E. | | Address on File | | | | |
| SEC New York Regional Office | Attn: Andrew Calamari, Regional Director | 200 Vesey Street, Suite 400 | Brookfield Place | New York | NY | 10281-1022 |
| Secretary of State | Attn: Div of Corp Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 2

 STRETTO

## Exhibit A
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Securities & Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Shi International Corp | | 1111 Old Eagle School Rd | | Wayne | PA | 19087 |
| Silicon Valley Bank | Attn: Amy Rowe | 1000 Wilson Blvd | Ste. 2110 | Arlington | VA | 22209 |
| Svb Innovation Lending Fund VIII, L.P. | | 2770 Sand Hill Road | | Menlo Park | CA | 94025 |
| Theodore E. Schlein | | Address on File | | | | |
| Tighe, Jan E. | | Address on File | | | | |
| US Attorney for the District of Delaware | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | Wilmington | DE | 19801 |
| VAR Technology Finance | | 2330 I-30 | | Mesquite | TX | 75150 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Document Ref: KKYXW-JOGUX-HN5N3-495VO

# **Exhibit B**



# Exhibit B
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 365 Data Centers | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| 3i, LP | | | ahauff@3ifund.com |
| 3i, LP | c/o CAHILL GORDON & REINDEL LLP | Attn: Joel H. Levitin, Esq. and Ivan Torres, Esq. | jlevitin@cahill.com itorres@cahill.com |
| 3i, LP | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis and L. Katherine Good | csamis@potteranderson.com kgood@potteranderson.com |
| Amazon Web Services | Attn: Rino David | | rinodavd@amazon.com aws-receivablessupport@amazon.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates LLP | Attn: Michael J. Gearin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com brian.peterson@klgates.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates, LLP | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn: Michael J. Gerin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com brian.peterson@klgates.com |
| CAST AI Group Inc | Attn: Aida Barkauskaite | | aida@cast.ai |
| Confidential Customer 17 | | | |
| Confidential Customer 18 | | | |
| Confidential Customer 52 | | | |
| Cooley LLP | Attn: Brooke Nussbaum | | bnussbaum@cooley.com |
| CORVID Cyberdefense | Attn: Matt Hurley | | matt.hurley@corvidtec.com |
| Data 365 | Attn: 365 Operating Company, LLC | | sbrooks@365datacenters.com tom.caruso@365datacenters.com |
| Ecosystems Services LLC | Attn: T Vagnucci | | tvagnucci@themckelveygroup.com |
| Fitcheven | Attn: Nancy Driscoll | | ndriscoll@fitcheven.com |
| Forvis LLP | Attn: Sarah Kerner, AGC | | sarah.kerner@forvis.com |
| Gartner | Attn: Allison Leone | | Allison.Leone@gartner.com |
| HCL Technologies Corporate Services Ltd | Attn: Suyash Mishra | | suyash.mishra@hcl.com dask@hcl.com kamna.soni@hcl.com santosh.pilkhane@hcl.com |
| Informa Tech Holdings LLC | Attn: Rachel Caffrey | | rachel.caffrey@informa.com |
| IronNet, Inc. | c/o Young Conaway Stargett & Taylor, LLC | Attn: Tim Powell, Esq. and Elizabeth Justison, Esq. | ejustison@ycst.com tpowell@ycst.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 2

 STRETTO

# Exhibit B
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ITC Global Advisers LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq. and Grace C. Hotz | smitchell@paulweiss.com dmeyers@paulweiss.com ghotz@paulweiss.com |
| ITC Global Advisers, LLC | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and Joshua B. Brooks, Esq. | cobb@lrclaw.com brooks@lrclaw.com |
| KirkpatrickPrice Inc | Attn: C Jackson | | c.jackson@kirkpatrickprice.com |
| Korr Acquisitions Group, Inc. | Attn: Kenneth Orr | | ko@korrag.com |
| Morrison Foerster LLP | Attn: Joseph C Folio III Esq | | jfolio@mofo.com |
| Morvillo Abramowitz Grand Iason Anello | Attn: Kate Cassidy Esq | | kcassidy@maglaw.com |
| NYSE | Attn: Herman Singh | | herman.singh@nyse.com ar-nyse@nyse.com |
| PricewaterhouseCoopers LLP | Attn: Priscilla R Ramos | | priscilla.r.ramos@pwc.com |
| Public Strategies Washington Inc | Attn: J Hallauer | | jhallauer@psw-inc.com |
| Riveron Consulting LLC | Attn: Sasha Morozova | | sasha.morozova@riveron.com |
| Sacumen Div of Clarion Tech Pvt Ltd | Attn:Anjali Menon and Gowri Sirsi | | anjali.menon@expresslaw.in |
| Salesforcecom Inc | Attn: S Clermontchan | | sclermontchan@salesforce.com |
| SHI | Attn: Andreas Poswencyk | | andreas_poswencyk@shi.com |
| The Open Information Security Foundation | Attn: Kelley Misata PhD | | kmisata@oisf.net |
| Tiempo Development LLC | Attn: Kevin C. Golden | | kevin.golden@3pillarglobal.com |
| Tyson's Corner Office I LLC | Attn: Nuchapan Glomdee | | nuchapan.glomdee@hines.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Document Ref: KKYXW-JOGUX-HN5N3-495VO

# Signature Certificate

Reference number: KKYXW-JOGUX-HN5N3-495VO

| Signer | Timestamp | Signature |
|---|---|---|
| **Jerod McMillen**<br>Email: jerod.mcmillen@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 30 Nov 2023 23:41:58 UTC<br>30 Nov 2023 23:42:01 UTC<br>30 Nov 2023 23:43:01 UTC | |
| **Recipient Verification:**<br>✔Email verified<br>✔Personally Known | <br>30 Nov 2023 23:42:01 UTC<br>30 Nov 2023 23:41:50 UTC | <br>IP address: 104.34.15.72<br>Location: Costa Mesa, United States |



Jerod McMillen

| **Kerrie Darby**<br>Email: kerrie.darby@stretto.com | | |
|---|---|---|
| Sent:<br>Viewed:<br>Signed: | 30 Nov 2023 23:41:58 UTC<br>30 Nov 2023 23:42:06 UTC<br>30 Nov 2023 23:43:05 UTC | |
| **Recipient Verification:**<br>✔Email verified | <br>30 Nov 2023 23:42:06 UTC | <br>IP address: 76.131.52.134<br>Location: Golden, United States |

Kerrie Lynne Darby

Document notarized online using audio-video communication on:
30 Nov 2023 23:43:05 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

