**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IRONNET, INC., *et al.*,[1] | ) | Case No. 23-11710 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On November 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **<u>Exhibit A</u>**:

- **Summary of First Monthly Application of Young Conaway Stargatt & Taylor, LLP, as Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from October 12, 2023 through October 31, 2023** (Docket No. 180)

- **Notice of Filing of Disclosure Declaration of Ordinary Course Professional, Cordatis LLP** (Docket No. 181)

- **Notice of Filing of Disclosure Declaration of Ordinary Course Professional, Fitch, Even, Tabin & Flannery LLP** (Docket No. 182)

- **Notice of Filing of Disclosure Declaration of Ordinary Course Professional, Morningstar Law Group** (Docket No. 183)

[Space Left Blank Intentionally]

---

[1]   The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474).  The Debtors' corporate headquarters is located at 7900 Tysons One Place, Suite 400, McLean, VA 22102.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced document via electronic service.

Dated: November 30, 2023

*Jerod McMillen*
Jerod McMillen

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Colorado,
County of Denver

Subscribed and sworn to (or affirmed) before me on this 30th day of November 2023, by Jerod McMillen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Kerrie Lynne Darby*

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **Exhibit A**

 STRETTO

# Exhibit B
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 365 Data Centers | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| 3i, LP | c/o CAHILL GORDON & REINDEL LLP | Attn: Joel H. Levitin, Esq. and Ivan Torres, Esq. | jlevitin@cahill.com<br>itorres@cahill.com |
| 3i, LP | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis and L. Katherine Good | csamis@potteranderson.com<br>kgood@potteranderson.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates LLP | Attn: Michael J. Gearin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com<br>brian.peterson@klgates.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates, LLP | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com<br>matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com<br>matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn: Michael J. Gerin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com<br>brian.peterson@klgates.com |
| Confidential Creditor 17 | | | |
| Confidential Creditor 17 | | | |
| IronNet, Inc. | c/o Young Conaway Stargett & Taylor, LLC | Attn: Tim Powell, Esq., Elizabeth Justison, Esq., Sean M. Beach, and Kenneth J. Enos | ejustison@ycst.com<br>tpowell@ycst.com<br>sbeach@ycst.com<br>kenos@ycst.com |
| ITC Global Advisers LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq., Grace C. Hotz, and Raphael M. Russo | smitchell@paulweiss.com<br>dmeyers@paulweiss.com<br>ghotz@paulweiss.com<br>rrusso@paulweiss.com |
| ITC Global Advisers, LLC | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and Joshua B. Brooks, Esq. | cobb@lrclaw.com<br>brooks@lrclaw.com |
| Office of The United States Trustee | Attn: Timothy J. Fox, Jr. | | timothy.fox@usdoj.gov |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

Document Ref: KKYXW-JOGUX-HN5N3-495VO

# Signature Certificate

Reference number: KKYXW-JOGUX-HN5N3-495VO

| Signer | Timestamp | Signature |
|--------|-----------|-----------|

**Jerod McMillen**
Email: jerod.mcmillen@stretto.com

| | |
|---|---|
| Sent: | 30 Nov 2023 23:41:58 UTC |
| Viewed: | 30 Nov 2023 23:42:01 UTC |
| Signed: | 30 Nov 2023 23:43:01 UTC |

**Recipient Verification:**

| | |
|---|---|
| ✔Email verified | 30 Nov 2023 23:42:01 UTC |
| ✔Personally Known | 30 Nov 2023 23:41:50 UTC |

IP address: 104.34.15.72
Location: Costa Mesa, United States

**Kerrie Darby**
Email: kerrie.darby@stretto.com

| | |
|---|---|
| Sent: | 30 Nov 2023 23:41:58 UTC |
| Viewed: | 30 Nov 2023 23:42:06 UTC |
| Signed: | 30 Nov 2023 23:43:05 UTC |

**Recipient Verification:**

| | |
|---|---|
| ✔Email verified | 30 Nov 2023 23:42:06 UTC |

IP address: 76.131.52.134
Location: Golden, United States

Document notarized online using audio-video communication on:
30 Nov 2023 23:43:05 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 50,000+ companies worldwide.

