# SIGN-IN SHEET

Case Name: IronNet, Inc.

Case No.: 23-11710

Courtroom No.1 - Judge Shannon

Date: 12/11/2023 - 11am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
| RICHARD COGG | Landis Rath & Cobb LLP | |
| SEAN MITCHELL | Paul Weiss | |
| GRACE NOTZ | Paul Weiss | |
| Sean Beach | Young Conaway | Debtors |
| Brian Lohan | Arnold & Porter | Debtors |

Scheduled on 12/8 by