IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| IRONNET, INC., *et al.*,[1] | ) ) ) | Case No. 23-11710 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## PERIODIC REPORT PURSUANT TO BANKRUPTCY RULE 2015.3

Under Rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") submit this report (this "**Periodic Report**") on the value, operations, and profitability, as of December 13, 2023, of IronNet Cybersecurity UK, Ltd., a United Kingdom registered company (the "**Controlled Non-Debtor Entity**"), in which Debtor IronNet International, LLC owns 100% of the interests. This Periodic Report has been prepared solely for the purpose of complying with the Bankruptcy Rules, and comprises the following exhibits:

| **Exhibit A** | Financial Statements for Controlled Non-Debtor Entity |
|---|---|
| **Exhibit B** | Description of Operations for the Controlled Non-Debtor Entity |
| **Exhibit C** | Description of Claims Between the Controlled Non-Debtor Entity and Any Other Controlled Non-Debtor Entity |
| **Exhibit D** | Description of Tax Allocation Among the Controlled Non-Debtor Entity and the Debtors or Any Other Controlled Non-Debtor Entity |
| **Exhibit E** | Description of the Controlled Non-Debtor Entity's Payments of Administrative Expenses or Professional Fees Otherwise Payable by a Debtor |

The undersigned, having reviewed the attached exhibits and this Periodic Report, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that this Periodic Report is complete, accurate, and truthful to the best of his knowledge as of the date hereof.

Date: December 14, 2023

*/s/ Cameron Pforr*
Name: Cameron Pforr
Title: President and Chief Financial Officer

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' corporate headquarters is located at P.O. Box 7395, Halethorpe, MD 21227.

# **EXHIBIT A**

**Financial Statements for Controlled Non-Debtor Entity**

30946578.2

# EXHIBIT A-1

## Balance Sheet for Controlled Non-Debtor Entity

### IronNet Cybersecurity UK, Ltd.
(Unaudited)

| In US $ Unless Otherwise Indicated | YTD<br>October 31, 2023 | FY 2023<br>January 31, 2023 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and Cash Equivalents | 65,588 | 42,614 |
| Trade Receivable, net[1] | 13,470,679 | 13,430,816 |
| Inventory, net | 12,215 | 12,215 |
| Prepaid expenses and other assets | 24,454 | 30,170 |
| **Total Current Assets** | **$13,572,936** | **$13,515,815** |
| Fixed Assets | 36,606 | 52,622 |
| Other Assets | - | 70,242 |
| **Total Assets** | **$13,609,543** | **$13,638,680** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Current Liabilities** | | |
| Accounts Payable[2] | 10,564,185 | 10,287,095 |
| Other Current Liabilities | 256,260 | 250,463 |
| **Total Current Liabilities** | **10,820,445** | **$10,537,558** |
| Other Liabilities | 95 | 95 |
| **Total Liabilities** | **$10,820,540** | **$10,537,653** |
| Stockholders' (Deficiency) Equity | 2,789,003 | 3,101,027 |
| **Total Liabilities and Stockholders' Equity** | **$13,609,543** | **$13,638,680** |

(1) Comprised primarily of intercompany A/R.
(2) Comprised primarily of intercompany A/P.

# EXHIBIT A-2

## Statement of Income (Loss) for Controlled Non-Debtor Entity

**IronNet Cybersecurity UK, Ltd.**
(Unaudited)

| In US $ Unless Otherwise Indicated | YTD<br>October 31, 2023 | FY 2023<br>January 31, 2023 |
|---|---:|---:|
| Software & Maintenance Net Revenue | - | 5,167 |
| Hardware Net Revenue | - | - |
| Services Net Revenue | - | 31,887 |
| **Total Sales** | **$0** | **$37,054** |
| Software & Maintenance Cost | - | 25,888 |
| Hardware Cost | 7,778 | 19,755 |
| Services Cost | - | 26,380 |
| **COGS** | **$7,778** | **$72,023** |
| **Gross Profit** | **($7,778)** | **($34,969)** |
| Selling, General & Administrative Expenses | 773,636 | 3,511,929 |
| Professional Fees | 66,646 | 211,983 |
| Depreciation & Amortization | 15,996 | 30,245 |
| **Operating Income / (Loss)** | **($864,056)** | **($3,789,125)** |
| Realized Loss / (Gain) | 2,722 | (2,948) |
| Other Expenses / (Gains) | 159 | (219) |
| **Net Ordinary Income / (Loss)** | **($866,937)** | **($3,785,958)** |
| Transfer Pricing[1] | (436,006) | (3,691,116) |
| **Net Income / (Loss)** | **($430,931)** | **($94,842)** |

(1) A contra-expense is applied to all international entities which in turn is offset by an equal expense on IronNet Cybersecurity, Inc's income statement.

30946578.2

# EXHIBIT A-3

## Statement of Cash Flows for Controlled Non-Debtor Entity

**IronNet Cybersecurity UK, Ltd.**
For the nine month period ending October 31, 2023
(Unaudited)

| *In US $ Unless Otherwise Indicated* | |
|---|---:|
| Net Income / (Loss) | (430,931) |
| | |
| Net cash provided by Operating Activities | 23,819 |
| Net cash provided by Investing Activities | - |
| Net cash provided by Financing Activities [1] | - |
| Effects of exchange rate changes on cash | (845) |
| **Net cash increase (decrease) for period** | **22,974** |
| | |
| Cash at beginning of period | 42,614 |
| **Cash at end of period** | **$65,588** |

30946578.2

# EXHIBIT A-4

## Statement of Changes in Shareholders' Equity (Deficit) for Controlled Non-Debtor Entity

**IronNet Cybersecurity UK, Ltd.**
Period Ending October 31, 2023
(Unaudited)

| *In US $ Unless Otherwise Indicated* | |
|---|---:|
| Beginning Equity - 1/31/2023[1] | 3,260,559 |
| Net Income / (Loss) | (430,931) |
| Employee Stock Compensation | 119,752 |
| Cumulative Translation Adjustment | (160,377) |
| **Total Equity as of October 31, 2023** | **2,789,003** |

(1) Excluding cumulative translation adjustment as of 1/31/2023.

## EXHIBIT B

## Description of Operations for the Controlled Non-Debtor Entity

**IronNet Cybersecurity UK, Ltd.**:  An entity incorporated in England and Wales that is a wholly owned subsidiary of IronNet International, LLC.  The entity, which currently has two employees (as of December 13, 2023), conducts IronNet's business development, the sale of IronNet software and provides consulting and training services outside the US.

# EXHIBIT C

## Description of Claims Between the Controlled Non-Debtor Entity
## and Any Other Controlled Non-Debtor Entity

Not applicable.  The Controlled Non-Debtor Entity does not have any claims against any other controlled non-debtor entity.

# **EXHIBIT D**

**Description of Tax Allocation Among the Controlled Non-Debtor Entity
and the Debtors or Any Other Controlled Non-Debtor Entity**

  Not applicable. There is no allocation of taxes between or among the Controlled Non-Debtor Entity and any of the Debtors or any other controlled non-debtor entity.

## EXHIBIT E

### Description of the Controlled Non-Debtor Entity's Payments of Administrative Expenses or Professional Fees Otherwise Payable by a Debtor

Not applicable.  There are no known payments made or obligations incurred by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.