# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| IRONNET, INC., *et al.*,[1] | ) Case No. 23-11710 (BLS) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Robin White, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On December 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the United States Trustee, Attn: Timothy J. Fox, Jr. at timothy.fox@usdoj.gov:

- **Periodic Report Pursuant to Bankruptcy Rule 2015.3** (Docket No. 235)

- **Periodic Report Pursuant to Bankruptcy Rule 2015.3** (Docket No. 236)

- **Periodic Report Pursuant to Bankruptcy Rule 2015.3** (Docket No. 237)

- **Periodic Report Pursuant to Bankruptcy Rule 2015.3** (Docket No. 238)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' mailing address is: IronNet Cybersecurity, Inc., P.O. Box 7395, Halethorpe, Maryland 21227.

- **Periodic Report Pursuant to Bankruptcy Rule 2015.3** (Docket No. 239)

   In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 20, 2023

                     *Robin White*
                      Robin White

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Colorado,
County of Denver

Subscribed and sworn to (or affirmed) before me on this 20th day of November 2023, by Robin White, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature *Kerrie Lynne Darby*

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# Signature Certificate

Reference number: LGDCS-9VMPI-443BV-Y58BH

| Signer | Timestamp | Signature |
|---|---|---|
| **Robin White**<br>Email: robin.white@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 20 Dec 2023 18:03:32 UTC<br>20 Dec 2023 18:03:36 UTC<br>20 Dec 2023 18:03:57 UTC | *Robin White* |
| **Recipient Verification:** | | |
| ✔ Email verified<br>✔ Personally Known | 20 Dec 2023 18:03:36 UTC<br>20 Dec 2023 18:03:25 UTC | IP address: 99.15.115.110<br>Location: Brentwood, United States |
| **Kerrie Darby**<br>Email: kerrie.darby@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 20 Dec 2023 18:03:32 UTC<br>20 Dec 2023 18:03:49 UTC<br>20 Dec 2023 18:04:00 UTC | *Kerrie Lynne Darby* |
| **Recipient Verification:** | | |
| ✔ Email verified | 20 Dec 2023 18:03:49 UTC | IP address: 4.2.49.178<br>Location: Denver, United States |

Document notarized online using audio-video communication on:
20 Dec 2023 18:04:00 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

