## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| IRONNET, INC., *et al.*,[1] | ) Case No. 23-11710 (BLS) |
| Debtors. | ) (Jointly Administered) |

## **AFFIDAVIT OF SERVICE**

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On January 16, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Declaration of Cameron Pforr in Support of Confirmation of Amended Joint Chapter 11 Plan of Reorganization of Ironnet, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code** (Docket No. 310)

- **Declaration of Robert Wagstaff in Support of Confirmation of Amended Joint Chapter 11 Plan of Reorganization of Ironnet, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code** (Docket No. 311)

- **Declaration of Justin O'malley in Support of Confirmation of Amended Joint Chapter 11 Plan of Reorganization of Ironnet, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code** (Docket No. 312)

- **Certification of Adam J. Fialkowski of Stretto Regarding Voting and Tabulation of Ballots Cast on the Debtor's Amended Joint Chapter 11 Plan of Reorganization of Ironnet, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code** (Docket No. 313)

- **Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement on a Final Basis and (Ii) Confirmation of the Amended Joint Chapter 11 Plan of Reorganization of Ironnet, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code** (Docket No. 314)

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' mailing address is: IronNet Cybersecurity, Inc., P.O. Box 7395, Halethorpe, Maryland 21227.

- **Notice of Filing of Proposed Confirmation Order** (Docket No. 315)

- **Notice of Agenda of Matters Scheduled for Hearing on January 18, 2024 at 10:00 A.M. (ET)** (Docket No. 316)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced document via electronic service.

Dated: January 18, 2024

*Jerod McMillen*
Jerod McMillen

State of Colorado      )
                                   ) SS.
County of Denver     )

Subscribed and sworn before me this 18th day of January 2024 by Jerod McMillen.

*Kerrie Lynne Darby*
(Notary's official signature)

```
KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027
```

# Exhibit A



# Exhibit A
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 365 Data Centers | Attn: 365 Operating Company LLC | 200 Connecticut Ave | | Norwalk | CT | 06854 | |
| 365 Data Centers | c/o Polsinelli PC Christopher Ward | 222 Delaware Ave | Ste 1101 | Wilmington | DE | 19801 | |
| 3i LP | Attn Legal Dept | 140 Broadway | 38th Floor | New York | NY | 10005 | |
| Adobe Inc | Attn: Legal Department | 29322 Network Place | | Chicago | IL | 60673-1293 | |
| Adobe Inc | Attn: Maria Nielsen | 345 Park Ave | | San Jose | CA | 95110 | |
| Amazon Web Services | Attn Rino David | PO Box 84023 | | Seattle | WA | 98124 | |
| C5 Space | Attn Legal Dept | 1701 Pennsylvania Ave NW | Attn Joel Levitin | Washington | DC | 20006 | |
| C5 SPACE DATA LP | Attn Legal Dept | 1701 Pennsylvania Ave NW | | Washington | DC | 20006 | |
| Censys Inc. | Attn: Hassan Hemeid | 116 S. Main St | | Ann Arbor | MI | 48104 | |
| Cigna | Attn Legal Dept | 1700 Lincoln St Lower Lev 3 | Lock Box 59 | Denver | CO | 80274 | |
| Citibank NA | Attn Legal Dept | 388-390 Greenwich St | | New York | NY | 10013 | |
| Confidential Customer 22 | | Address on File | | | | | |
| Confidential Customer 22 | | Address on File | | | | | |
| Confidential Customer 22 | | Address on File | | | | | |
| Confidential Customer 22 | | Address on File | | | | | |
| Confidential Customer 22 | | Address on File | | | | | |
| Confidential Customer 22 | | Address on File | | | | | |
| Confidential Customer 4 | | Address on File | | | | | |
| Confidential Customer 4 | | Address on File | | | | | |
| Confidential Customer 4 | | Address on File | | | | | |
| Confidential Customer 4 | | Address on File | | | | | |
| Confidential Customer 4 | | Address on File | | | | | |
| Confidential Customer 44 | | Address on File | | | | | |
| Confidential Customer 47 | | Address on File | | | | | |
| Confidential Customer 47 | | Address on File | | | | | |
| Confidential Customer 85 | | | | | | | |
| Delaware State Treasury | Attn Legal Dept | 820 Silver Lake Blvd | Suite 100 | Dover | DE | 19904 | |
| Dell Financial Services | Attn Alfredo Rabina | One Dell Way | | Round Rock | TX | 78682 | |
| Domain tools | DomainTools LLC | 2101 Fourth Avenue | Suite 1150 | Seattle | WA | 98121 | |
| Donnelly Financial | Attn Kelly Strache | 35 W Wacker | 35th Floor | Chicago | IL | 60601 | |
| Ecosystems Services LLC | Attn T Vagnucci | PO Box 66 | | Lancaster | VA | 22503 | |
| First Citizens Bank and Trust Co | Attn Legal Dept | 239 Fayetteville Street | | Raleigh | NC | 27601 | |
| Fitcheven | Attn Nancy Driscoll | PO Box 3856 | Ste 600 | San Louis Obispo | CA | 93403 | |
| ForgePoint | Attn Legal Dept | 400 South El Camino | | San Mateo | CA | 94022 | |
| Group Holdings LLC all dba SERGA | Attn: Michael D. Baldwin | 1500 Hampton Street | | Columbia | SC | 29201 | |
| HCL Tech Corporate Services Ltd | Attn Suyash Mishra | 70 Gracechurch Street | 6th Floor | London | | UT EC3V0XL | GB |
| Internal Revenue Service | Attn Legal Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| James Shunk | c/o Cross & Simon LLC | 1105 North Market Street | Attn: Christopher P. Simon | Wilmington | DE | 19801 | |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)



