IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| IRONNET, INC., *et al.*,[1] | ) Case No. 23-11710 (BLS) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On January 17, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Revised Proposed Confirmation Order** (Docket No. 324)

- **Supplemental Certification of Adam J. Fialkowski of Stretto, Inc. Regarding Voting and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Reorganization of Ironnet, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code** (Docket No. 325)

- **Notice of Filing of Further Amendment to Plan Supplement** (Docket No. 326)

- **Notice of Filing of Further Amendment to Plan Supplement** (Docket No. 327)

- **Notice of Filing of Further Revised Proposed Confirmation Order** (Docket No. 328)

- **Notice of Amended Agenda of Matters Scheduled for Hearing on January 18, 2024 at 10:00 A.M. (ET)** (Docket No. 329)

[THIS SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' mailing address is: IronNet Cybersecurity, Inc., P.O. Box 7395, Halethorpe, Maryland 21227.

Furthermore, on January 17, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Amended Agenda of Matters Scheduled for Hearing on January 18, 2024 at 10:00 A.M. (ET)** (Docket No. 329)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced documents via electronic service.

Dated: January 18, 2024

*Jerod McMillen*
Jerod McMillen

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 18th day of January 2024 by Jerod McMillen.

*Kerrie Lynne Darby*
(Notary's official signature)

```
KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027
```

# Exhibit A



# Exhibit A
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| C5 Space | Attn Legal Dept | 1701 Pennsylvania Ave NW | Attn Joel Levitin | Washington | DC | 20006 |
| C5 SPACE DATA LP | Attn Legal Dept | 1701 Pennsylvania Ave NW | | Washington | DC | 20006 |
| Cigna | Attn Legal Dept | 1700 Lincoln St Lower Lev 3 | Lock Box 59 | Denver | CO | 80274 |
| Citibank NA | Attn Legal Dept | 388-390 Greenwich St | | New York | NY | 10013 |
| Delaware State Treasury | Attn Legal Dept | 820 Silver Lake Blvd | Suite 100 | Dover | DE | 19904 |
| Dell Financial Services | Attn Alfredo Rabina | One Dell Way | | Round Rock | TX | 78682 |
| Donnelly Financial | Attn Kelly Strache | 35 W Wacker | 35th Floor | Chicago | IL | 60601 |
| First Citizens Bank and Trust Co | Attn Legal Dept | 239 Fayetteville Street | | Raleigh | NC | 27601 |
| ForgePoint | Attn Legal Dept | 400 South El Camino | | San Mateo | CA | 94022 |
| Internal Revenue Service | Attn Legal Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Jan Tighe | | Address on File | | | | |
| John M McConnell | | Address on File | | | | |
| Michael J Rogers | | Address on File | | | | |
| Russell D Richardson | | Address on File | | | | |
| SEC New York Regional Office | Attn Andrew Calamari Reg Dir | 200 Vesey Street Ste 400 | Brookfield Place | New York | NY | 10281-1022 |
| Secretary of State | Attn Div of Corp Fr Tax | PO Box 898 | | Dover | DE | 19903 |
| Securities & Exchange Commission | Attn Legal Dept | 100 F Street NE | | Washington | DC | 20549 |
| Silicon Valley Bank | Attn Amy Rowe | 1000 Wilson Blvd | Ste 2110 | Arlington | VA | 22209 |
| Tennessee Department of Revenue | c/o Attorney General's Office | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Tennessee Dept of Revenue | c/o Tennessee Attorney General's | PO Box 20207 | Attn: Bankruptcy Division | Nashville | TN | 37202-0207 |
| US Attorney for the District of DE | Attn David C Weiss | 1313 N Market St | PO Box 2046 | Wilmington | DE | 19801 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

