# EXHIBIT A
# INVOICES

# ORACLE NETSUITE

**Invoice # 1788546**

Oracle America Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States
+1 888 803 7414
Tax ID No.: ████████

**Bill To**
IronNet Cybersecurity, Inc.
7900 Tysons One Pl
Ste 400
McLean VA 22102
United States

**Ship To**
IronNet Cybersecurity, Inc.
7900 Tysons One Pl
Ste 400
McLean VA 22102
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 17 January 2024 | Net 30 | 27 February 2024 | Bishop, Michael |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #1196650 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite SuiteSuccess Software Premium Cloud Service | NetSuite SuiteSuccess Software Prm Cloud Service includes:<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated shipping depending on your location, use of Fulfillment Requests and Automatic Location Assignment for up to 5000 orders annually.<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>** Productivity tools including contacts/calendar/events<br>** NetSuite Financial Management Cloud Service<br>** NetSuite Revenue Management Cloud Service<br>** NetSuite Fixed Assets Cloud Service<br>** Netsuite Advanced Electronic Bank Payments Cloud Service<br>** NetSuite OneWorld Cloud Service included for three (3) country/currency combinations. Additional countries/currencies may be purchased separately.<br>** Customer to provide the # of NetSuite OneWorld No Charge Subsidiaries to provision within purchased country/currency combinations.<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer, Vendor and Partner Center logins<br>** NetSuite Basic Customer Support. Current URL Terms for support are located at www.netsuite.com/supportterms.<br>** 5 Employee Self-Service Users<br>** 30,000 integrated bulk mail merges per month<br>** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients<br>** Includes 1 Learning Cloud Support Pass-single user license pursuant to the Learning Cloud Support Pass terms and conditions found at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html<br>NetSuite Standard Service Tier:<br>** Maximum of 100GB of File Cabinet Storage, which is included with Standard Service Tier.<br>** Maximum 100 Full Licensed Users Provisioned (excluding Employee Center, Partner Center, Advanced Partner Center, Vendor Center and Customer Center)<br>** Maximum 200,000 monthly transaction lines<br>** Maximum of 1 SuiteClou | 1 | 0.25 | $23,997.00 |
| | d+ license | | | |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 30 | 7.5 | $8,910.00 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Inventory Management Mid-Market Cloud Service | Advanced Inventory<br>** Matrix Items: automatically manage multiple item options<br>** Serialized Inventory<br>** Bar Coding: items and transactions<br>** Lot Management<br>** Pick, Pack, Ship<br>** Automated Reorder Point / Lead Time Calculations<br>** Workflow to process warranty claims and to refund, replace or repair returned items<br>** Printable forms for better supply chain management<br>** Pack Station Mobile App | 1 | 0.25 | $1,797.00 |
| NetSuite OneWorld Additional Country/Currency Cloud Service | NetSuite OneWorld Additional Country/Currency includes:<br>** Additional new country/currency combination | 7 | 1.75 | $16,779.00 |
| NetSuite Employee Self-Serv Cloud Service 5-Pk Users | Employee Self-Service + Intranet 5 User Pack for NetSuite | 5 | 1.25 | $1,485.00 |
| NetSuite No Charge Subsidiary | NetSuite No Charge Subsidiary Includes:<br>** Additional no charge subsidiary for countries and currency combinations already purchased | 20 | 5 | $0.00 |
| Customer Learning Cloud Support Company Pass - Premium | The Customer Learning Cloud Support Company Pass - Premium provides Go-Live training and ongoing adoption as described in the Training Service Descriptions https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html#training | 1 | 0.25 | $3,600.00 |
| NetSuite Premium Support | Users of NetSuite Premium Support are authorized to access the services: Users of NetSuite Premium Support are authorized to access the services: 24x7 access for critical support; Extended hours for non-critical issues (S3's); improved Response Time Goals; functional questions logged via SuiteAnswers, and additional Authorized Contacts are provided (4). Current URL Terms for support are located at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/ | 1 | 0.25 | $5,626.20 |
| NetSuite Sandbox Environment Cloud Service | Sandbox Environment for NetSuite Customers<br>** Replicates production environment including data and customizations<br>** Isolated environment – changes shielded from live production account<br>** One production environment replication for each month of term is included<br>** Administrators may provide sandbox access to all production users as needed<br><br>NetSuite uptime guarantee does not apply to Sandbox Environments. | 1 | 0.25 | $5,626.20 |
| Subtotal | | | | $67,820.40 |
| Discount | Discount | | | ($35,849.87) |
| Subtotal | | | | $31,970.53 |
| One Time Discount | This one time discount shall not apply to any future purchases or Estimate/Order Forms. | | | ($457.27) |
| Subtotal | | | | $31,513.26 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Premium Edition AP Automation Cloud Service | Oracle operates a software platform that allows users to aggregate and manage certain treasury, banking and/or accounts payable functions. As part of this service, Oracle sends Customer's payment instructions to Customer's designated bank or licensed financial institution via a secure connection. Oracle is not a financial institution and any funds transferred using the platform are transferred by Customer's bank or one or more of our financial institution alliances, depending on the method of payment.<br>Customer acknowledges, agrees, and consents to Oracle providing HSBC and third-party banking providers with certain customer information, which may include personal information, to allow Oracle to carry out its business operations, such as responding to related Product and Service requests and information regarding access and attempted access to NetSuite Starter Premium AP Automation Cloud Service designed to enhance the safety and security of NetSuite Starter Premium AP Automation Cloud Service and that may be required for compliance with laws, ordinances, or regulations.<br>Service Descriptions for this service can be found in the NetSuite GBU Cloud Services – Service Descriptions document found at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html. | 1 | 0.25 | $1,497.00 |
| Subtotal | | | | $1,497.00 |
| NetSuite Procurement Mid-Market Cloud Service | NetSuite Procurement Cloud Service includes:<br>** Helps manage supplier relationships, source-to-pay processes and related procurement spend<br>** Creates requisitions transaction allowing a buyer to spread a requisition's items across multiple vendor POs, and/or consolidate multiple requisitions' items into a single vendor PO.<br>** New purchase contracts enable companies to make purchases with negotiated pricing<br>** Blanket POs allow companies to purchase in large volumes and spread the delivery of the items or expenses over a time horizon using pre-specified schedules.. | 1 | 0.25 | $1,797.00 |
| Subtotal | | | | $1,797.00 |
| | The following items are not renewed and will be removed from this subscription at the beginning of this subscription term. | | | |

