## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IRONNET, INC., *et al.*,[1] | ) | Case No. 23-11710 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On April 7, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Declaration of Arno Robbertse Regarding Status of Chapter 11 Cases and Motion of the U.S. Trustee to Convert or Dismiss Cases** (Docket No. 631)

- **Second Amended Notice of Agenda of Matter Scheduled for Hearing on April 8, 2026 at 3:00 P.M. (ET)** (Docket No. 634)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced documents via electronic service.

Dated: April 9, 2026

*Jerod McMillen*
Jerod McMillen

State of Colorado        )
                                       ) SS.
County of Arapahoe    )

Subscribed and sworn before me this 9th day of April 2026 by Jerod McMillen.

*Danielle Harnden*
(Notary's official signature)

```
DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04
```

---

[1] The Debtors in the above captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474). The Debtors' mailing address is: IronNet Cybersecurity, Inc., P.O. Box 7395, Halethorpe, Maryland 21227.

# <u>Exhibit A</u>

Document Ref: DR5FQ-YRZPV-BGH9O-HL5JN

 STRETTO

## Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| C5 Space | Attn Legal Dept | 1701 Pennsylvania Ave NW | Attn Joel Levitin | Washington | DC | 20006 |
| C5 SPACE DATA LP | Attn Legal Dept | 1701 Pennsylvania Ave NW | | Washington | DC | 20006 |
| Cigna | Attn Legal Dept | 1700 Lincoln St Lower Lev 3 | Lock Box 59 | Denver | CO | 80274 |
| Citibank NA | Attn Legal Dept | 388-390 Greenwich St | | New York | NY | 10013 |
| Delaware State Treasury | Attn Legal Dept | 820 Silver Lake Blvd | Suite 100 | Dover | DE | 19904 |
| Dell Financial Services | Attn Alfredo Rabina | One Dell Way | | Round Rock | TX | 78682 |
| Donnelly Financial | Attn Kelly Strache | 35 W Wacker | 35th Floor | Chicago | IL | 60601 |
| First Citizens Bank and Trust Co | Attn Legal Dept | 239 Fayetteville Street | | Raleigh | NC | 27601 |
| ForgePoint | Attn Legal Dept | 400 South El Camino | | San Mateo | CA | 94022 |
| Internal Revenue Service | Attn Legal Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| IronNet  Inc. | c/o Squire Patton Boggs | Attn: Edward J. Newberry | 2550 M Street NW | Washington | DC | 20037 |
| Jan Tighe | | Address on File | | | | |
| John M McConnell | | Address on File | | | | |
| Michael J Rogers | | Address on File | | | | |
| Russell D Richardson | | Address on File | | | | |
| SEC New York Regional Office | Attn Andrew Calamari Reg Dir | 200 Vesey Street Ste 400 | Brookfield Place | New York | NY | 10281-1022 |
| Secretary of State | Attn Div of Corp Fr Tax | PO Box 898 | | Dover | DE | 19903 |
| Securities & Exchange Commission | Attn Legal Dept | 100 F Street NE | | Washington | DC | 20549 |
| Silicon Valley Bank | Attn Amy Rowe | 1000 Wilson Blvd | Ste 2110 | Arlington | VA | 22209 |
| Tennessee Department of Revenue | c/o Attorney General's Office | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Tennessee Dept of Revenue | c/o Tennessee Attorney General's | PO Box 20207 | | Nashville | TN | 37202-0207 |
| US Attorney for the District of DE | Attn David C Weiss | 1313 N Market St | PO Box 2046 | Wilmington | DE | 19801 |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Document Ref: DR5FQ-YRZPV-BGH9O-HL5JN

