**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IRONNET, INC., *et al.*,[1] | ) | Case No. 23-11710 (BLS) |
|  | ) |  |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) |  |

*SECOND* **AMENDED[2] NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR *TELEPHONIC* HEARING ON *MAY 13, 2026 AT 2:00 P.M. (ET)***

*THIS AGENDA HAS BEEN AMENDED TO REFLECT A CHANGE IN HEARING DATE AND TIME. THIS HEARING WILL BEGIN AT 2:00 P.M. (ET) ON MAY 13, 2026.*

**This proceeding will be conducted remotely via Zoom.**
**Please refer to Judge Shannon's Chambers Procedures**
(**https://www.deb.uscourts.gov/judge-brendan-l-shannon**) **and the**
**Court's website (http://www.deb.uscourts.gov/ecourt-appearances)**
**for information on the method of allowed participation (video or audio),**
**Judge Shannon's expectations of remote participants,**
**and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day**
**before the hearing unless otherwise noticed using the**
***eCourtAppearances* tool available on the Court's website.**

**RESOLVED MATTER:**

1.      Motion of the Reorganized Debtors to File Under Seal Exhibit A to the Robbertse Declaration [Docket No. 639 – filed on April 10, 2026]

Response Deadline:                     April 24, 2026 at 4:00 p.m. (ET)

Responses Received:                   None.

Related Documents:

---

[1]     The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  IronNet, Inc. (9446), IronNet Cybersecurity, Inc. (2655), IronNet International, LLC (7621), IronCAD LLC (1162), and HighDegree, LLC (8474).  The Debtors' mailing address is: IronNet Cybersecurity, Inc., P.O. Box 7395, Halethorpe, Maryland 21227.

[2]     *Amended items appear in bold and italics.*

A.      Declaration of Arno Robbertse Regarding Status of Chapter 11 Cases and Motion of the U.S. Trustee to Convert or Dismiss Case [Docket No. 631 – filed on April 7, 2026]

B.      Notice of Filing of Sealed Exhibit A to the Declaration of Arno Robbertse Regarding Status of Chapter 11 Cases and Motion of the U.S. Trustee to Convert or Dismiss Case [SEALED Docket No. 632 – filed on April 7, 2026]

C.      Certificate of No Objection Regarding Motion of the Reorganized Debtors to File Under Seal Exhibit A to the Robbertse Declaration [Docket No. 641 – filed on April 29, 2026]

D.      Order Approving Motion of the Reorganized Debtors to File Under Seal Exhibit A to the Robbertse Declaration [Docket No. 642 – entered on April 29, 2026]

Status:                                  The order granting the motion has been entered.  No hearing is necessary.

## MATTER GOING FORWARD:

2.      United States Trustee's Motion for Entry of an Order Converting the Cases to Chapter 7 or, Alternatively, Dismissing the Chapter 11 Cases Pursuant to 11 U.S.C. § 1112(b) [Docket No. 519 – filed on May 21, 2025]

Response Deadline:                       June 4, 2025 at 4:00 p.m. (ET); extended until June 6, 2025 at 4:00 p.m. (ET) for the Reorganized Debtors

Responses Received:

i.      Joinder of 3i, LP, in the United States Trustee's Motion for Entry of an Order Converting the Cases to Chapter 7 or, Alternatively, Dismissing the Chapter 11 Cases [Docket No. 525 – filed on June 2, 2025]

ii.     The Reorganized Debtors' Combined (I) Response to (A) the United States Trustee's Motion for Entry of an Order to Convert or Dismiss the Chapter 11 Cases, and (B) Joinder of 3i; and (II) Request for Adjournment of the Hearing on the Motion [Docket No. 533 – filed on June 6, 2025]

iii.    The Reorganized Debtors' Supplemental Statement in Support of Combined (I) Response to (A) the United States Trustee's Motion for Entry of an Order to Convert or Dismiss the Chapter 11 Cases, and (B) Joinder of 3i; and (II) Request for Adjournment of the Hearing on the Motion [Docket No. 535 – filed on June 10, 2025]

iv.     Notice of Withdrawal of Joinder of 3i, LP [Docket No. 546 – filed on June 25,

2025]

Related Documents:

A.      Declaration of Arno Robbertse Regarding Status of Chapter 11 Cases and Motion of the U.S. Trustee to Convert or Dismiss Case [Docket No. 631 – filed on April 7, 2026]

B.      Notice of Filing of Sealed Exhibit A to the Declaration of Arno Robbertse Regarding Status of Chapter 11 Cases and Motion of the U.S. Trustee to Convert or Dismiss Case [SEALED Docket No. 632 – filed on April 7, 2026]

Status:                                                    This matter is going forward.

Dated: May *11*, 2026                          Respectfully submitted,
        Wilmington, Delaware


                                                           */s/ James R. Risener III*
                                                           M. Blake Cleary (No. 3614)
                                                           James R. Risener III (No. 7334)
                                                           Wenting Wu (No. 7679)
                                                           **POTTER ANDERSON & CORROON LLP**
                                                           1313 N. Market Street, 6th Floor
                                                           Wilmington, Delaware 19801
                                                           Telephone: (302) 984-6000
                                                           Facsimile: (302) 658-1192
                                                           Email:  bcleary@potteranderson.com
                                                                   jrisener@potteranderson.com
                                                                   wwu@potteranderson.com

                                                           *Counsel to the Reorganized Debtors*