# Exhibit A
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| James Shunk | c/o Lowenstein Sandler LLP | One Lowenstein Drive | Attn: Etkin & Papandrea | Roseland | NJ | 07068 | |
| Jan Tighe | | Address on File | | | | | |
| John M McConnell | | Address on File | | | | | |
| JuniperNetworks | LEAF | P.O. BOX 5066 | | Hartford | CT | 06102-5066 | |
| Korr Acquisitions Group Inc | Attn Kenneth Orr | 1400 Old Country Rd | Suite 306 | Westbury | NY | 11590 | |
| LearnUpon | Attn: Legal Department | First Floor Ocean House | Arran Quay Dublin 7 | Dublin | | D07 DHT3 | Ireland |
| Learnupon Limited. | Attn: General Counsel | First Floor Ocean House | | Arran Quay, Dublin | | D07 DHT3 | Ireland |
| Michael J Rogers | | Address on File | | | | | |
| Morvillo Abramowitz Grand et al | Attn Kate Cassidy Esq | 565 Fifth Avenue | Fl 9 | New York | NY | 10017 | |
| Office of The United States Trustee | 844 King Street | Suite 2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| Oracle America Inc | c/o Doshi Legal Group P.C. | 1979 Marcus Avenue Ste 210E | Attn: Amish R. Doshi | Lake Success | NY | 11042 | |
| Oracle America Inc | c/o Doshi Legal Group P.C. | 1979 Marcus Avenue Ste 210E | Attn: Amish R. Doshi | Lake Success | NY | 11042 | |
| Oracle America Inc. | Attn: Legal Department | Bank Of America Lockbox Services | 15612 Collections Center Drive | Chicago | IL | 60693 | |
| Oracle America Inc. | c/o Buchalter Shawn Christianson | 425 Market Street | Suite 2900 | San Francisco | CA | 94105-3493 | |
| Oracle America Inc. | c/o Buchalter Shawn Christianson | 425 Market Street | Suite 2900 | San Francisco | CA | 94105-3493 | |
| Pluralsight | Attn: Linux Academy | 42 Future Way | | Draper | UT | 84020 | |
| PricewaterhouseCoopers LLP | Attn Priscilla R Ramos | PO Box 7247 8001 | 35th Floor | Philadelphia | PA | 19170-8001 | |
| Russell D Richardson | | Address on File | | | | | |
| Salesforcecom Inc | Attn S Clermontchan | PO Box 203141 | | Dallas | TX | 75320-3141 | |
| SCTG LLC dba Segra | c/o Lumos Networks | 1 Lumos Plaza | | Waynesboro | VA | 22980 | |
| SEC New York Regional Office | Attn Andrew Calamari Reg Dir | 200 Vesey Street Ste 400 | Brookfield Place | New York | NY | 10281-1022 | |
| Secretary of State | Attn Div of Corp Fr Tax | PO Box 898 | | Dover | DE | 19903 | |
| Securities & Exchange Commission | Attn Legal Dept | 100 F Street NE | | Washington | DC | 20549 | |
| Silicon Valley Bank | Attn Amy Rowe | 1000 Wilson Blvd | Ste 2110 | Arlington | VA | 22209 | |
| Tennessee Department of Revenue | c/o Attorney General's Office | PO Box 20207 | | Nashville | TN | 37202-0207 | |
| Tennessee Dept of Revenue | c/o Tennessee Attorney General's | PO Box 20207 | Attn: Bankruptcy Division | Nashville | TN | 37202-0207 | |
| The Open Info Security Found | Attn Kelley Misata | 292 Newbury St | No157 | Boston | MA | 02115 | |
| Theodore E Schlein | | Address on File | | | | | |
| US Attorney for the District of DE | Attn David C Weiss | 1313 N Market St | PO Box 2046 | Wilmington | DE | 19801 | |
| VAR Technology Finance | Attn: Legal Department | 2330 Interstate 30 | | Mesquite | TX | 75150 | |
| VAR Technology Finance | c/o LEAF Commercial Capital Inc. | 2005 Market St, 14th Floor | One Commerce Square Attn: Barbara | Philadelphia | PA | 19103 | |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Case 23-11710-BLS   Doc 331   Filed 01/18/24   Page 6 of 10