# **<u>Exhibit B</u>**



# Exhibit B
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| NYSE | Attn: Herman Singh | | herman.singh@nyse.com |
| | | | ar-nyse@nyse.com |
| CAST AI Group Inc | Attn: Aida Barkauskaite | | aida@cast.ai |
| Gartner | Attn: Allison Leone | | allison.leone@gartner.com |
| Cooley LLP | Attn: Brooke Nussbaum | | bnussbaum@cooley.com |
| Korr Acquisitions Group, Inc. | Attn: Kenneth Orr | | ko@korrag.com |
| CORVID Cyberdefense | Attn: Matt Hurley | | matt.hurley@corvidtec.com |
| Texas Partners Bank | Attn: Steven Espinoza | | steven.espinoza@thebankofsa.com |
| KirkpatrickPrice Inc | Attn: C Jackson | | c.jackson@kirkpatrickprice.com |
| Informa Tech Holdings LLC | Attn: Rachel Caffrey | | rachel.caffrey@informa.com |
| 3i, LP | Alex Hauff | | ahauff@3ifund.com |
| Data 365 | Attn: 365 Operating Company, LLC | | sbrooks@365datacenters.com |
| | | | tom.caruso@365datacenters.com |
| Riveron Consulting LLC | Attn: Sasha Morozova | | sasha.morozova@riveron.com |
| SHI | Attn: Andreas Poswencyk | | andreas_poswencyk@shi.com |
| The Open Information Security Foundation | Attn: Kelley Misata PhD | | kmisata@oisf.net |
| PNC Bank | Attn: Lauren Synk | | lauren.synk@pnc.com |
| Tyson's Corner Office I LLC | Attn: Nuchapan Glomdee | | nuchapan.glomdee@hines.com |
| Tiempo Development LLC | Attn: Kevin C. Golden | | kevin.golden@3pillarglobal.com |
| Morrison Foerster LLP | Attn: Joseph C Folio III Esq | | jfolio@mofo.com |
| Sacumen Div of Clarion Tech Pvt Ltd | Attn:Anjali Menon and Gowri Sirsi | | anjali.menon@expresslaw.in |
| Morvillo Abramowitz Grand Iason Anello | Attn: Kate Cassidy Esq | | kcassidy@maglaw.com |
| LinkSquares | Attn: Kaitlyn Murray | | kmurray@linksquares.com |
| Keith Alexander | | | Address on File |
| HCL Technologies Corporate Services Ltd | Attn: Suyash Mishra | | suyash.mishra@hcl.com |
| | | | dask@hcl.com |
| | | | kamna.soni@hcl.com |
| | | | santosh.pilkhane@hcl.com |
| Public Strategies Washington Inc | Attn: J Hallauer | | jhallauer@psw-inc.com |
| Theodore E. Schlein | | | Address on File |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 3



# Exhibit B
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of The United States Trustee | Attn: Timothy J. Fox, Jr. | | timothy.fox@usdoj.gov |
| Forvis LLP | Attn: Sarah Kerner, AGC | | sarah.kerner@forvis.com |
| Oracle America, Inc | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| 365 Data Centers | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| 3i, LP | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis and L. Katherine Good | csamis@potteranderson.com<br>kgood@potteranderson.com |
| James Shunk | c/o Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| 3i, LP | c/o CAHILL GORDON & REINDEL LLP | Attn: Joel H. Levitin, Esq. and Ivan Torres, Esq. | jlevitin@cahill.com<br>itorres@cahill.com<br>bleaf@cooley.com<br>mjtarlow@3ifund.com<br>ahauff@3ifund.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates LLP | Attn: Michael J. Gearin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com<br>brian.peterson@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn: Michael J. Gerin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com<br>brian.peterson@klgates.com |
| James Shunk | c/o Lowenstein Sandler LLP | Attn: Michael S. Etkin and Michael Papandrea | metkin@lowenstein.com<br>mpapandrea@lowenstein.com |
| ITC Global Advisers, LLC | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and Joshua B. Brooks, Esq. | cobb@lrclaw.com<br>brooks@lrclaw.com |
| C5 Capital Limited | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and Joshua B. Brooks, Esq. | cobb@lrclaw.com<br>brooks@lrclaw.com |
| C5 Capital Limited | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq., and Grace C. Hotz | smitchell@paulweiss.com<br>dmeyers@paulweiss.com<br>ghotz@paulweiss.com |
| ITC Global Advisers LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq., Grace C. Hotz, and Raphael M. Russo | smitchell@paulweiss.com<br>dmeyers@paulweiss.com<br>ghotz@paulweiss.com<br>rrusso@paulweiss.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Amazon Web Services, Inc. | c/o K&L Gates | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com<br>matthew.goeller@klgates.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)



## Exhibit B
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Amazon Web Services EMEA SARL | c/o K&L Gates, LLP | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com<br>matthew.goeller@klgates.com |
| IronNet, Inc. | c/o Young Conaway Stargett & Taylor, LLC | Attn: Tim Powell, Esq., Elizabeth Justison, Esq., Sean M. Beach, and Kenneth J. Enos | ejustison@ycst.com<br>tpowell@ycst.com<br>sbeach@ycst.com<br>kenos@ycst.com |
| Salesforcecom Inc | Attn: S Clermontchan | | sclermontchan@salesforce.com |
| Fitcheven | Attn: Nancy Driscoll | | ndriscoll@fitcheven.com |
| Ecosystems Services LLC | Attn: T Vagnucci | | tvagnucci@themckelveygroup.com |
| PricewaterhouseCoopers LLP | Attn: Priscilla R Ramos | | priscilla.r.ramos@pwc.com |
| Amazon Web Services | Attn: Rino David | | rinodavd@amazon.com<br>aws-receivables-support@amazon.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 3 of 3