|  |  |
|---|---|
| **Subtotal** | $34,807.26 |
| **Tax Total** | $0.00 |
| **Total** | $34,807.26 |

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____

Payment by Wire:
Bank of America
Account #: ▮▮▮▮▮▮▮▮
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: ▮▮▮▮▮▮
Bank Routing No. Dom. Wires: ▮▮▮▮▮▮
Swift Code: ▮▮▮▮▮▮

| Customer    | 4326743 IronNet Cybersecurity, Inc. |
|-------------|-------------------------------------|
| **Invoice #**   | 1788546                         |
| **Amount Due**  | $34,807.26                      |
| **Amount Paid** | _____                  |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1 888 803 7414



**Invoice # 1651999**

Oracle America Inc.
500 Oracle Parkway
Redwood Shores, CA 94065
United States
+1 877 638 7848 option 4
Tax ID No.:

**Bill To**
IronNet Cybersecurity, Inc.
7900 Tysons One Pl
Ste 400
McLean VA 22102
United States

**Ship To**
IronNet Cybersecurity, Inc.
7900 Tysons One Pl
Ste 400
McLean VA 22102
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 20 July 2023 | Net 30 | 27 August 2023 | Bishop, Michael |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #1196650 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite SuiteSuccess Software Premium Cloud Service | NetSuite SuiteSuccess Software Prm Cloud Service includes:<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated shipping depending on your location, use of Fulfillment Requests and Automatic Location Assignment for up to 5000 orders annually.<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>** Productivity tools including contacts/calendar/events<br>** NetSuite Financial Management Cloud Service<br>** NetSuite Revenue Management Cloud Service<br>** NetSuite Fixed Assets Cloud Service<br>** Netsuite Advanced Electronic Bank Payments Cloud Service<br>** NetSuite OneWorld Cloud Service included for three (3) country/currency combinations. Additional countries/currencies may be purchased separately.<br>** Customer to provide the # of NetSuite OneWorld No Charge Subsidiaries to provision within purchased country/currency combinations.<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer, Vendor and Partner Center logins<br>** NetSuite Basic Customer Support. Current URL Terms for support are located at www.netsuite.com/supportterms.<br>** 5 Employee Self-Service Users<br>** 30,000 integrated bulk mail merges per month<br>** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients<br>** Includes 1 Learning Cloud Support Pass-single user license pursuant to the Learning Cloud Support Pass terms and conditions found at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html<br>NetSuite Standard Service Tier:<br>** Maximum of 100GB of File Cabinet Storage, which is included with Standard Service Tier.<br>** Maximum 100 Full Licensed Users Provisioned (excluding Employee Center, Partner Center, Advanced Partner Center, Vendor Center and Customer Center)<br>** Maximum 200,000 monthly transaction lines<br>** Maximum of 1 SuiteClou | 1 | 0.25 | $23,997.00 |
| | d+ license | | | |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 30 | 7.5 | $8,910.00 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Inventory Management Mid-Market Cloud Service | Advanced Inventory<br>** Matrix Items: automatically manage multiple item options<br>** Serialized Inventory<br>** Bar Coding: items and transactions<br>** Lot Management<br>** Pick, Pack, Ship<br>** Automated Reorder Point / Lead Time Calculations<br>** Workflow to process warranty claims and to refund, replace or repair returned items<br>** Printable forms for better supply chain management<br>** Pack Station Mobile App | 1 | 0.25 | $1,797.00 |
| NetSuite OneWorld Additional Country/Currency Cloud Service | NetSuite OneWorld Additional Country/Currency includes:<br>** Additional new country/currency combination | 7 | 1.75 | $16,779.00 |
| NetSuite Employee Self-Serv Cloud Service 5-Pk Users | Employee Self-Service + Intranet 5 User Pack for NetSuite | 5 | 1.25 | $1,485.00 |
| NetSuite No Charge Subsidiary | NetSuite No Charge Subsidiary Includes:<br>** Additional no charge subsidiary for countries and currency combinations already purchased | 20 | 5 | $0.00 |