# Exhibit B

Document Ref: DR5FQ-YRZPV-BGH9O-HL5JN



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 365 Data Centers | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| 3i, LP | Alex Hauff | | ahauff@3ifund.com |
| 3i, LP | c/o CAHILL GORDON & REINDEL LLP | Attn: Joel H. Levitin, Esq. and Ivan Torres, Esq. | jlevitin@cahill.com<br>itorres@cahill.com<br>bleaf@cooley.com<br>mjtarlow@3ifund.com<br>ahauff@3ifund.com |
| 3i, LP | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis and L. Katherine Good | csamis@potteranderson.com<br>kgood@potteranderson.com |
| Amazon Web Services | Attn: Rino David | | rinodavd@amazon.com<br>aws-receivables-support@amazon.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates LLP | Attn: Michael J. Gearin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com<br>brian.peterson@klgates.com |
| Amazon Web Services EMEA SARL | c/o K&L Gates, LLP | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com<br>matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates | Attn: Steven L. Caponi, Esq. and Matthew B. Goeller, Esq. | steven.caponi@klgates.com<br>matthew.goeller@klgates.com |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn: Michael J. Gerin, Esq. and Brian T. Peterson, Esq. | mike.gearin@klgates.com<br>brian.peterson@klgates.com |
| C5 Capital Limited | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and Joshua B. Brooks, Esq. | cobb@lrclaw.com<br>brooks@lrclaw.com |
| C5 Capital Limited | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq., and Grace C. Hotz | smitchell@paulweiss.com<br>dmeyers@paulweiss.com<br>ghotz@paulweiss.com |
| CAST AI Group Inc | Attn: Aida Barkauskaite | | aida@cast.ai |
| Cooley LLP | Attn: Brooke Nussbaum | | bnussbaum@cooley.com<br>llee@forgepointcap.com |
| CORVID Cyberdefense | Attn: Matt Hurley | | matt.hurley@corvidtec.com |
| Data 365 | Attn: 365 Operating Company, LLC | | sbrooks@365datacenters.com<br>tom.caruso@365datacenters.com |
| Ecosystems Services LLC | Attn: T Vagnucci | | tvagnucci@themckelveygroup.com |
| Fitcheven | Attn: Nancy Driscoll | | ndriscoll@fitcheven.com |
| Forvis LLP | Attn: Sarah Kerner, AGC | | sarah.kerner@forvis.com |
| Gartner | Attn: Allison Leone | | Allison.Leone@gartner.com |
| HCL Technologies Corporate Services Ltd | Attn: Suyash Mishra | | suyash.mishra@hcl.com<br>dask@hcl.com<br>kamna.soni@hcl.com<br>santosh.pilkhane@hcl.com |
| Informa Tech Holdings LLC | Attn: Rachel Caffrey | | rachel.caffrey@informa.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Page 1 of 2

Document Ref: DR5FQ-YRZPV-BGH9O-HL5JN



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ITC Global Advisers LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sean A. Mitchell, Esq., Diane Meyers, Esq., Grace C. Hotz, and Raphael M. Russo | smitchell@paulweiss.com<br>dmeyers@paulweiss.com<br>ghotz@paulweiss.com<br>rrusso@paulweiss.com |
| ITC Global Advisers, LLC | c/o Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Esq. and Joshua B. Brooks, Esq. | cobb@lrclaw.com<br>brooks@lrclaw.com |
| James Shunk | c/o Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| James Shunk | c/o Lowenstein Sandler LLP | Attn: Michael S. Etkin and Michael Papandrea | metkin@lowenstein.com<br>mpapandrea@lowenstein.com |
| Keith Alexander | | | Email Address on File |
| KirkpatrickPrice Inc | Attn: C Jackson | | c.jackson@kirkpatrickprice.com |
| Korr Acquisitions Group, Inc. | Attn: Kenneth Orr | | ko@korrag.com |
| LinkSquares | Attn: Kaitlyn Murray | | kmurray@linksquares.com |
| Morrison Foerster LLP | Attn: Joseph C Folio III Esq | | jfolio@mofo.com |
| Morvillo Abramowitz Grand Iason Anello | Attn: Kate Cassidy Esq | | kcassidy@maglaw.com |
| NYSE | Attn: Herman Singh | | herman.singh@nyse.com<br>ar-nyse@nyse.com |
| Office of The United States Trustee | Attn: Timothy J. Fox, Jr. | | timothy.fox@usdoj.gov |
| Oracle America, Inc | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| PNC Bank | Attn: Lauren Synk | | lauren.synk@pnc.com |
| PricewaterhouseCoopers LLP | Attn: Priscilla R Ramos | | priscilla.r.ramos@pwc.com |
| Public Strategies Washington Inc | Attn: J Hallauer | | jhallauer@psw-inc.com |
| Reorganized Debtors | c/o Potter Anderson & Corroon LLP | Attn: M. Blake Cleary, Christopher M. Samis, & Andrew C. Ehrmann | bcleary@potteranderson.com<br>csamis@potteranderson.com<br>aehrmann@potteranderson.com |
| Riveron Consulting LLC | Attn: Sasha Morozova | | sasha.morozova@riveron.com |
| Sacumen Div of Clarion Tech Pvt Ltd | Attn:Anjali Menon and Gowri Sirsi | | anjali.menon@expresslaw.in |
| Salesforcecom Inc | Attn: S Clermontchan | | sclermontchan@salesforce.com |
| SHI | Attn: Andreas Poswencyk | | andreas_poswencyk@shi.com |
| Texas Partners Bank | Attn: Steven Espinoza | | steven.espinoza@thebankofsa.com |
| The Open Information Security Foundation | Attn: Kelley Misata PhD | | kmisata@oisf.net |
| Theodore E. Schlein | | | Email Address on File |
| Tiempo Development LLC | Attn: Kevin C. Golden | | kevin.golden@3pillarglobal.com |
| Tyson's Corner Office I LLC | Attn: Nuchapan Glomdee | | nuchapan.glomdee@hines.com |

In re: IronNet, Inc., et al.
Case No. 23-11710 (BLS)

Document Ref: DR5FQ-YRZPV-BGH9O-HL5JN