# **<u>Exhibit B</u>**

Document Ref: 6ZHKY-K4YOW-HUVCD-MUPYW                                                                                                                   Page 6 of 9



## Exhibit B
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 365 Data Centers | Attn: 365 Operating Company, LLC | | payables@365datacenters.com |
| 365 Data Centers | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| 3i, LP | Alex Hauff | | ahauff@3ifund.com |
| 3i, LP | c/o CAHILL GORDON & REINDEL LLP | Attn: Joel H. Levitin, Esq. and Ivan Torres, Esq. | jlevitin@cahill.com<br>itorres@cahill.com<br>bleaf@cooley.com<br>mjtarlow@3ifund.com<br>ahauff@3ifund.com |
| 3i, LP | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis and L. Katherine Good | csamis@potteranderson.com<br>kgood@potteranderson.com |
| Adobe Inc | | | remit@adobe.com |
| Adobe Inc | Attn: Maria Nielsen | | manielse@adobe.com |
| Amazon Web Services | Attn: Rino David | | rinodavd@amazon.com<br>aws-receivables-support@amazon.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates LLP | Attn: Michael J. Gearin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com<br>brian.peterson@klgates.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates, LLP | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com<br>matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com<br>matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn: Michael J. Gerin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com<br>brian.peterson@klgates.com |
| C5 Capital Limited | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and Joshua B. Brooks, Esq. | cobb@lrclaw.com<br>brooks@lrclaw.com |
| C5 Capital Limited | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq., and Grace C. Hotz | smitchell@paulweiss.com<br>dmeyers@paulweiss.com<br>ghotz@paulweiss.com |
| CAST AI Group Inc | Attn: Aida Barkauskaite | | aida@cast.ai |
| Confidential Customer 22 | | | Address on File |
| Confidential Customer 4 | | | Address on File |
| Confidential Customer 4 | | | Address on File |
| Confidential Customer 47 | | | Address on File |
| Cooley LLP | Attn: Brooke Nussbaum | | bnussbaum@cooley.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 3