Document Ref: 6ZHKY-K4YOW-HUVCD-MUPYW

Page 8 of 12

# **Exhibit C**



# Exhibit C
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 365 Data Centers | Attn: 365 Operating Company, LLC | 200 Connecticut Ave | | | Norwalk | CT | 6854 | |
| Adobe Inc | Attn: Maria Nielsen | 345 Park Ave | | | San Jose | CA | 95110 | |
| Adobe Inc | | 29322 Network Place | | | Chicago | IL | 60673-1293 | |
| Censys, Inc. | Attn: Hassan Hemeid | 116 S. Main St | | | Ann Arbor | MI | 48104 | |
| Confidential Customer 22 | | Address on File | | | | | | |
| Confidential Customer 22 | | Address on File | | | | | | |
| Confidential Customer 22 | | Address on File | | | | | | |
| Confidential Customer 22 | | Address on File | | | | | | |
| Confidential Customer 22 | | Address on File | | | | | | |
| Confidential Customer 22 | | Address on File | | | | | | |
| Confidential Customer 4 | | Address on File | | | | | | |
| Confidential Customer 4 | | Address on File | | | | | | |
| Confidential Customer 4 | | Address on File | | | | | | |
| Confidential Customer 4 | | Address on File | | | | | | |
| Confidential Customer 4 | | Address on File | | | | | | |
| Confidential Customer 44 | | Address on File | | | | | | |
| Confidential Customer 47 | | Address on File | | | | | | |
| Confidential Customer 47 | | Address on File | | | | | | |
| Confidential Customer 85 | | Address on File | | | | | | |
| Domain tools | DomainTools, LLC | 2101 Fourth Avenue | Suite 1150 | | Seattle | WA | 98121 | |
| Group Holdings, LLC, all dba SERGA | Attn: Michael D. Baldwin | 1500 Hampton Street | | | Columbia | SC | 29201 | |
| JuniperNetworks | LEAF | P.O. BOX 5066 | | | Hartford | CT | 06102-5066 | |
| LearnUpon | | First Floor Ocean House, Arran Quay, Dublin 7 | | | Dublin | | D07 DHT3 | Ireland |
| Learnupon Limited. | Attn: General Counsel | First Floor Ocean House | | | Arran Quay | Dublin 7 | D07 DHT3 | Ireland |
| Oracle America, Inc | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Avenue | Suite 210E | Lake Success | NY | 11042 | |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 425 Market Street | Suite 2900 | San Francisco | CA | 94105-3493 | |
| Oracle America, Inc. | | Bank Of America Lockbox Services | 15612 Collections Center Drive | | Chicago | IL | 60693 | |
| Pluralsight | Attn: Linux Academy | 42 Future Way | | | Draper | UT | 84020 | |
| SCTG LLC dba Segra | c/o Lumos Networks | 1 Lumos Plaza | | | Waynesboro | VA | 22980 | |
| VAR Technology Finance | c/o LEAF Commercial Capital Inc. | Attn: Barbara Mungioli | One Commerce Square | 2005 Market St, 14th Floor | Philadelphia | PA | 19103 | |
| VAR Technology Finance | | 2330 Interstate 30 | | | Mesquite | TX | 75150 | |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

# **Exhibit D**



# Exhibit D
Served via Email

| Creditor Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 365 Data Centers | Attn: 365 Operating Company, LLC | 200 Connecticut Ave | payables@365datacenters.com |
| Adobe Inc | | 29322 Network Place | remit@adobe.com |
| Adobe Inc | Attn: Maria Nielsen | 345 Park Ave | manielse@adobe.com |
| Confidential Customer 22 | | | Address on File |
| Confidential Customer 4 | | | Address on File |
| Confidential Customer 4 | | | Address on File |
| Confidential Customer 47 | | | Address on File |
| LearnUpon | | First Floor Ocean House, Arran Quay, Dublin 7 | accountsreceivable@learnupon.com |
| Pluralsight | Attn: Linux Academy | 42 Future Way | ar@pluralsight.com |
| SCTG LLC dba Segra | c/o Lumos Networks | 1 Lumos Plaza | janet.mccauley@segra.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 1

Document Ref: 6ZHKY-K4YOW-HUVCD-MUPYW

Page 12 of 12

## Signature Certificate

Reference number: 6ZHKY-K4YOW-HUVCD-MUPYW

| Signer | Timestamp | Signature |
|---|---|---|
| **Jerod McMillen**<br>Email: jerod.mcmillen@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 18 Jan 2024 17:07:02 UTC<br>18 Jan 2024 17:07:05 UTC<br>18 Jan 2024 17:07:27 UTC | *Jerod McMillen* |
| **Recipient Verification:** | | |
| ✔ Email verified<br>✔ Personally Known | 18 Jan 2024 17:07:05 UTC<br>18 Jan 2024 17:06:54 UTC | IP address: 104.34.15.72<br>Location: Costa Mesa, United States |
| **Kerrie Darby**<br>Email: kerrie.darby@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 18 Jan 2024 17:07:02 UTC<br>18 Jan 2024 17:07:24 UTC<br>18 Jan 2024 17:07:31 UTC | *Kerrie Lynne Darby* |
| **Recipient Verification:** | | |
| ✔ Email verified | 18 Jan 2024 17:07:24 UTC | IP address: 76.131.122.31<br>Location: Denver, United States |

Document notarized online using audio-video communication on:
18 Jan 2024 17:07:31 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