| Customer Learning Cloud Support Company Pass - Premium | The Customer Learning Cloud Support Company Pass - Premium provides Go-Live training and ongoing adoption as described in the Training Service Descriptions https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html#training | 1 | 0.25 | $3,600.00 |
| NetSuite Premium Support | Users of NetSuite Premium Support are authorized to access the services: Users of NetSuite Premium Support are authorized to access the services: 24x7 access for critical support; Extended hours for non-critical issues (S3's); improved Response Time Goals; functional questions logged via SuiteAnswers, and additional Authorized Contacts are provided (4). Current URL Terms for support are located at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/ | 1 | 0.25 | $5,626.20 |
| NetSuite Sandbox Environment Cloud Service | Sandbox Environment for NetSuite Customers<br>** Replicates production environment including data and customizations<br>** Isolated environment – changes shielded from live production account<br>** One production environment replication for each month of term is included<br>** Administrators may provide sandbox access to all production users as needed<br><br>NetSuite uptime guarantee does not apply to Sandbox Environments. | 1 | 0.25 | $5,626.20 |
| Subtotal | | | | $67,820.40 |
| Discount | Discount | | | ($35,849.86) |
| Subtotal | | | | $31,970.54 |
| One Time Discount | This one time discount shall not apply to any future purchases or Estimate/Order Forms. | | | ($457.27) |
| Subtotal | | | | $31,513.27 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Premium Edition AP Automation Cloud Service | Oracle operates a software platform that allows users to aggregate and manage certain treasury, banking and/or accounts payable functions. As part of this service, Oracle sends Customer's payment instructions to Customer's designated bank or licensed financial institution via a secure connection. Oracle is not a financial institution and any funds transferred using the platform are transferred by Customer's bank or one or more of our financial institution alliances, depending on the method of payment.<br>Customer acknowledges, agrees, and consents to Oracle providing HSBC and third-party banking providers with certain customer information, which may include personal information, to allow Oracle to carry out its business operations, such as responding to related Product and Service requests and information regarding access and attempted access to NetSuite Starter Premium AP Automation Cloud Service designed to enhance the safety and security of NetSuite Starter Premium AP Automation Cloud Service and that may be required for compliance with laws, ordinances, or regulations.<br>Service Descriptions for this service can be found in the NetSuite GBU Cloud Services – Service Descriptions document found at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html. | 1 | 0.25 | $1,497.00 |
| Subtotal | | | | $1,497.00 |
| NetSuite Procurement Mid-Market Cloud Service | NetSuite Procurement Cloud Service includes:<br>** Helps manage supplier relationships, source-to-pay processes and related procurement spend<br>** Creates requisitions transaction allowing a buyer to spread a requisition's items across multiple vendor POs, and/or consolidate multiple requisitions' items into a single vendor PO.<br>** New purchase contracts enable companies to make purchases with negotiated pricing<br>** Blanket POs allow companies to purchase in large volumes and spread the delivery of the items or expenses over a time horizon using pre-specified schedules.. | 1 | 0.25 | $1,797.00 |
| Subtotal | | | | $1,797.00 |
| | The following items are not renewed and will be removed from this subscription at the beginning of this subscription term. | | | |

|  |  |
|---|---|
| **Subtotal** | $34,807.27 |
| **Tax Total** | $0.00 |
| **Total** | $34,807.27 |

**Remittance Slip**

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____

Payment by Wire:
Bank of America
Account #: ███████
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: ███████

Swift Code: ███████

| Customer | 4326743 IronNet Cybersecurity, Inc. |
|---|---|
| **Invoice #** | 1651999 |
| **Amount Due** | $34,807.27 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4