Document Ref: 6ZHKY-K4YOW-HUVCD-MUPYW

Page 7 of 9



## Exhibit B
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| CORVID Cyberdefense | Attn: Matt Hurley | | matt.hurley@corvidtec.com |
| Data 365 | Attn: 365 Operating Company, LLC | | sbrooks@365datacenters.com<br>tom.caruso@365datacenters.com |
| Ecosystems Services LLC | Attn: T Vagnucci | | tvagnucci@themckelveygroup.com |
| Fitcheven | Attn: Nancy Driscoll | | ndriscoll@fitcheven.com |
| Forvis LLP | Attn: Sarah Kerner, AGC | | sarah.kerner@forvis.com |
| Gartner | Attn: Allison Leone | | allison.leone@gartner.com |
| HCL Technologies Corporate Services Ltd | Attn: Suyash Mishra | | suyash.mishra@hcl.com<br>dask@hcl.com<br>kamna.soni@hcl.com<br>santosh.pilkhane@hcl.com |
| Informa Tech Holdings LLC | Attn: Rachel Caffrey | | rachel.caffrey@informa.com |
| IronNet, Inc. | c/o Young Conaway Stargett & Taylor, LLC | Attn: Tim Powell, Esq., Elizabeth Justison, Esq., Sean M. Beach, and Kenneth J. Enos | ejustison@ycst.com<br>tpowell@ycst.com<br>sbeach@ycst.com<br>kenos@ycst.com |
| ITC Global Advisers LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq., Grace C. Hotz, and Raphael M. Russo | smitchell@paulweiss.com<br>dmeyers@paulweiss.com<br>ghotz@paulweiss.com<br>rrusso@paulweiss.com |
| ITC Global Advisers, LLC | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and | cobb@lrclaw.com |
| James Shunk | c/o Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| James Shunk | c/o Lowenstein Sandler LLP | Attn: Michael S. Etkin and Michael Papandrea | metkin@lowenstein.com<br>mpapandrea@lowenstein.com |
| Keith Alexander | | | Address on File |
| KirkpatrickPrice Inc | Attn: C Jackson | | c.jackson@kirkpatrickprice.com |
| Korr Acquisitions Group, Inc. | Attn: Kenneth Orr | | ko@korrag.com |
| LearnUpon | | | accountsreceivable@learnupon.com |
| LinkSquares | Attn: Kaitlyn Murray | | kmurray@linksquares.com |
| Morrison Foerster LLP | Attn: Joseph C Folio III Esq | | jfolio@mofo.com |
| Morvillo Abramowitz Grand Iason Anello | Attn: Kate Cassidy Esq | | kcassidy@maglaw.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 2 of 3

Document Ref: 6ZHKY-K4YOW-HUVCD-MUPYW

Page 8 of 9



## Exhibit B
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| NYSE | Attn: Herman Singh | | herman.singh@nyse.com<br>ar-nyse@nyse.com |
| Office of The United States Trustee | Attn: Timothy J. Fox, Jr. | | timothy.fox@usdoj.gov |
| Oracle America, Inc | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Pluralsight | Attn: Linux Academy | | ar@pluralsight.com |
| PNC Bank | Attn: Lauren Synk | | lauren.synk@pnc.com |
| PricewaterhouseCoopers LLP | Attn: Priscilla R Ramos | | priscilla.r.ramos@pwc.com |
| Public Strategies Washington Inc | Attn: J Hallauer | | jhallauer@psw-inc.com |
| Riveron Consulting LLC | Attn: Sasha Morozova | | sasha.morozova@riveron.com |
| Sacumen Div of Clarion Tech Pvt Ltd | Attn:Anjali Menon and Gowri Sirsi | | anjali.menon@expresslaw.in |
| Salesforcecom Inc | Attn: S Clermontchan | | sclermontchan@salesforce.com |
| SCTG LLC dba Segra | c/o Lumos Networks | | janet.mccauley@segra.com |
| SHI | Attn: Andreas Poswencyk | | andreas_poswencyk@shi.com |
| Texas Partners Bank | Attn: Steven Espinoza | | steven.espinoza@thebankofsa.com |
| The Open Information Security Foundation | Attn: Kelley Misata PhD | | kmisata@oisf.net |
| Theodore E. Schlein | | | Address on File |
| Tiempo Development LLC | Attn: Kevin C. Golden | | kevin.golden@3pillarglobal.com |
| Tyson's Corner Office I LLC | Attn: Nuchapan Glomdee | | nuchapan.glomdee@hines.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

## Signature Certificate

Reference number: 6ZHKY-K4YOW-HUVCD-MUPYW

| Signer | Timestamp | Signature |
|---|---|---|
| **Jerod McMillen**<br>Email: jerod.mcmillen@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 18 Jan 2024 17:07:02 UTC<br>18 Jan 2024 17:07:05 UTC<br>18 Jan 2024 17:07:27 UTC | *Jerod McMillen* |
| **Recipient Verification:** | | |
| ✔ Email verified<br>✔ Personally Known | 18 Jan 2024 17:07:05 UTC<br>18 Jan 2024 17:06:54 UTC | IP address: 104.34.15.72<br>Location: Costa Mesa, United States |
| **Kerrie Darby**<br>Email: kerrie.darby@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 18 Jan 2024 17:07:02 UTC<br>18 Jan 2024 17:07:24 UTC<br>18 Jan 2024 17:07:31 UTC | *Kerrie Lynne Darby* |
| **Recipient Verification:** | | |
| ✔ Email verified | 18 Jan 2024 17:07:24 UTC | IP address: 76.131.122.31<br>Location: Denver, United States |

Document notarized online using audio-video communication on:
18 Jan 2024 17:07:31 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

